David J. Groesbeck
WSBA No. 24749
David J. Groesbeck, P.S.
1716 Sylvester St. SW
Olympia, Washington 98501
Tel.: 509-747-2800
Fax: 509-747-2828
Email: david@groesbecklaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>　　　　　　Defendant | No. _____<br><br>**PLAINTIFF'S CORPORATE<br>DISCLOSURE STATEMENT<br>(LCR 7.1)** |

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT - 1



**David J. Groesbeck, P.S.**
Attorney and Counselor
1716 Sylvester St. SW
Olympia, Washington 98501
(509) 747-2800

Plaintiff Parler LLC ("Parler"), by its undersigned counsel, pursuant to Local Rule 7.1(a), states:

1. Parler is a limited liability corporation.

2. Parler has no parent corporation, nor is there any publicly held corporation that owns more than 10% of Parler's stock.

3. Parler's members are John Matze and NDM Ascendant LLC, a Delaware corporation.

4. NDM Ascendant LLC's members are: Rebekah Mercer and the Rebekah Mercer 2020 Irrevocable Trust

Dated January 10, 2021.

                          Respectfully submitted,

                      /s David J. Groesbeck
                      David J. Groesbeck
                      WSBA No. 24749
                      David J. Groesbeck, P.S.
                      1716 Sylvester St. SW
                      Olympia, WA  98501
                      Tel.: 509-747-2800
                      Fax: 509-747-2828
                      Email: david@groesbecklaw.com

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 2



**David J. Groesbeck, P.S.**
Attorney and Counselor
1716 Sylvester St. SW
Olympia, Washington 98501
(509) 747-2800