David J. Groesbeck
WSBA No. 24749
David J. Groesbeck, P.S.
1716 Sylvester St. SW
Olympia, Washington 98501
Tel.: 509-747-2800
Fax: 509-747-2828
Email: david@groesbecklaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PARLER LLC, | No. _____ |
| Plaintiff, | |
| v. | |
| AMAZON WEB SERVICES, INC., | **TEMPORARY RESTRAINING ORDER** |
| Defendant | **[PROPOSED]** |

TEMPORARY RESTRAINING ORDER [PROPOSED]- 1

David J. Groesbeck, P.S.
Attorney and Counselor
1716 Sylvester St. SW
Olympia, Washington 98501
(509) 747-2800

This matter came before the Court on January 10, 2021 on a motion for a temporary restraining order sought by the plaintiff Parler, LLC ("Parler"). For good cause appearing, the motion is GRANTED as of _____. Defendant Amazon Web Services, Inc. ("AWS") is hereby enjoined from suspending Parler's account with AWS, suspending or terminating the AWS Customer Agreement between the parties, or suspending, terminating, or failing to provide any services previously provided under that agreement.

DATED this ___ day of (Insert Month), (Insert Year).

_____
UNITED STATES DISTRICT JUDGE [or UNITED STATES MAGISTRATE JUDGE]

TEMPORARY RESTRAINING ORDER [PROPOSED]- 2

**David J. Groesbeck, P.S.**
Attorney and Counselor
1716 Sylvester St. SW
Olympia, Washington 98501
(509) 747-2800

Presented by:

By:   */s David J. Groesbeck*
    David J. Groesbeck (WSBA No. 24749)
    Attorney for Plaintiff
    Dated: January 10, 2021

*Counsel for Plaintiff*

TEMPORARY RESTRAINING ORDER [PROPOSED]- 3



**David J. Groesbeck, P.S.**
Attorney and Counselor
1716 Sylvester St. SW
Olympia, Washington 98501
(509) 747-2800