The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | No. 21-cv-00031 <br><br> DEFENDANT AMAZON WEB SERVICES, INC.'S NOTICE OF INTENT TO FILE RESPONSE |

As required by Local Civil Rule 65(b)(5), Defendant Amazon Web Services, Inc. ("AWS") provides notice that it intends to oppose Plaintiff Parler LLC's Motion for Temporary Restraining Order, which asks for an order "enjoining the defendant from suspending Parler's account with AWS or terminating the Agreement." Dkt. 2 at 2. Local Civil Rule 65(b) permits AWS to file a response within 48 hours of service of the Motion. AWS has not been served, and Parler's account was terminated the day before it filed its Motion. AWS intends to respond to the Motion no later than 9 p.m. on January 12, 2021.

NOTICE OF INTENT TO FILE RESPONSE NO. 21-cv-00031 - 1
4848-9698-2230v.1 0050033-000653

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 11th day of January, 2021.

        Davis Wright Tremaine LLP
        Attorneys for Amazon Web Services, Inc.

By */s/ Ambika Kumar Doran*
    Ambika Kumar Doran, WSBA #38237
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-622-3150
    E-mail: bjohnson@dwt.com

    Alonzo Wickers IV, Cal. State Bar #169454
       *pro hac vice* application forthcoming
    865 S. Figueroa Street, Suite 2400
    Los Angeles, CA 90017
    Telephone:  213-633-6800
    E-mail: awickers@dwt.com

NOTICE OF INTENT TO FILE RESPONSE NO. 21-cv-00031 - 2
4848-9698-2230v.1 0050033-000653

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax