# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

PARLER, LLC
    Plaintiff(s),

v.

AMAZON WEB SERVICES, INC.
    Defendant(s).

Case No. 21-cv-00031

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Change the email address for Ambika Doran on her signature block from bjohnson@dwt.com to adoran@dwt.com

January 12, 2021
Dated

s/Ambika Kumar Doran
Sign or use an "s/" and your name

Ambika Kumar Doran, WSBA #38237
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-3150
Telephone: 206-622-3150

Name, Address, and Phone Number of Counsel or Pro Se