The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC, | |
| Plaintiff, | No. 21-cv-00031 |
| v. | NOTICE OF APPEARANCE |
| AMAZON WEB SERVICES, INC., | |
| Defendant. | |

Please take notice that Defendant Amazon Web Services, Inc. ("AWS"), hereby appears in the above-entitled action and request that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the address below stated. Defendant AWS appears in this matter without waiving any applicable defenses.

DATED this 12th day of January, 2021.

> Davis Wright Tremaine LLP
> Attorneys for Amazon Web Services, Inc.
>
> By */s/ Ambika Kumar Doran*
> Ambika Kumar Doran, WSBA #38237
> 920 Fifth Avenue, Suite 3300
> Seattle, WA  98104-1610
> Telephone: 206-622-3150
> E-mail: adoran@dwt.com

NOTICE OF APPEARANCE - NO. 21-cv-00031 - 1
4847-2390-6774v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Alonzo Wickers IV, Cal. State Bar #169454
   *pro hac vice* application forthcoming
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:  213-633-6800
E-mail: awickers@dwt.com

NOTICE OF APPEARANCE - NO. 21-cv-00031 - 2
4847-2390-6774v.1 0050033-006147

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax