The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES, INC., <br><br> Defendant. | Case No 2:21-cv-00031-BJR <br><br> DECLARATION OF AMBIKA K. DORAN IN SUPPORT OF AMAZON WEB SERVICES, INC.'S OPPOSITION TO PARLER'S MOTION FOR TEMPORARY RESTRAINING ORDER |

DORAN DECLARATION ISO AMAZON'S OPPOSITION
Case No. 2:21-cv-00031-BJR

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

I, Ambika Kumar Doran, declare:

1. I am a partner in the law firm Davis Wright Tremaine LLP, counsel for Defendant Amazon Web Services, Inc. I make this declaration from personal knowledge, publicly available databases and information, and records my firm keeps in the regular course of business, and I could testify competently to the same. I make this declaration in support of Amazon Web Services, Inc.'s Opposition to Parler's Motion for a Temporary Restraining Order.

2. Attached as **Exhibit A** is a true and correct copy of Parler's homepage from October 10, 2020, retrieved from The Internet Archive on January 11, 2021.

3. Attached as **Exhibit B** is a true and correct copy of Parler's December 4, 2020 Community Guidelines.

4. The May 19, 2019 FoxNews interview with Parler CEO, John Matze, is available at https://www.foxnews.com/media/parler-john-matze-no-censorship-election (statement at 2:02) and attached as **Exhibit C**.

5. Attached as **Exhibit D** is a true and correct copy of a CNBC article published June 27, 2020 and updated June 28, 2020, *Trump fans are flocking to the social media app Parler—its CEO is begging liberals to join them*, available at https://www.cnbc.com/2020/06/27/parler-ceo-wants-liberal-to-join-the-pro-trump-crowd-on-the-app.html.

6. The November 5, 2020 KUSI News interview with Mr. Matze is available at https://www.youtube.com/watch?app=desktop&v=F8IcjsFHwc8 (statements at 4:48, 5:42) and attached as **Exhibit E**.

7. Attached as **Exhibit F** is a true and correct copy of a January 6, 2021 New York Times article, *The storming of Capitol Hill was organized on social media*, available at https://www.nytimes.com/2021/01/06/us/politics/protesters-storm-capitol-hill-building.html.

8. Attached as **Exhibit G** is a true and correct copy of a January 8, 2021 Vox article, *How Trump's internet built and broadcast the Capitol insurrection*, available at https://www.vox.com/recode/22221285/trump-online-capitol-riot-far-right-parler-twitter-facebook.

DORAN DECLARATION ISO AMAZON'S OPPOSITION - 1
Case No 2:21-cv-00031-BJR

9.      Attached as **Exhibit H** is a true and correct copy of a January 7, 2021 ProPublica article, *Capitol Rioters Planned for Weeks in Plain Sight. The Police Weren't Ready*, available at https://www.propublica.org/article/capitol-rioters-planned-for-weeks-in-plain-sight-the-police-werent-ready.

10.    Attached as **Exhibit I** is a true and correct copy of a January 10, 2021 New York Magazine Intelligencer article, *Feds Arrest Pro-Trump Insurrectionists Around the Country*, available at https://nymag.com/intelligencer/2021/01/capitol-riot-feds-round-up-pro-trump-insurrectionists.html.

11.    Attached as **Exhibit J** is a true and correct copy of Mr. Matze's January 9, 2021 statement regarding Parler's potential operational downtime.

12.    Attached as **Exhibit K** is a true and correct copy of Mr. Matze's January 9, 2021 statement regarding Parler's preparation and other hosting options.

13.    Attached as **Exhibit L** is a true and correct copy of a January 10, 2021 Guardian article, *'Hang Mike Pence': Twitter stops phrase trending after Capitol riot*, available at https://www.theguardian.com/us-news/2021/jan/10/hang-mike-pence-twitter-stops-phrase-trending-capitol-breach.

14.    Attached as **Exhibit M** is a true and correct copy of a January 11, 2021 Gab post by Joseph A. Camp publishing my personal information, available at https://gab.com/JoeyCamp2020/posts/105540970660256881.

15.    Attached as **Exhibit N** is a true and correct copy of a January 9, 2021 New York Times article, *Amazon, Apple and Google Cut Off Parler, an App That Drew Trump Supporters*, available at https://www.nytimes.com/2021/01/09/technology/apple-google-parler.html.

16.    Attached as **Exhibit O** is a true and correct copy of the transcript of the January 7, 2021 New York Times podcast Sway, hosted by Kara Swisher, *If You Were on Parler, You Saw the Mob Coming*, available at https://www.nytimes.com/2021/01/07/opinion/sway-kara-swisher-john-matze.html?showTranscript=1.

I declare under perjury of penalty that the foregoing is true and correct.

Signed at Mercer Island, Washington, this 12th day of January, 2021.

*/s/ Ambika Kumar Doran*
Ambika Kumar Doran

DORAN DECLARATION ISO AMAZON'S OPPOSITION - 3
Case No 2:21-cv-00031-BJR

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys of record registered with the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure

DATED at Mercer Island, Washington this 12th day of January, 2021.

By *s/ Ambika Kumar Doran*
Ambika Kumar Doran, WSBA # 38237

DORAN DECLARATION ISO AMAZON'S OPPOSITION - 1
Case No 2:21-cv-00031-BJR