# EXHIBIT A



About    Values    Shop

# the world's town square

Speak freely and express yourself openly, without fear of being "deplatformed" for your views. Engage with real people, not bots. Parler is people and privacy-focused, and gives you the tools you need to curate your Parler experience.

**Join Parler Today**

Join today and start enjoying social media the way you always wanted it to be.

create new account

Already have an account?    Log In



Parler protects our community members'



rights and privacy. Parler is here to help people with varying life experiences, and from all walks of life communicate on a platform which treats them as equals.

Parler believes that people are entitled to security, privacy, and freedom of expression. All personal data is kept confidential, and never sold to third parties. Our concise Community Guidelines are based on fair and just legal precedent, and are enforced by a Community Jury.





The Parler community is built on trust. Our verification process helps to keep out bots, and encourages civil discourse. Take the next step in pursuing these important values by becoming a Verified Parler Citizen.



### customize your experience

Follow your favorite public figures, brands, family and friends in your customized account feed. Curate and moderate your own feed, using the robust set of tools we put at your disposal.



### moderate your own world

Customize what you see and who you interact with by filtering out sensitive material, bots (or accounts that identify as bots) -- or even particular keywords you'd rather not see in



### receive weekly team updates

Parler takes the next step in transparency, giving users the option to sign up for regular updates including news, site announcements, and tips. We also ask you to share any concerns or

comments to your parleys. Whatever you'd rather not see on your profile or feed, we give you the tools you need to do your own "shadow-banning" — while still leaving everyone else free to decide for themselves what they wish to see on their profiles and feeds.

feedback you have to help make Parler better.

## User Support

Please message @ParlerSupport on Parler. If you need assistance logging into your account, please email support@parler.com.

## Inquiries

Submit media inquiries to media@parler.com.

For CCPA inquiries, please click here.

## Careers

Think you have what it takes to make the internet amazing again? Submit your resume to jobs@parler.com.

## Legal

Privacy
Community Guidelines
Terms of Service

© 2020 Parler, Inc

Download Today