# EXHIBIT B

**Community Guidelines**

**12/04/2020**

Our Guidelines govern your relationship with Parler, your use of Parler, as well as your access to our services and products. By accessing Parler, you agree to these terms. These Guidelines are designed to enable productive, polite discourse among people with differing interests, life experiences, and viewpoints.

Our goal is to provide all community members with a welcoming, nonpartisan Public Square. While the First Amendment does not apply to private companies such as Parler, our mission is to create a social platform in the *spirit* of the First Amendment to the United States Constitution.

We prefer that removing community members or member-provided content be kept to the absolute minimum. We prefer to leave decisions about what is seen and who is heard to each individual. In no case will Parler decide what will content be removed or filtered, or whose account will be removed, on the basis of the opinion expressed within the content at issue. Parler's policies are, to use a well-known concept in First Amendment law, *viewpoint-neutral*.

We do not curate your feed; we do not pretend to be qualified to do so. We believe only you are qualified to curate your feed, and so we give you the tools you need to do it yourself. To that end, Parler offers a number of features—including the ability to mute or block other members, or to mute or block all comments containing terms of the member's choice—and we encourage you to use these tools whenever the content you would rather not encounter here, is not otherwise addressed by what follows.

At Parler, we're committed to continuous improvement toward fulfilling our mission. Accordingly, these Guidelines are subject to modification, unilaterally by Parler, at any time.

Principle #1:

Parler will not knowingly allow itself to be used as a tool for crime, civil torts, or other unlawful acts. We will remove reported member content that a reasonable and objective observer would believe constitutes or evidences

such activity. We may also remove the accounts of members who use our platform in this way.

Sometimes the law properly requires us to exclude content from our platform once it is reported to us or to our Community Jury—content we would make it a priority to exclude anyway. Obvious examples include: child sexual abuse material, content posted by or on behalf of terrorist organizations, intellectual property theft.

However, even when the law may not require us to flag or remove reported content, or to ban a member, we will nonetheless do so when we deem it necessary to prevent our services from being used by someone in the commission of a crime or civil tort—particularly when these are likely to interfere with our mission of providing a welcoming, nonpartisan Public Square. Examples include criminal solicitation, fraud, and nuisance.

Finally, while Parler allows the posting of some "Not Safe For Work" content, we provide a double-filter system to help ensure this content is viewed neither by minors nor by those who choose not to see it.

Principle #2:

Posting spam and using bots are nuisances and are not conducive to productive and polite discourse. In addition, it is unjust to our Influencers and creators, who have put time and effort into building their following and goodwill, and who deserve unfettered enjoyment of the effects of their hard work. The use of our mute and block features, by individual users, is often adequate to address problems with spam. But whenever it is not, and particularly when the behavior negatively affects the ability of those participating in our Influencer Network to monetize themselves, Parler will remove accounts of those who engage in this behavior.

A detailed discussion of the types of actions encompassed by these two principles is available here: https://legal.parler.com/documents/Elaboration-on-Guidelines.pdf

<u>Reporting Violations</u>

Parler relies upon its community members to report violations of these Guidelines. Read more about how it works here:
https://legal.parler.com/documents/Parler-Community-Jury.pdf

**Last Updated: December 4, 2020**