# EXHIBIT I

# telligencer

**CAPITOL RIOT** | UPDATED JAN. 10, 2021

# Feds Arrest Pro-Trump Insurrectionists Around the Country

*By Justin Miller and Matt Stieb*



Photo: Anadolu Agency/Anadolu Agency via Getty Images

Dozens of members of the pro-Trump mob who attacked the U.S. Capitol have now been charged for the seige on Wednesday which left five dead. Many more will be charged in the coming weeks, according to acting U.S. Attorney for the District of Columbia Michael Sherwin, who told NPR on Sunday that "hundreds" more could face criminal charges, ranging from destruction of federal property to murder.

The federal charges began on Friday, when the Department of Justice announced it had charged 13 people involved in the attack. Two of the insurrectionists are accused of illegal possession of weapons, including one man who is said to have brought 11 Molotov cocktails to Capitol Hill. The rest were hit with a variety of charges alleging they unlawfully entered the Capitol grounds and assaulted law-enforcement officers. (At least 40 others have been arrested and charged in D.C. court already on similar charges.) Among them are Richard Bennett of Arkansas, who was infamously photographed seated with his feet on House Speaker Nancy Pelosi's desk. Bennett was taken into custody, as was Lonnie Coffman of Alabama, who feds say brought the Molotovs and two firearms.



Less than $5 a month for unlimited access to Intelligencer and everything else New York   ACT NOW



West Virginia lawmaker Derek Evans, a Republican, was also charged, according to the AP and taken into custody by FBI agents at his home. On Saturday, Evans submitted a letter of resignation to the state's Governor Jim Justice.

> #BREAKING WV Delegate Derrick Evans has been taken into federal custody.
>
> He's charged after allegedly entering a restricted area of the US Capitol with rioters Wednesday.
>
> A woman saying he was his grandmother came out telling us to leave as he was put in a car. #WSAZ pic.twitter.com/wK2RqFcaF7
>
> — Chad Hedrick (@WSAZChadHedrick) January 8, 2021

Other insurrectionists seen in widely-distributed photos this week were arrested over the weekend. On Saturday, the Department of Justice announced that Jacob Anthony Chansley, the Arizona man who entered the Capitol shirtless and wearing a fur headdress with horns, was arrested on charges of "knowingly entering or remaining in any restricted building or grounds without lawful authority, and with violent entry and disorderly conduct on Capitol grounds on Saturday."



In the same statement, the DOJ announced that Adam Johnson — the man from Florida seen stealing with Nancy Pelosi's lectern — is in custody and has been charged with "one count of knowingly entering or remaining in any restricted building or grounds without lawful authority; one count of theft of government property; and one count of violent entry and disorderly conduct on Capitol grounds."



Doug Jensen, the Iowa man who allegedly led the push toward the Senate chamber, was arrested by the FBI and is facing five federal charges, including trespassing and disorderly conduct.



On Sunday, the FBI arrested Eric Gavelek Munchel, the 30-year-old Tennessee man photographed carrying zip ties inside the Senate chamber. He is facing a federal charge of "knowingly entering or remaining in any restricted building or grounds without lawful authority" and one count of violent entry and disorderly conduct on Capitol grounds. In the same announcement, the Department of Justice stated it had arrested another man, Larry Rendell Brock of Texas, on the same charges. Brock also allegedly entered the Capitol in tactical gear with flex cuff restraints.



The search for suspects in the Capitol riot continues, with the FBI receiving over 40,000 digital media tips in the first four days after the attack. "Just because you've left the D.C. region, you can still expect a knock at the door, if we find out you were part of the criminal activity at the Capitol," said Steven D'antuono, the No. 2 in the FBI's Washington Field Office, according to Politico. "We are sparing no expense or personnel or effort to root those perpetrators out and find them." The FBI is offering a $50,000 reward for the suspect who planted pipe bombs outside the headquarters of the Republican and Democratic parties.

Military and law enforcement investigators are also turning the focus on their own ranks. On Sunday, U.S. Army Secretary Ryan McCarthy told Rep. Jason Crow that at least 25 domestic terrorism cases have been opened into military personnel allegedly on the scene on Wednesday. Police departments in Virginia, Washington, and Pennsylvania have begun investigations into their own officers who traveled to D.C. for the rally.

Federal investigators are also reportedly investigating the death of U.S. Capitol Police officer Brian Sicknick as murder. Four members of the mob also died in the attack, including a 35-year-old Air Force veteran Ashli Babbitt, who was shot by a Capitol police officer when she climbed through a window leading to an entryway outside of the House chamber.

*This post has been updated throughout.*

TAGS:   CAPITOL RIOT   DONALD TRUMP

▬ 76 COMMENTS

▶


THE Intelligencer FEED

**22 MINS AGO**   CAPITOL RIOT
### House Introduces Article of Impeachment: Live Updates
*By* INTELLIGENCER STAFF

The House has charged President Trump with "incitement of insurrection."

**25 MINS AGO**
### The president hasn't been heard from in days

> I'm told the White House is discussing the idea of President Trump making remarks on camera today about big tech, but no decisions have been made.
>
> —@EamonJavers

**11:14 A.M.**   BIDEN ADMINISTRATION
### All of President-elect Joe Biden's Cabinet Nominees
*By* INTELLIGENCER STAFF

A running list of Biden's announcements and reported picks as the incoming administration begins to take shape.

MOST POPULAR

1. ### Senior Trump Official: We Were Wrong, He's a 'Fascist'
   *By* OLIVIA NUZZI

2. ### Capitol Police Officer Who Responded to Pro-Trump Riot Dies by Suicide

*By* MATT STIEB

**3. The Silence of the Damned**
*By* OLIVIA NUZZI

**4. The Lab-Leak Hypothesis**
*By* NICHOLSON BAKER

**5. White House Forced Out U.S. Attorney Amid Effort to Overturn Election in Georgia**
*By* CHAS DANNER

**9:40 A.M.** CAPITOL RIOT
**Read Melania Trump's Letter About the Capitol Riot**
*By* BENJAMIN HART

She condemns political violence — and critical media coverage of herself.

**7:55 A.M.**
**David Ignatius on William Burns, Biden's pick to lead the CIA**

> President-elect Joe Biden plans to nominate William J. Burns, a former career diplomat who has served both parties and won respect at home and abroad, to run a CIA that has been badly battered by the Trump administration.
>
> The choice of Burns is the incoming administration's last major personnel decision, and it highlights the qualities that characterize Biden's foreign policy team. Burns is an inside player — brainy, reserved, collegial — and loyal to his superiors, sometimes to a fault, as he conceded in his 2019 memoir.
>
> Though a diplomat, not a spy, Burns is a classic "gray man" like those who populate the intelligence world. And he has often served as a secret emissary: The title of his memoir, "The Back Channel," refers in part to his role as the covert intermediary in the initial contacts with Iran that led to the 2015 nuclear agreement.
>
> For an agency that lives on personal trust, Burns is an apt choice. As I wrote nearly two years ago in reviewing the memoir, Burns "is widely viewed as the best Foreign Service officer of his generation."
>
> Biden plans to nominate William J. Burns, a former career diplomat, to run the CIA
> —Washington Post

**7:00 A.M.** THE NATIONAL INTEREST
**Why Republicans Are Finally Trying to Wash Off the Trump Stink**
*By* JONATHAN CHAIT

Better way, way, way too late than never.

**1/10/2021** AVIATION
**Two-Mile Nosedive by an Indonesian 737 Unexplained As of Yet**
*By* JEFF WISE

Black box data should reveal why Sriwijaya Air Flight 182 plunged rapidly on Saturday, striking the Java Sea at nearly 500 miles per hour.

**1/10/2021** CAPITOL RIOT
**Capitol Police Officer Who Responded to Pro-Trump Riot Dies by Suicide**
*By* MATT STIEB

Howard Liebengood, 51, was the second member of the Capitol Police to die in the past week.

**1/10/2021** CAPITOL RIOT

### Feds Arrest Pro-Trump Insurrectionists Across the Country

*By* JUSTIN MILLER AND MATT STIEB

Many of the figures in the most widely-distributed photos from Wednesday are already facing federal criminal charges.

**1/10/2021**  SOCIAL MEDIA
### Amazon, Apple, and Google Cut Off Parler, Citing Failure to Moderate Extremism

*By* CHAS DANNER

The site, which has been a haven for many on the far right, may not be long for this world in the aftermath of the Capitol riot.

**1/9/2021**  GEORGIA
### White House Forced Out U.S. Attorney Amid Effort to Overturn Election in Georgia

*By* CHAS DANNER

The top federal prosecutor in Atlanta, Byung Pak, was reportedly told to resign because Trump was upset he didn't help find voter fraud in Georgia.

**1/9/2021**  THE SWAMP
### The Silence of the Damned

*By* OLIVIA NUZZI

Without his tweets, it's like Trump's presidency is already over.

**1/9/2021**  GEORGIA
### Trump Also Made Call to Pressure Georgia Election Investigator

*By* CHAS DANNER

The president called the state's top elections investigator on December 23 and urged them to "find the fraud."

**1/9/2021**  CAPITOL RIOT
### A Domestic Terrorism Law Can't Solve Right-Wing Violence

*By* SARAH JONES

The idea is back after the Capitol riot, but the enemies of democracy could use such a statute as a tool against the left.

**1/8/2021**  POLITICS
### Twitter Bans Trump for Life

*By* JUSTIN MILLER

The president got banned from his personal account, then got busted using the White House and campaign accounts.

**1/8/2021**  THE SWAMP
### Senior Trump Official: We Were Wrong, He's a 'Fascist'

*By* OLIVIA NUZZI

"The legacy of the Trump administration is going to be that the president sparked an insurrection and people died."

**1/8/2021  CAPITOL INSURRECTION**
### 'It Was No Accident'
*By* REBECCA TRAISTER

Congresswoman Pramila Jayapal on surviving the siege.

**1/8/2021  POLITICS**
### Will Donald Trump Try to Take His Act to TikTok?
*By* CHRIS STOKEL-WALKER

I asked the company whether he'd be welcome on the platform. Its silence raises some interesting questions.

**1/8/2021  CAPITOL RIOT**
### Democrats Keeping It Simple on Basis for Impeachment
*By* ED KILGORE

The draft article, which could come to a vote by next week, has one article focused on Trump's incitement to insurrection on January 6.

**1/8/2021  BIDEN INAUGURATION**
### Trump Will Be the First President in 152 Years to Skip Successor's Inauguration
*By* ED KILGORE

Another one-term impeached president, Andrew Johnson, snubbed Ulysses S. Grant.

**1/8/2021  CAPITOL RIOT**
### Biden's Top Hill Allies: We Got This, You Focus on Taking Over
*By* GABRIEL DEBENEDETTI

The incoming president struck a milder tone than Democrats in Congress who want to expel Republicans and impeach Trump again.

**1/8/2021  BIDEN INAUGURATION**
### Everything We Know About Joe Biden's Inauguration
*By* CHARLOTTE KLEIN

Biden's inauguration was already set to look drastically different due to COVID, and after the Capitol riot, security concerns have skyrocketed.

**1/8/2021  CAPITOL RIOT**
### Trump Supporters Harass Lindsey Graham at Airport
*By* CHARLOTTE KLEIN

The president's loyalists chanted "traitor" and heckled the Republican lawmaker on Friday.

**1/8/2021**
### David Perdue concedes

Photo: @AdamBassWCCS

**1/8/2021** THE NATIONAL CIRCUS
### The Trashing of the Republic
*By* FRANK RICH

The only response to the carnage in Washington is to banish Trump and his traitorous collaborators from civil society.

**1/8/2021** CAPITOL RIOT
### What Experts on Extremism Want From the Biden Administration
*By* JAMES D. WALSH

Debating the utility and perils of a domestic-terrorism statute.

**1/8/2021**
### Several more arrests today

> NEW: @derrickevans_WV, a Republican member of West Virginia's legislature, has been charged for playing part in the pro-Trump assault on the U.S. Capitol on Wednesday, Justice Department officials say on a press call.
>
> —@C_Sommerfeldt

**1/8/2021** CAPITOL RIOT
### Impeachment Could Ban Trump From Running in 2024
*By* ED KILGORE

It's too late for Congress to remove Trump before Inauguration Day. But a post-presidential impeachment and conviction could prevent a Trump comeback.

**1/8/2021** CORONAVIRUS VACCINE
### Biden to Release Nearly All Available COVID-19 Vaccine Doses
*By* CHARLOTTE KLEIN

In a major break from current policy, Biden will stop holding back second doses "to ensure the Americans who need it most get it as soon as possible."



READ MORE ON THE
**Intelligencer**
HOMEPAGE

SIGN IN TO COMMENT

## Intelligencer

 

| | |
|---|---|
| NEWSLETTERS | ABOUT US |
| HELP | CONTACT |
| MEDIA KIT | WE'RE HIRING |
| PRESS | PRIVACY |
| TERMS | AD CHOICES |
| | DO NOT SELL MY INFO |

INTELLIGENCER IS A VOX MEDIA NETWORK.

© 2021 VOX MEDIA, LLC. ALL RIGHTS RESERVED.