# EXHIBIT K

**John Matze** 🇺🇸 @John
22 mins ago • ⊚ 532k

How to Help
1) Tuesday come back to Parler . Com OR use the side loaded version of android OR use your already installed versions of Parler. (or maybe we will be back on the stores 😝)
2) Check your email and spam for messages from Parler
3) Call, write and email your congressman and senators and expose this anti-competitive behavior. On both sides of the isle.
4) Cancel your Amazon subscriptions and dump Apple. Google/android is not much better, but it will have to do until the Linux phones are finally ready.
5) DO NOT leave angry messages however DO complain politely to Amazon, Google, Apple via mail and via phone.

We should be operational with less then 12 hours of downtime after Amazon abruptly pulls our access. This is unprecedented.