# EXHIBIT A

# Press release

## Twitter Selects AWS as Strategic Provider to Serve Timelines

December 15, 2020 at 9:00 AM EST

*Twitter will use AWS's industry-leading services and global infrastructure to power the real-time, global traffic and improve the experience for people who use Twitter*

SEATTLE--(BUSINESS WIRE)--Dec. 15, 2020-- Today, Amazon Web Services, Inc. (AWS), an Amazon.com, Inc. company (NASDAQ: AMZN), announced that Twitter (NYSE: TWTR) has selected AWS to provide global cloud infrastructure to deliver Twitter timelines. Under the multi-year deal, Twitter will leverage AWS's proven infrastructure and portfolio of services to support delivery of millions of daily Tweets. This expansion onto AWS marks the first time that Twitter is leveraging the public cloud to scale their real-time service. Twitter will rely on the breadth and depth of AWS, including capabilities in compute, containers, storage, and security, to reliably deliver the real-time service with the lowest latency, while continuing to develop and deploy new features to improve how people use Twitter. The new agreement builds on the companies' more than decade-long collaboration, where AWS continues to provide Twitter with storage, compute, database, and content delivery services to support its distribution of images, videos and ad content.

Millions of people and organizations use Twitter to share and react to what's happening and what people are talking about right now, and Twitter will leverage AWS infrastructure and services to continue improving performance and security for them. Twitter and AWS will create an architecture that extends Twitter's on-premises infrastructure to enable them to seamlessly run and scale the real-time service globally, increase its reliability using AWS's fault-tolerant infrastructure, and rapidly move new features into production around the world. Twitter will take advantage of AWS Graviton2-based instances on Amazon Elastic Compute Cloud (Amazon EC2) to power its cloud-based workloads, and use AWS container services to develop and deploy new features and applications consistently across its hybrid infrastructure.

In addition, Twitter will continue to use AWS services such as Amazon CloudFront (AWS's fast content delivery network service that securely delivers data, videos, applications, and APIs with low latency and high transfer speeds to customers globally) and Amazon DynamoDB (AWS's key-value database that delivers single-digit millisecond performance at any scale).

"We are excited to work with AWS to expand the infrastructure Twitter uses to serve the public conversation as we grow globally," said Parag Agrawal, Chief Technology Officer, Twitter. "The collaboration with AWS will improve performance for people who use Twitter by enabling us to serve Tweets from data centers closer to our customers at the same time as we leverage the Arm-based architecture of AWS Graviton2 instances. In addition to helping us scale our infrastructure, this work with AWS enables us to ship features faster as we apply AWS's diverse and growing portfolio of services."

"Twitter's decision to rely on AWS infrastructure and services for its real-time workloads will help them instantly scale their global footprint up and down without ever compromising the experience for people who use Twitter," said Matt Garman, Vice President, Sales and Marketing at Amazon Web Services, Inc. "By using AWS container services to create a seamless hybrid on-premises and cloud environment, Twitter can innovate and deliver new experiences quickly and cost-effectively."

**About Amazon Web Services**

For 14 years, Amazon Web Services has been the world's most comprehensive and broadly adopted cloud platform. AWS offers over 175 fully featured services for compute, storage, databases, networking, analytics, robotics, machine learning and artificial intelligence (AI), Internet of Things (IoT), mobile, security, hybrid, virtual and augmented reality (VR and AR), media, and application development, deployment, and management from 77 Availability Zones (AZs) within 24 geographic regions, with announced plans for 18 more Availability Zones and six more AWS Regions in Australia, India, Indonesia, Japan, Spain, and Switzerland. Millions of customers—including the fastest-growing startups, largest enterprises, and leading government agencies—trust AWS to power their infrastructure, become more agile, and lower costs. To learn more about AWS, visit aws.amazon.com (https://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Faws.amazon.com%2F&esheet=52348362&newsitemid=20201215005162&lan=en-US&anchor=aws.amazon.com&index=1&md5=a51a3ba246058b046f8880a9d93a66a3).

**About Amazon**

Amazon is guided by four principles: customer obsession rather than competitor focus, passion for invention, commitment to operational excellence, and long-term thinking. Customer reviews, 1-Click shopping, personalized recommendations, Prime, Fulfillment by Amazon, AWS, Kindle Direct Publishing, Kindle, Fire tablets, Fire TV, Amazon Echo, and Alexa are some of the products and services pioneered by Amazon. For more information, visit www.amazon.com/about (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.amazon.com%2Fabout&esheet=52348362&newsitemid=20201215005162&lan=en-US&anchor=www.amazon.com%2Fabout&index=2&md5=07422434feaaa64d09e68e6d21be008f) and follow @AmazonNews (https://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Ftwitter.com%2FAmazonNews&esheet=52348362&newsitemid=20201215005162&lan=en-US&anchor=%40AmazonNews&index=3&md5=c99a4a52b1abdb57429cc836e41eab19).

**About Twitter, Inc.**

Twitter is what's happening and what people are talking about right now. To learn more, visit about.twitter.com (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fabout.twitter.com%2F&esheet=52348362&newsitemid=20201215005162&lan=en-US&anchor=about.twitter.com&index=4&md5=2e02b98e696c559fcd506f2732c352a9) and follow @Twitter. Let's talk.

View source version on businesswire.com (http://businesswire.com):
https://www.businesswire.com/news/home/20201215005162/en/ (https://www.businesswire.com/news/home/20201215005162/en/)

Twitter
Catherine Hill
press@twitter.com (mailto:press@twitter.com)

Amazon.com, Inc.
Media Hotline
Amazon-pr@amazon.com (mailto:Amazon-pr@amazon.com)
www.amazon.com/pr (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.amazon.com%2Fpr&esheet=52348362&newsitemid=20201215005162&lan=en-US&anchor=www.amazon.com%2Fpr&index=5&md5=796c361473bfd6a12fae4860aff760fb)

Source: Amazon Web Services, Inc.