# EXHIBIT E

**Examples of Encouragement of Violence Content on Parler**

==Sent at 1.23pm MST (12/14/2020)==

**Example 1**

**POST**:



**Example 2**

**POST**:





**Example 3**

**POST:**



All this talk is just total bullshit if you people don't get off your ass and start taking these motherfuckers out one of the time fuck blm /antifa put a target on these motherless trash they aren't human taking one out would be like stepping on a roach no different

**Example 4**

**POST:**



Aside from ranting and raving, I become more and more radicalized every day. My wishes for a racewar have never been higher. I find myself thinking about killing niggers and jews more and more often. Our people need freedom. Theyve taken everything from us You work 40+ hours a week for what? You work your life way to pay taxes to a group of elites that hate you You watch your women raped and turnt out by niggers You watch as your children are indoctrinated You watch your country fall apart When will enough be enough? We need to act like our forefathers did Kill them all Leave no victims or survivors

read less

2

**Sent at 6.50pm PT (12/15/2020)**
**USER:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**POST:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

> ▓▓▓▓▓▓▓▓   8 hours ago · 👁 517                                    ⌄
>
> On January 20th we need to start systematicly assasinating #liberal leaders, liberal activists, #blm leaders and supporters, members of the #nba #nfl #mlb #nhl #mainstreammedia anchors and correspondents and #antifa . I already have a news worthy event planned. #blmterrorists #militia #civilwar #civilwar2
> read less
>
> 💬 9      ⟳ 0      ⌃ 2                                              ⚐ ⛓

**Sent at 7.06pm PT (12/18/2020)**
**Example 1**
Post: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



**Example 2**
Post: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3



All of the Blue states have signed on against the Texas lawsuit. The seeds of our civil war are being sown.

Yup. It's really happening. I really don't look forward to having to kill someone, but it is necessary for the future of our people. When it comes to how we go about this we should probably avoid mentioning tactics online, I know the left is watching so it's better not to give them ideas.
read less

**Example 3**



Treasonous Traitor

Hang him !!
ususususus

Hang this fat pos



days ago · ◉ 264k

Meet (R)████████████████████████████Founder of
#TheLincolnProject a committee seeking to prevent a #Trump reelection.

He released details of the lawyers working on President Trump's election challenges on #Twitter

Steven doesn't want this information released to the general public.
read less

💬 629     ⚖ 3.7k     ↑ 2.6k

**Example 4**
Post: ██████████████████████████████



27, 2020 · ◉ 2.3k

Cops are modern day redcoats. These "officers" are willing to strip you of your rights so be
prepared to fight if necessary. Aim small, miss small. #liberty #libertymovement
#libertycommunity #libertarian #freedom #LFOD #KYLP #donttreadonme #comeandtakeit
#revolution #1776 #patriot #goons #anarchy #ancap #agorism #voluntaryism #boogaloo
#bigigloo #bigluau #boogaloobois #refreshthetreeofliberty #maketyrantsswingagain
#taxationistheft #shallnotbeinfringed #treadonthem #sicsempertyrannis #sonsofliberty #militia
#hisnamewasericallport ████████████████████
read less

💬 2     ⚖ 5     ↑ 30

5

<mark>Sent at 1.21pm PT (1/8/2021)</mark>

**Example 1**

POST: ███████████████████████████



You liberals and dirty left demonrats and antifa and blm and rhino politicians and Muslims who are against our country our president our constitution and burning down our jobs burning down our businesses burning down our life destroying our children's lives and scaring them destroying our culture our freedoms and our rights our history our lord Jesus ? You cry for free shit ? I'll give you something free a damn bullet to your damn head there's your damn free !!! It's coming we are coming with our list we know where you live we know who you are we are coming for you and it starts on the 6 th civil war 2 is on the arise and it's coming with hell and death ! Lol if you will think it's a joke but when we are in your faces with our guns or fire burning your asses out you won't be Laughing then will you ? Enjoy your last few days you have because it will be your last ! Semper Fi

**Example 2**



FUCK THESE DC POLICE. FUCK THOSE COCK SUCKERS UP. BEAT THEM DOWN. YOU DONT GET TO RETURN TO YOUR FAMILIES TONIGHT OATHBREAKERS DESERVE PUNISHMENT.

The above is a comment on this post: ████████████████████████████████



**Example 3**

6

POST: ████████████████████████████



**Example 4**

POST: ████████████████████████████



**Example 5**

POST: ████████████████████████████



**Example 6**

POST: ████████████████████████████



**Example 7**
POST:



Check out [redacted] working at the polls in GA today 1/5/2021. She committed fraud and she's still working at the polls. What???

2 days ago · 👁 7.8k

days ago · 👁 146

Criminals dont care how flagrant they are with their crimes. They are fighting for their lives. Until Justice is served they will continue to do so. #executethemfortreason

💬 0      ⚙ 0      ⤴ 1                                              ↗ ⛓

**Example 8**
POST: [redacted]



**Example 9**

POST:



**Example 10**

POST:



**Example 11**

POST:



**Example 12**

POST: 



**Example 13**

LINK:



All white Americans, get united and beat on the streets, permanently, cruelly, furiously, fearlessly and boldly with all kind of guns and stones about America, about the good, honesty, truth, the justice, the freedom, the independence, your rights and the President Donald Trump!!!!! Be very brave and proud!!!!! Use many bombs, too!!!!! Attack the all homes and buildings, where work the Democrats and the people from the other races!!!!! We are one blessed, cohesive nation under God, so we the white Americans will show to the world, we will stay super power, forever and we will continue to fight against Democrats and the people from the other races and we will win very soon!!!!! Keep America great, powerful, strong and number 1, forever!!!!!

read less

The above is a comment on this post:



Donald Trump just released a video statement regarding the riots at the Capitol yesterday.

TRUMP VIDEO: "I am outraged at the violence, lawlessness, and mayhem" at U.S. Capitol

To the rioters: "You do not represent our country"

https://legalinsurrection.com/2021/01/trump-video-i-am-outra

**Example 14**

POST:



Simple solution, just start bricking the buses, don't give the fucking scumbags a chance, just start a barrage of bricks, boulders, stones anything, Fuck them up proper!! I absolutely hate those coward bastards. Play them at their own game!! 🧱%

**Example 15**

LINK: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



Above is a comment on this original post: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**Example 16**

POST: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**Example 17**

POST:



**Example 18**

POST: ███████████████████████



████████████ ago · 👁 354

This Cunt should be arrested immediately along with her treasonous husband. They both should hung for betraying their country and committing high crimes against the People of the United States of America.

#hangthetraitors
#arrestmcconnell
#arrestchao
#arrestbiden
#hangschumer
#hangpelosi
#arresthunterbiden
#executeobama
#executehillary
#antifablmfomesticterrorists
#sayhername
#itwasantifa
#holdtheline

Transportation Secretary Elaine Chao, McConnell's Wife, Announces Resignation From Trump Administration

Download our app to read more at
read less

**Transportation Secretary Elaine Chao, McConnell's Wife, Announces Resignation From Trump Administrat...**
Transportation Secretary Elaine Chao on Thursday announced her resignation from President Donald Trump's administration,...
🔗 https://link.theepochtimes.com/mkt_app/transportation-secret

1/2

💬 0    🗨 1    ⬆ 5

**Example 19**

POST: ███████████████████████

17



**Example 20**
POST:



**Example 21**
POST:



**Example 22**

POST:



WATCH: President Trump Releases Video Statement, Tells Protesters 'Go Home in Peace'

**WATCH: President Trump Releases Video Statement, Tells Protesters 'Go Home in Peace' | Sean Hannity**

President Trump released a video statement Wednesday after protesters stormed the US Capitol; telling demonstrators to "...

🔗 https://hannity.com/media-room/watch-president-trump-release

#CivilWar2 is finally here!!!!

It's time to take down the #dc #swamp once and for all. The American people aren't going to put up with this shit anymore.

#HangCongress
#HangTheDeepState
#HangPelosi
#HangPence
#HangSchumer
#HangRinos
#ShootToKill
#H... read more

💬 0      🔁 1      ⬆ 6

**Example 23**

POST:

20



**Example 24**

POST:



**Example 25**

POST:



**Example 26**

POST:



🚨 Listen people. 🚨

Shit is rolling downhill in a flood.

Come January 20th America will be dead.
The Constitution will cease to exsist.

ANTIFA and BLM will be law enforcement

Frankly, before 2024, i would not be shocked at all to see Chinese military driving down our streets.

A war will be started in the middle east and they will draft our children to fight and die in a war that makes them rich.

Retirement funds/savings will be seized to be redistributed to illegal aliens.

Many of us will lose our homes because we will also lose jobs and wont be able to afford payments or they are too old and not "cost effective" to update to GND standards. They will be left to rot.

I say this because those Republicans did not vote to stop this.

They KNOW DAMNED WELL WHATS COMING AND THEY WILL DO NOTHING TO STOP IT while they make millions selling OUR JOBS to China.

They are traitors to America, the Constitution and "We the... read more

We have nothing to lose our lives are forfeit anyway we have become the United States of China they should all die for doing this to us
#HangThemALL now

**Example 27**
POST:



**Example 28**

POST:



CAUGHT ON TAPE: Brad Raffensperger Begged For Chinese Votes

**CAUGHT ON TAPE: Brad Raffensperger Begged For Chinese Votes – NewsWars**

Breaking News and Information with a strong bias for telling the truth. Censored news and analysis that you won't find a...

🔗 https://www.newswars.com/caught-on-tape-brad-raffensperger-b

Hang this mofo today. #enough #stopthecoup

**Example 29**

POST:





days ago · 👁 405

Ted Cruz,
Where are the rest of the Republican Senator #DeathToTraitorss?

10 GOP Senators is 42 GOP Senators short and 1 VP Short.

Patriots are watching to find out who are the Senators owned by the Chinese Communist Party.

Any and All Republicans that do not join in the Objection to The Fraudulent Democrat Electors from the 7 States where Democrats stole the Elction for The Paedophile, China Joe Biden, with elp from CCP are Agents of the Chinese Communist Party.

Currently it looks like there is 42 GOP Senators and 1 VP who are on the CCP Payroll. These Chinacrat Agents will be tried and executed for #Treason.

FIRST of the Chinacrats to be Executed will be Senator Mitch McConnell.

#DeathToTraitors
When they Stole the Election, They declared war on American. We will see them executed for #Treason.
read less

**Example 30**

POST:



**Example 31**

POST:



Senator Mitch Mcconnel just called American Patriots "thugs" and said the US Senate will not bow to intimidation by thugs. Hang these traitors today!

**Example 32**

POST:



**Example 33**

POST:



**Example 34**

POST:



**Example 35**

POST: 



**Example 36**
POST: ████████████████████████████████████



**Example 37**

POST: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**Example 38**

POST: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



I don't give a frog's fat ass who it was that led the charge on the Capitol. It needed to be done. We MUST show these traitor sons of bitches in Washington that we are sick of their shit. I'm just disappointed that they weren't able to get to Chuck and Nancy and drag their sorry asses out in the street. usus

read less

**Example 39**
Note: The echo has a "Sensitive Content" warning, but the original post does not.

ECHO:



ORIGINAL POST:



<mark>Sent at 9.28pm PT (1/8/2021)</mark>

### Example 40
POST: ███████████████████████████████████████



### Example 41
POST: ████████████████████████████████████████



### Example 42
POST: ████████████████████████████████████████



We got to give it until Monday but after that patriots we must take the fight to them, make that rally look small. Load your magazines gather your things it's time to go and take out the sorry bastard's

**Example 43**

POST: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



Here's the first one.... Feel free to add to the list as you get them. This is going to be so fun. The treasonous trader must be eliminated. If he does not go to prison soon we the people will judge him

**Example 44**



I truly hope some American citizen kills this woman in the streets on TV for everyone to enjoy over and over and over and over again! This woman is a mouthy terrorist and is allowed to threaten the American people and their president!!!

She gets the rope

This bitch should be exacuded.



4 hours ago

How is she gonna deal with the death squad when it pays a visit??

💬 0    🔖 0    ⬆ 16

5 hours ago

She needs putting in the ground.

💬 0    🔖 0    ⬆ 16

5 hours ago

MIST

💬 0    🔖 0    ⬆ 17

6 hours ago

These socialist terrorists need to be hung high from treetops for all to see, let's see you fuxktards stop 83 plus million Patriots, when we rise you will truly realize that you have woken a sleeping giant, and we will exterminate each and everyone of you swamp demo rats.... Times up 👊🔥🔥🔥👊👊👊

read less

💬 0    🔖 0    ⬆ 19

hours ago

She needs to be hung on national t.v fir her crimes. Theft and extortion and hatred for America for her own agenda!!! Cannot stand her.

💬 0    🔖 0    ⬆ 19



**Example 45**

POST: ████████████████████████████████



**Example 46**

POST: ████████████████████████████████



His address is at the bottom
I'd anyone wants to visit for a
Polite chat

**Example 47**



Roberts fucks over the nation, including children. Hang the bastard.



**Example 48**

POST:



3 days ago · 👁 1.2k

CAUGHT ON TAPE: Brad Raffensperger Begged For Chinese Votes - National File

Treasonous bitch

**CAUGHT ON TAPE: Brad Raffensperger Begged For Chinese Votes - National File**

Georgia Republican Secretary of State Brad Raffensperger was placed into office in the Georgia House of Representatives ...

🔗 https://nationalfile.com/caught-on-tape-brad-raffensperger-b

💬 4        ⟳ 17        ⬇ 23

**Example 49**
POST: ███████████████████████████████



4 hours ago · 👁 264

IT'S SAD TO SAY BUT WORD'S ISN'T GOING TO ALWAYS HELP US ACTION WILL IT'S SAD TO SEE PEOPLE SAY WE GOT NEXT TIME BUT HOW STUPID ARE THEY TO THINK WE GOT NEXT ELECTION KNOWING THEY STOLE THIS ONE IT'S LIKE YOU GUYS ARE BLIND TO THE FACT THAT IF THEY GOT AWAY WITH IT THIS TIME THEY ALREADY GOT AWAY WITH ALL FUTURE ELECTIONS UNLESS WE FIGHT NOW YOUR WORDS WILL ONLY PUT THE EVIL PEOPLES PLAN ON HOLD OR WE CAN FIGHT BACK AND TAKE OUT THE THREAT TO OUR COUNTRY ITS UN-AMERICAN TO THINKING FIGHTING BACK WITH BULLETS IS WRONG IF OUR PASS SHOW'S WE HAD TO DO IT BEFORE!

#Maga #trump #warboys #proudboys #freedom #fightback
read less

💬 0        ⟳ 3        ⬇ 3

**Example 50**
POST: ███████████████████████████████

41



Could people please start posting addresses of these crooked politicians...... We need the addresses of all of Barack Obama's homes. That canyon born trailer is going to pay very slowly

**Example 51**

POST: ████████████████████████████████████████



echoed by ████████

████████████████████   3 days ago · 👁 542k

↑   Stacy Abrams needs to be investigated ASAP!

████████████   3 days ago · 👁 327

I have a more permanent idea.. "BANG"!

💬 2      🔁 1      ⬧ 9

**Example 52**

POST: ████████████████████████████████████████



Fuck Around & Find Out

Stay Salty 🍺🐸us Good vs. EVIL
Let the 🩸 flow / Echo

#fightlikeaflynn ⭐⭐⭐
read less

TREASON

FASTER THAN A SPEEDING

TRAITOR

💬 0      🔁 1      ⬧ 5

**Example 53**

POST: ████████████████████████████████████████



echoed by ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮   1 day ago · 👁 3.1k

Then I hope someone out there will assassinate #MarkZuckerberg! Suckerturd! You suck shit out of men's assholes!!!

Lord Trump never once encouraged violence! The video removed and installed illegal block was encouraging peace!!!

Death to Mark Sucke... read more

▮▮▮▮▮▮▮▮   1 day ago · 👁 1.7k

I, too, have a Deadman's Switch. Multiple protections and traps in place. Anything to happen to me, the world is going to see interesting videos and photographs inside the homes of #MarkZuckerberg and #JackDorsey that also includes full nudes and shocking sex acts (one of many examples, hidden cameras in bathrooms, near toilets, etc - among rest of the places). They never knew while they slept and behaviors they committed. They will be screaming for beheading death or lifetime in #GITMO rather than total exposures. They fucked with another Real American yet again. Tick Tock Tick Tock

#Trump2020 #Election2020 #ElectionFraud #VoterFraud #NotMyPedophile #StopTheSteal #HoldTheLine #CorruptMedia #AmericaFIRST #FightBack #MAGA #Patriots #SCOTUS #Kraken #KrakenOnSteroids #America #USA #InsurrectionAct #WWG1WGA #Q #Qanon #ProudBoys #TrumpWon #FightBack
read less

💬 1        ◇ 0        △ 9

**Example 54**

POST: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



**Example 55**

POST: ███████████████████████████████████████



**Example 56**





**Example 57**





**Example 58**



AOC AND PELOSI NEED TO BE REMOVED
FROM OFFICE AND CASTRATED! I SAY WE
MAKE A PEEN GUILLOTINE AND MAKE THEM
FIRST IN LINE!



==Sent at 3.52pm PT (1/9/2021)==

**Example 1**



**Example 2**



**Example 3**



**Example 4**





execute the dembitch for Treason

Comment to original post



**Example 5**



**Example 6**



**Examples 7**



**Example 8**



**Example 9**



**Example 10**



**Example 11**



Comment to original post





THE BLOOD ISN'T EVEN DRY ON THEIR FALSEHOOD AND THE UNPERSONING HAS ALREADY
BEGUN! PATRIOTS BEING DROPPED LIKE FLIES! WE BEST DECLARE CIVIL WAR WHILE WE CAN
OR WE WON'T EVEN BE HERE TO DO IT!

So, Trump is just going to hand over our NUCLEAR CODES and the WORLD'S GREATEST
SUPERPOWER to COMMUNIST CHINA??

THE REAL CRIMINALS WERE ALREADY IN THE CAPITOL STEALING OUR NATION! WE THE
PEOPLE HAVE EVERY RIGHT TO TAKE OUR CAPITOL AND NATION BACK - IT BELONGS TO US!

THEY KNOW WE ARE THE MAJORITY - THERE ARE MILLIONS OF US AND ONLY A FEW RATS
STEALING OUR NATION, WHICH IS WHY THEY CAN'T WAIT TO ROUND UP EVERYONE INTO
CONCENTRATION CAMPS ASAP! THE TIME IS NOW TO ORGANIZE AND PULL TOGETHER TO
FIGHT - HANG TOGETHER OR HANG SEPARATELY!

WE ARE AT WAR! THEY ARE NEVER GONNA TELL YOU

#trump #trumpwon #electionfraud #stolenelection #ww3
read less

Attorney Sidney Powell Now Suspended from Twitter - Joins the
Growing List of Trump Supporters Being...
Attorney Sidney Powell has been suspended from Twitter. The suspension

**Example 13**



1 day ago · 👁 435

After the firing squads are done with the politicians the teachers are next.

💬 6      🔄 1      🔼 9

**Example 14**



22 hours ago · 👁 241

I want to tie the most unbreakable fishing line there is to #FBI Director Christopher Wrays cock
and balls, fasten the other end to my truck hitch then get in and floor it.

💬 3      🔄 0      🔼 3

**Example 15**



**Example 16**



**Example 17**



**Example 18**





**Example 19**



**Example 20**



**Example 21**



**Example 22**



**Example 23**



It's time to
Give Democrats a number, we're gunna call them '42' and take them to gas chambers to be
snuffed!

#QAnon #MAGA #ExterminateDemocrats #GasDemocrats #DemocratHolocaust
#TrumpForever #KAG #KillTheSteal

**Example 24**



I hope cops are ready to die for china, Patriots will begin to shoot soon!

#MAGA #KillTheSteal #FuckChina #StopTheSteal #NaziCops #BidenLaptop
#DemocraticChildTraffickingRing #Trump2021 #UnlockAndUnload

**Example 25**



On Jan 20th, true Patriots will finish the job! #NoJusticeNoPeace!

**Example 26**



**Example 27**



**Example 28**





4 hours ago · ⊙ 494

... #patriots , encourage each other. Contact, reach out to each other. Do not wait for despotism to encircle you and you fellow believers in freedom.

Text, call, support each other. Build each other up. We will need to be as strong as we can for the days ahead. We must not wait till the teeth comedown to strengthen one another.

Y.A.N.A PATRIOTS was created to do whatever it takes to inform and build up the Patriot spirit. It is not perfect,...but it is my desire to see those who know freedom, to never feel alone, and to know, that no matter what takes place, win or lose, WE are in this together. The risks may require from us everything, but what Patriot who desires freedom, could ever give less?

Clutch shepard and Y.A.N.A PATRIOTS

#patriots , #maga#fightback #liberalismisamentaldisorder#nra #2ndamendment#maga #kag
read less

**Example 30**



**Example 31**



Sent at 10.11pm MST (1/9/2021)
**Example 1**



**Sent at 6.34pm MST (1/10/2021)**

**Example 1**





**Example 2**

