# EXHIBIT F

**Example 1**



**Example 2**



**Example 3**



**Example 4**



**Example 5**



**Example 6**



**Example 7**



**Example 8**

**URL unavailable**

