The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>    Defendant. | No. 2:21-cv-00031-BJR<br><br>[PROPOSED] ORDER DENYING PARLER LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER |

The Court has considered Plaintiff Parler LLC's Motion for Temporary Restraining Order, the Opposition of Defendant Amazon Web Services, Inc., and the argument of counsel, if any, and now ORDERS that the Motion for Temporary Restraining Order is DENIED.

**IT IS SO ORDERED.**

DATED this _____ day of January, 2021.

By _____
Judge Barbara J. Rothstein
U.S. District Court, Western District of Washington

[PROPOSED] ORDER DENYING MOTION FOR TRO
(2:21-cv-00031-BJR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  Presented by

2  Davis Wright Tremaine LLP
   Attorneys for Amazon Web Services, Inc.
3
   By */s/ Ambika Kumar Doran*
4  Ambika Kumar Doran, WSBA #38237
   920 Fifth Avenue, Suite 3300
5  Seattle, WA 98104
   Telephone: 206-622-3150
6  E-mail: adoran@dwt.com

7
   Alonzo Wickers IV, Cal. State Bar #169454
8      *pro hac vice* application forthcoming
   865 S. Figueroa Street, Suite 2400
9  Los Angeles, CA 90017
   Telephone: 213-633-6800
10 E-mail: awickers@dwt.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER DENYING MOTION FOR TRO
(2:21-cv-00031-BJR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax