The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>               Defendant. | No. 21-cv-00031-BJR<br><br>[PROPOSED] ORDER GRANTING AMAZON WEB SERVICES, INC.'S MOTION TO SEAL |

THIS MATTER is before the Court on the motion of Defendant Amazon Web Services, Inc. ("AWS") to seal portions of two declarations it has filed in support of its Opposition to Plaintiff Parler LLC's ("Parler") Motion for Temporary Restraining Order.  The declarations are identified in the record as Amazon Executive 1 Decl. and Amazon Executive 2 Decl.  The motion seeks to seal the employee's name, signature and job title and description in each declaration.  Versions of each declaration, with this information redacted, have been filed publicly.

The Court has considered AWS's motion, as well as those concurrently filed documents and declarations in support of its TRO Opposition, and the files and pleadings in this matter.

In accordance with Local Civil Rule 5(g) and the applicable standard for overcoming the presumption of access in order to seal court records, the Court hereby finds as follows:

1. AWS and its employee-declarants have demonstrated a well-founded concern for the safety and security of their employees based on threatening and violent content, posted by

[PROPOSED] ORDER
2:21-cv-00031-BJR - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Parler users and others, in the wake of AWS's decision to suspend services to Parler. These threats have included posts specifically targeting Amazon employees and facilities. Protecting the safety and security of its employees, and preventing potential harassment, are compelling interests sufficient to justify the limited sealing requested by AWS.

2. The proposed redactions, which are limited to information identifying the employees, are narrow, and no more restrictive than necessary to protect the safety and security interests identified above.

3. The public interest is not harmed by these limited redactions. The substance of the declarations remains accessible. The public has no particular interest in the personal identifying information of the declarants, and the redactions will not materially impact the public's ability to understand the substance of the matter or the court's decision-making process.

Accordingly, it is hereby ORDERED that the Motion to Seal is GRANTED. The following material shall be sealed:

1. The name, signature, job title and job description contained in the Amazon Executive 1 Declaration; and
2. The name, signature, job title and job description contained in the Amazon Executive 2 Declaration.

**IT IS SO ORDERED.**

DATED this _____ day of January, 2021.

By _____
Judge Barbara J. Rothstein
U.S. District Court, Western District of Washington

[PROPOSED] ORDER
2:21-cv-00031-BJR - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Presented by

2  Davis Wright Tremaine LLP
   Attorneys for Amazon Web Services, Inc.
3
   By */s/ Ambika Kumar Doran*
4  Ambika Kumar Doran, WSBA #38237
   920 Fifth Avenue, Suite 3300
5  Seattle, WA 98104
   Telephone: 206-622-3150
6  E-mail: adoran@dwt.com

7
   Alonzo Wickers IV, Cal. State Bar #169454
8      *pro hac vice* application forthcoming
   865 S. Figueroa Street, Suite 2400
9  Los Angeles, CA 90017
   Telephone: 213-633-6800
10 E-mail: awickers@dwt.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER
2:21-cv-00031-BJR - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax