1          The Honorable Barbara J. Rothstein

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
8                            AT SEATTLE

9  PARLER LLC,

10                         Plaintiff,          No. 2:21-cv-00031-BJR

11        v.                                   DEFENDANT'S NOTICE OF
                                               FILING PHYSICAL MATERIALS
12  AMAZON WEB SERVICES, INC.,                 WITH THE CLERK

13                         Defendant.

14

15        Exhibits C and E to the Declaration of Ambika K. Doran in Support of Amazon Web

16  Services, Inc.'s Opposition to Parler's Motion for Temporary Restraining Order are being filed

17  in physical form on CD with the Clerk's Office for the Western District of Washington.  The CD

18  will remain in the Clerk's Custody until appropriate disposition pursuant to the Local Rules of

19  the Western District of Washington.

20        DATED this 13th day of January, 2021.

21                                       Davis Wright Tremaine LLP
                                         Attorneys for Amazon Web Services, Inc.
22
                                         By */s/ Ambika Kumar Doran*
23                                           Ambika Kumar Doran, WSBA #38237
                                             920 Fifth Avenue, Suite 3300
24                                           Seattle, WA  98104-1610
                                             Telephone: 206-622-3150
25                                           E-mail: ambikadoran@dwt.com

26                                           Alonzo Wickers IV, Cal. State Bar #169454
                                             *pro hac vice* application forthcoming
27

NOTICE OF FILING PHYSICAL MATERIALS (No. 2:21-cv-00031) - 1

865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: 213-633-6800
E-mail: alonzowickers@dwt.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF FILING PHYSICAL MATERIALS (No. 2:21-cv-00031) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax