The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARLER LLC,

          Plaintiff,

   v.

AMAZON WEB SERVICES, INC.,

          Defendant.

No. 21-cv-00031-BJR

DEFENDANT AMAZON WEB SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1, Amazon Web Services, Inc. states that it is an indirect wholly owned subsidiary of Amazon.com, Inc., a publicly traded company.

DATED this 13th day of January, 2021.

    Davis Wright Tremaine LLP
    Attorneys for Amazon Web Services, Inc.

    By */s/ Ambika Kumar Doran*
        Ambika Kumar Doran, WSBA #38237
        920 Fifth Avenue, Suite 3300
        Seattle, WA  98104-1610
        Telephone: 206-622-3150
        E-mail: adoran@dwt.com

    Alonzo Wickers IV, Cal. State Bar #169454
       *pro hac vice* application forthcoming
    865 S. Figueroa Street, Suite 2400
    Los Angeles, CA 90017
    Telephone:  213-633-6800
    E-mail: awickers@dwt.com

AWS'S CORPORATE DISCLOUSRE STATEMENT
21-cv-00031-BJR - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax