**From:** @amazon.com>
**Sent:** Wednesday, December 16, 2020 10:19 PM
**To:** @parler.com>
**Cc:** parler-aws-account-team@amazon.com
**Subject:** Cadence Call Summary

Hi ▮:

Attached, please find the summary of yesterday's cadence call, and below, please find my notes for a few follow-up items:

First, regarding Mac instance. 24hr minimum development usage is required by Apple in the cloud and out of the box, you have three ways to connect: 1. VNC using built-in VNC server which is also the default for GUI connection, 2. ssh connection just like other EC2, 3. Systems Manager agent. Mac instance is only available as dedicated host since this is really an Apple's Mac Mini running in our datacenter connected to our Nitro instance so you can install any software you like insofar as it is aligned with Apple's policy; attached, please find the gif showcasing Mac Mini in our gear. There is, however, a few restrictions thus far and those are Developer edition, OS, and peripheral; beta products and version thru the Developer program is not supported, which I understand as Apple's policy, and currently, Catalina and Mojave are the supported OS with Big Sur on the roadmap but you can do an in-place upgrade. With this being an EC2 instance, the normal restriction of not being able to physically plugin device for testing is the last limitation. That all being said, X-Code GUI and CLI runs smoothly and the recommendation on running gitlab CI/CD pipeline is exactly how you would do on-premise that differs based on where the runner is and other criteria. As you have already pointed out, EC2 networking for persistent connection is what would be different from on-premise versus the traditional networking in datacenter. Since this is a brand-new release, there is no whitepaper or real-life example they could provide on how others have set this up but if you have done this on-premise, the process will be very close to it.
https://docs.gitlab.com/ee/ci/runners/README.html

Secondly, we had discussion around AWS infrastructure and dependencies on the call, and today, one of the principal engineer shared this with me that I thought you may find it interesting. It does not address your question directly but I wanted to share that.

Lastly, we spoke around the abuse report and definitely understand the concern; if you or Amy have any questions, please reach out to any one of us! I used to receive more than a dozen report per day for another customer while I was working with another TAM, and definitely in this journey with you. On a similar topic, you may have seen an announcement already that Twitter is moving their timeline workload into AWS which I can imagine will mean more abuse for Twitter too. PR for the move can be found here.

Best Regards,

▮
Sr. TAM (US WEST) | Amazon Web Services

✉ ▮ | ☎ +1.702 ▮

aws

*Thoughts on our interaction? Provide feedback here.*