# 2020-12-15 Cadence Call

- IEM Status update
    - Media coverage is still expected this week; thus, keeping IEM open for next 2 weeks
    - Miller is building secondary cluster of test/staging offsite (potentially SuperNAP)
        - Currently, DR strategy is to fail to SuperNap; however, due to the amount of Abuse from AWS and internally to the platform, long-term goal may be a separation of duty with AWS for spiky workload and S3/CloudFront and base load on private
    - No issue from EC2 LSE
    - Datavail' access is provisioned and tracking down problematic queries
- Enterprise Billing training - revisit next year with Savings Plan conversation
- Features in 2021
    - Den (Group System)
    - EC2 Mac OS
        - TAM follow up
    - AI for spamming and nudity/keyword detection