From: ec2-abuse@amazon.com <ec2-abuse@amazon.com>
Sent: Thursday, January 7, 2021 1:28 PM
To: Amy Peikoff <apeikoff@PARLER.COM>
Subject: Fwd: Your AWS Abuse Report [16447566230] [AWS ID 377480063740]



Thank you Amy - this report was shared for informational purposes; please consider it resolved.

Regards,
AWS Trust & Safety

---------------------------------------------------------------------------------------

At Wed, 2021 Jan 6, 04:48 PM -0800, apeikoff@PARLER.COM wrote:

No specific content is cited. We have been appropriately addressing this type of content, and actively working with law enforcement for weeks now. Let me know if yo

Amy Peikoff
CPO

Get Outlook for iOS<https://aka.ms/o0ukef>

From: ▮▮▮▮▮▮▮▮ @parler.com>
Sent: Wednesday, January 6, 2021 6:44:46 PM
To: Amy Peikoff <apeikoff@PARLER.COM>
Subject: FW: Your AWS Abuse Report [16447566230] [AWS ID 377480063740]

From: ec2-abuse@amazon.com <ec2-abuse@amazon.com>
Sent: Wednesday, January 6, 2021 2:31 PM
To: ▮▮▮▮▮▮▮▮ @parler.com>
Cc: ▮▮▮@amazon.com ▮▮▮@amazon.com; ▮▮▮▮▮ @amazon.com> ▮▮▮ @amazon.com; ▮▮▮▮ @amazon.com>; Dev Admin <
Subject: Your AWS Abuse Report [16447566230] [AWS ID 377480063740]

[Amazon Web Services]<https://www.amazon.com/gp/f.html?
C=2SPW7SC9W35FL&M=urn:rtn:msg:20210106223057a826e48cecea41e885674ef60590p0na&R=1G1CPGJBPZU90&T=C&U=http%3A%2F%2Fwww.amazon.com%2Fa

Hello,

We have received notifications that you are posting, hosting or distributing inappropriate content on our network. Please review and take appropriate action and resp

Please remember that it is your responsibility to ensure that you are in compliance with the AWS Acceptable Use Policy.

Regards,
AWS Trust & Safety

Case Number: 16447566230

https://twitter.com/lexsion/status/1346931919846400001?s=20

Friendly reminder to
@awscloud

@AmazonHelp
to take down Parler NOW.

---
https://twitter.com/petetrerice/status/1346915468645343234?s=20

Why are we not blackholing Parler? Shame on AWS and Microsoft for hosting these guys

---
https://twitter.com/travledbetter/status/1346906337796567041?s=20

@awscloud
Never forget, you participated in what's taking place in the #CapitolBuilding. I've been warning you for MONTHS about these terrorists planning these things on your

@parler_app

_____

How can I contact a member of the AWS abuse team?
Send an e-mail to ec2-abuse@amazon.com<mailto:ec2-abuse@amazon.com>; remember to include your case number.

Amazon Web Services<https://www.amazon.com/gp/f.html?C=2SPW7SC9W35FL&M=urn:rtn:msg:20210106223057a826e48cecea41e885674ef60590p0na&R=4J5ONBA7XY00&T=C&U=http%3A%2F%2Fwww.amazon.com%2Favs

Amazon Web Services LLC is a subsidiary of Amazon.com, Inc. Amazon.com is a registered trademark of Amazon.com, Inc. This message produced and distributed by A

---

**How can I contact a member of the AWS abuse team?**
Send an e mail to **ec2_abuse@amazon com**; remember to include your case number
**Amazon Web Services**
Amazon Web Services LLC is a subsidiary of Amazon.com, Inc. Amazon com is a registered trademark of Amazon.com, Inc. This message produced and distributed by Amazon Web Services, LLC, 410 Terry Avenue Nor