The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>　　　　　　Defendant. | No. 2:21-cv-00031-BJR<br><br>JOINT STIPULATION FOR AMENDMENT AND RESPONSE SCHEDULE |

Pursuant to the Court's Standing Order (Dkt. 35), the parties submit the following stipulation:

1. The deadline for Defendant Amazon Web Services, Inc. ("AWS") to respond to Plaintiff Parler LLC's Verified Complaint is February 2, 2021.

2. Rule 15(a)(1) permits Parler to amend its Verified Complaint, and Parler intends to do so.

3. The parties agree as follows:

　　a. AWS need not respond to Parler's Verified Complaint;

　　b. Parler will file an Amended Complaint no later than February 16, 2021;

　　c. AWS's deadline to respond to the Amended Complaint will be March 22, 2021.

STIPULATION AND PROPOSED ORER
(No. 2:21-cv-00031-BJR) - 1

1  DATED this 28th day of January, 2021.

2

3                                                        Davis Wright Tremaine LLP
                                                         Attorneys for Amazon Web Services, Inc.

4                                                        By *s/Ambika Kumar Doran*
                                                             Ambika Kumar Doran, WSBA #38237
5                                                            920 Fifth Avenue, Suite 3300
                                                             Seattle, WA  98104-1610
6                                                            Telephone: 206-622-3150
                                                             E-mail: ambikadoran@dwt.com

7
                                                             Alonzo Wickers IV, (*pro hac vice*)
8                                                            865 S. Figueroa Street, Suite 2400
                                                             Los Angeles, CA 90017
                                                             Telephone:  213-633-6800
9                                                            E-mail: alonzowickers@dwt.com

10
                                                         David J. Groesbeck, P.S.
11                                                       Attorney for Parler LLC

12                                                       By *s/David J. Groesbeck*
                                                             David J. Groesbeck, WSBA #24749
13                                                           1333 E. Johns Prairie Rd.
                                                             Shelton, Washington 98584
14                                                           Tel.: 509-747-2800
                                                             Fax: 509-747-2828
15                                                           Email: david@groesbecklaw.com

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND PROPOSED ORER
(No. 2:21-cv-00031-BJR) - 2

1 **ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED.

3     DATED this _____ day of _____, 2021.

5                                               The Honorable Barbara J. Rothstein

STIPULATION AND PROPOSED ORDER
(No. 2:21-cv-00031-BJR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax