The Honorable Barbara J. Rothstein

1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PARLER LLC,

Plaintiff,

v.

AMAZON WEB SERVICES, INC.,

Defendant.

No. 2:21-cv-00031-BJR

JOINT STIPULATION FOR
AMENDMENT AND RESPONSE
SCHEDULE

14      Pursuant to the Court's Standing Order (Dkt. 35), the parties submit the following

15  stipulation:

16      1.      The deadline for Defendant Amazon Web Services, Inc. ("AWS") to respond to

17  Plaintiff Parler LLC's Verified Complaint is February 2, 2021.

18      2.      Rule 15(a)(1) permits Parler to amend its Verified Complaint, and Parler intends

19  to do so.

20      3.      The parties agree as follows:

21          a.      AWS need not respond to Parler's Verified Complaint;

22          b.      Parler will file an Amended Complaint no later than February 16, 2021;

23          c.      AWS's deadline to respond to the Amended Complaint will be March 22,

24      2021.

25
26
27

STIPULATION AND PROPOSED ORER
 (No. 2:21-cv-00031-BJR) - 1

DATED this 28th day of January, 2021.

Davis Wright Tremaine LLP
Attorneys for Amazon Web Services, Inc.

By *s/Ambika Kumar Doran*
    Ambika Kumar Doran, WSBA #38237
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-622-3150
    E-mail: ambikadoran@dwt.com

    Alonzo Wickers IV, (*pro hac vice*)
    865 S. Figueroa Street, Suite 2400
    Los Angeles, CA 90017
    Telephone:  213-633-6800
    E-mail: alonzowickers@dwt.com

David J. Groesbeck, P.S.
Attorney for Parler LLC

By *s/David J. Groesbeck*
    David J. Groesbeck, WSBA #24749
    1333 E. Johns Prairie Rd.
    Shelton, Washington 98584
    Tel.: 509-747-2800
    Fax: 509-747-2828
    Email: david@groesbecklaw.com

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

**ORDER**

2    Pursuant to stipulation, IT IS SO ORDERED.

3    DATED this 28th day of January, 2021.

4

5

6

7    Barbara Jacobs Rothstein
     U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER
 (No. 2:21-cv-00031-BJR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax