UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

FILED
LODGED
RECEIVED

**MAIL**

JAN 27 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

| | |
|---|---|
| PARLER LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| **JEFFREY CUTLER** | ) |
| | ) |
| Intervenor Plaintiff | ) |
| | ) |
| **v.** | ) |
| | ) |
| AMAZON WEB SERVICES, INC. | ) |
| | ) |
| Defendant | ) |
| | ) |

CASE NO. 2:21-cv-00031 *BJR*

JURY TRIAL REQUESTED

## MOTION TO INTERVENE, RECONSIDER AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files **THIS MOTION TO INTERVENE, RECONSIDER AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT**, to correct for new crimes and **OBSTRUCTION of JUSTICE** recently re-discovered **13JAN2021 at 4:10 PM**, originally based on a document filed 14DEC2020 and hidden. A previous document in case 21-40001 was altered by persons unknown to protect the **CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**.  It also shows **BIAS** and **MALICIOUS** intent to violate **EQUAL TREATMENT** under the law, a violation of the United States Constitution **Ammend 5**.  Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC** on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**.  Mr. Cutler was granted the **RIGHT** to challenge the **ESTABLISHMENT CLAUSE** by the court and has been trying to pursue his first ammendment right to **PETTION THE COURT FOR REDRESS OF GRIEVANCES**. Recently in case # 1:17-cv-05228 Judge Nicholas G. Garaufis (Eastern District of New York) SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND VIOLATED EQUAL PROTECTION UNDER THE LAW AND HAD THE DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET EVEN THOUGH JOSH SHAPIRO (a

Sonderkommando, elector for Joe Biden and the current Attorney General of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied **MEDICARE** part **B** coverage while the order in this case grants that coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the president **OBAMA** **publically** stated the program was **ILLEGAL**.  These persons are being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 66 years old and second generation American and **JEWISH**, eligable to be President or **Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres  dated **12APR2018** that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed 20OCT2020, as part of funding from the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide **DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**, just like the term that may presently describe the sick bird Philadelphia football team **ILL EAGLE**.  The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM, a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or**

**falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT with NO abililty of the president to present any witnesses or other **EXCULPATARY** evidence  This was equivalent of a **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word **peaceful**, and the concept this speech incited the riot is contradicticted by reports that the **FBI** knew about activities for over a month (the document is contained in the Addemdum).  This impeachment as fair was as true and correct as the attack on 11SEP2012 when [[Susan Rice]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated." On 12JAN2021 Jeffrey Cutler filed a **MAIL FRAUD** complaint against **AMAZON** and **Jeffrey Bezos** and on **11JAN2021** filed a **MAIL FRAUD** complaint against **TWITTER** and **Jack Dorsey**. The **MAIL FRAUD** complaints are based on being a INVESTOR in both companies and the **ANNUAL REPORTS OF BOTH COMPANIES** that are **MAILED** to **Mr. Cutler** and **other investors** and statements in those reports.

THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN
PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020
PAGE 169 OF CASE 20-2936

PAGE 9 OF THE LINK BELOW !!<ref>
https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.1
27057.181.0.pdf </ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO
HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM TORRES
ON 12APR2018 TO THE CONTRARY. **ASHLI BABBITT** WAS ACTING AS A
**CITIZEN JOURNALIST** AND SHE HEARD THE CONSPIRACY WITH
**KKK/ANTIFA** AND THE **POLICE**, THAT IS WHY SHE WAS MURDERED.
PER **USCA** CASE **17-1770** **JOE BIDEN** WAS PART OF A GROUP HELPING TO
SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL
COSBY FOUND OUT. On 13JAN2021 JOSH SHAPIRO is named in part of a
Petition [[En banc]] in the USCA in [[Philadelphia]] on Page 62 is a letter from
[[Nancy Pelosi]] to [[Ted Wheeler]] dated 27AUG2020 SUPPORTING VIOLENCE
IN [[Portland, Oregon]], On Page 67 is EVIDENCE OF COMPLAINT of [[Electoral
fraud]] made to Office of Attorney General Josh Shapiro 24DEC2020 at 7:50 AM.
On Page 68 is a letter of a Private Criminal Complaint About Perjury and Obstruction
of Justice made to Office of Attorney General Josh Shapiro dated 20JUN2017, that
concerns the MURDER of [[Jonathan Luna]] by the [[Ku Klux Klan]]. Also see
[[Publican and the Pharisee]] and [[Parable of the Unjust Judge]]

Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref>

https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se candidate against Tom Wolf and had an advertisement in the METRO paper on 24OCT2018 page 15 :titled "SAVE BILL COSBY"

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON.  The office of the president responded to this by 21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open.  Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tracking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by MAIL makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**and **MAIL FRAUD**.  On 30SEP2020 at 12:42 PM (RESTAMPED

05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM

Jeffrey Cutler filled a 194  Page AMENDED PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936 On 19OCT2020 Jeffrey Cutler

filled a 244  Page ERATTA FOR AMENDED PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936 On 28OCT2020 at 1:38 PM

Jeffrey Cutler filled a PETITION FOR ENBANC REVIEW of PETITION TO

COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18

U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER

CRIMES), AND SUMMARY AFFIRMATION AND PEREMTORY

DISQUALIFICATION OF ALL JUDGES OF THE THIRD CIRCUIT AND MOVE

TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey Cutler filed a PETITION

TO COMBINE ADDITIONAL CASES BEFORE  ENBANC REVIEW BECAUSE

OF ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records)   FOR JUDICIAL EFFICIENCY  in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON

IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR

PRESIDENT INC., et al. v. KATHY BOOKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf
</ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD. A COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS ORGANIZATIONS, INCLUDING RUDY. BASED ON MR. CUTLER'S VALIDATION EXPERIENCE HE THINKS THAT THE TESTING COMPONENTS MAY BE TAINTED and actually causing increase in COVID-19. This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers <ref> https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART

FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM

VANISHED IN FEDERAL COURT!!

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the  UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) involving ECF 33 filed 28OCT2020.  Mr. Cutler believes the

same technique used in the VW EMISSIONS SCANDAL WAS USED  TO ALTER

VOTES  and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL

), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished, see pages 23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders for the Hospital that wanted to KEEP IT OPEN as a running HOSPITAL and offered funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police).  Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr. Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank robbery by others, insurance fraud on 17MAR2017 and a challenge to OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler was granted the right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015.  Mr. Cutler has filed in many cases and has caught persons

obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn**

stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases

involve unopposed motions.  Priority mail tracking number #9510 8066 2091  0225

1534 23.  A document sent to the Supreme court on 30NOV2020 at 4:28 PM used

Express Mail, tracking number EJ5050342510S and vanished also, just like previous

documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED

VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR

RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J.

TRUMP AS A Intervenor Defendant. [[DACA CASE CITING EQUAL

TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the

Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND

DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS

PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS

WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on

08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple

claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in

New York,  and a MAIL FRAUD complaint has been submitted for his previous

actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA

INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON

RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A

315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the

**ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK**

**FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the

Fact MURDER of Jonthan Luna).    In a previous case in Pennsylvania Judge

Clarence C. Newcomer ruled that the Democratic campaign of William G. Stinson

had stolen the election from Bruce S. Marks in North Philadelphia's Second

Senatorial District through an elaborate fraud in which hundreds of residents were

encouraged to vote by absentee ballot, a form of MAIL FRAUD.  On many of the

ballots, they used the names of people who were living in Puerto Rico or serving time

in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud,

deception, intimidation, harassment and forgery," Judge Newcomer wrote in a

decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>,

<ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even

though the judge is named as part of the complaint filed for case #1:20-cr-00165 for

**MAIL FRAUD**, someone else could be the real culprit.  Judge Jeffrey Schmehl in

case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE**

was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL

parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same

judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT

under the law, a violation of the United States Constitution **Ammend 5**, in an effort

to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. §

3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the

FEDERAL GOVERNMEMT). The same persons that **MURDERED** **Luna** based on

the injuries may be the same individuals in a Louisiana town of Baldwin that are

responsible for the death of **Quawan "Bobby" Charles**. A  mail fraud complaint has

been filed against Judge Schmehl for his opinion in the case, for making

**PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect

parties that defaulted as well as both insurance companies and their lawyers making

false statements by mail in denying claims.  Mr. Cutler believes he should be

included in this case because the Safehouse activity would lower the property values

all over Philadelphia and Pennsylvania and allow illegal drugs to become even more

readily available.  This would set a standard for **CHINA** to attack the United States

even further.  The DemoNcrats have pushed for the lowest common demoninater of

activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the

**STATE**.  This **WORLDWIDE** attack based on payments and corruption this court

**MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia.

On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE** **CHILDREN** to be

**CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction.  Midge Rendel has **failed** to **RECUSE** from 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  Shaun Bridges a secrect service ageny  stole over $ 800,000 and was convicted of the crime in NOV2017<ref> https://www.justice.gov/opa/pr/former-secret-service-agent-sentenced-scheme-related-silk-road-investigation </ref><ref> The murder of Sean Suiter was equally tainted https://www.ydr.com/story/news/2020/07/10/investigator-death-baltimore-city-police-detective-sean-suiter-charged-kidnapping-extortion-case/5412238002/</ref>Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of persons of the **FBI**.  Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA**.  Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **609** cases and **7 deaths** in **TAIWAN** as of **20NOV2020**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19. This is based on PREVIOUS actions by **CHINA**.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>. Based on these facts, the current non-binding mandate from the Dr. Levine and others in other STATES may be trying to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and TREASON by mostly DemoNcrats and some Republicans posing as good people who are RHINO's, when President Trump may have been the first DINO identified since the MURDER of John Kennedy.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States.  Although **Thanksgiving** was not a religious holiday, many people say a prayer before the meal and therefore the restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE**, also since it tries to limit prayer services in PA. ,  **INTERFERENCE IN INTERSTATE COMMERCE**, and the order also violates **EQUAL PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample.  Mr. Cutler owns stock in Merck, which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in prison, but also pushing sales at AMAZON.  On 17JUL2020 **TOM WOLF** issued a **DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the

county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal

funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER

COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On

or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon

County MUST use 2.8 million of the CARES act funding for MASK

ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-

county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler

had the right to Defend the Establishment clause (case 14-5183) and 75 years since

VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC

have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU

& COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On

22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL

was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open.  Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is not reporting results.  The lawyers in sending Mr. Cutler the letters by  **MAIL** makes them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER for the PHILADELPHIA PHILLES for the 2020 season, but because of the **CONSPIRACY** to close the states there will be no live viewing of games this season.  Mr. Cutler's brother and approximately 69 MILLION other people (approximate attendence of 2019 baseball season) have been denied the **RIGHT of PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF INDEPENDENCE**.  Thomas Wolf and Jim Kenney have allowed almost unrestricted protest marches with POLICE escorts, but cancelled other parades and events.   Mr. Cutler had proposed an option to have games played in every city.  As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with individuals in the DEMOCRATIC party have and some that pretend to be REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS IS A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>  Justin Zemser and Sean Suitter.  The recent murder of Roy Den Hollander in New York for challenging the news media (case 1:16-cv-06624) is just another crime concealed from the public.That case is included by reference and joined to this one.   The crime-fraud exception was first recognized in the United States over one hundred years ago, and the policy behind it is well-defined. (The crime-fraud exception was first recognized in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal community does not deem discussions concerning future wrongdoings, such as fraud, that occur during an attorney-client communication worthy of protection. Id. at 562–63.  While the practice of law encourages full and frank communications between the attorney and client, only communications concerning past wrongdoings

are protected.  Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-

long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these

actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL**

**JURY TRIAL** to clear his name. Since he found no law firm would represent him

based on contacts with the FBI or law enforcemnt.  The lancaster county treasurer

was apponted to replace Mr. Cutler in the collection of taxes and never had a surety

bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-

insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection

of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT**

On 20MAY2020.   Mr. Cutler won a motion for reconsideration in the court based on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any compensation as requested and the clerks removed one defendant from the case an tampered with the document. Pennsylvania has previously had a number notorious crimes of public employees <ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella & Michael Conahan) convicted of  federal crimes that resulted in convictions.  Mr. Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III.  Since Governor Roy Cooper has made public statements that he does not intend to appeal, this is settled law.  Mr. Cutler had filed a Petition to DENY the Motion For Summary JUDGEMENT and to consolidte related cases of religious discrimination by the government in case USCA 20-1805 on 14MAY2020 and the document and was not put online until 20MAY2020.  The document filed by Brian L. Calistri on May 8, 2020 contains some perjured statements and since it was sent by mail constitues Mail Fraud and Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**,  by furnishing the

bombs.  Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the **FBI**.  The judge dismissed the case even though 5 parties defaulted and were properly served.  Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas O'Neill, Mr. Brian L.Calistri's  motion failed to notify the parties that have defaulted in this case and therefore should have been **DENIED**.  Mr. Cutler had made a complaint by mail to the DA office in Lancaster County, Pennsylvania and York, County Pennsylvania.  Mr. Cutler had also filed a motion to intervene on 22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named **DA Larry Krasner** as a Defendant in the case.  Mr. Cutler also filed a response to the motion filed in oppoition on 25SEP2019.  Even though the document filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and **VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also violated the United States Constitution **Ammend 1**, by making a **THREAT BY MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**.  Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft of approximtely half million dollars.  Mr.Cutler had filed objections to  limit the power of the Tom Wolf to classify that religion as a **NOT** a **LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania.  Mr. Cutler

filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as

case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE

in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT**

**CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to

transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an

Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth**

**Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in

Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-

0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and

case number  1:20-cv-00323 in the United States District Court for the Western

District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER**

**et al**.] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and

previously wrote 1:20-cv-01120) in the United States District Court for the District

of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA**

**et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this

consolidation.  All charges in each case should be included by reference for all civil

cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge

Catherine C. Blake of Maryland had one of the documents returned, obstructed

justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan

Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr.

Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr.

Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also

NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the

COVID-19 virus or other secrect police duties.  Based on the case of the aids law

project tracking people that have one type of virus is unconstitutional, and exposing

their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION

UNDER the LAW is a cornerstone of both the United States Constitution and the

Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South

Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-

Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU**

**KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be

evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be

prosecuted for violating the same law that they were alledgely enforcing.  It is

notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records (effectively trying to rewrite history).   Taiwan is about 100 miles from CHINA, yet has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth Circuit the Order from the United States Northern District of Texas dated January 16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion denying Plaintiff's motion of December 30, 2019.   The current order from that court is in error since the USCA order of  December 18, 2019, remanded the case back to District Court and for further disposition and was unopposed and is still unopposed.  Mr. Cutler had previously filed a document by MAIL on March 1, 2019 but it was illegally discarded.  He then filed on 07MAR2019 in person (Document 00514863727) , and it was put online March 7, 2019.  The office of the clerk decided it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020, (Document 00515289904  International Holocaust Remembrance Day), and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary Francis Yeager** that she was violating Mr. Cutler's civil rights.  It was put online January 29, 2020. A violation of EQUAL PROTECTION by employee of the federal government, which treated the two documents differently and potentially hid the document from the review of the judges considering an ENBANC review.  Mr. Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO

TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH

CASE 5:19-cv-00834, this document was put online as document number

00515298284 on 04FEB2020, the same date it was filed in court.  In the case both

**Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson**

denied the petition.  This violated the United States Constitution Ammend 1 and  5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings.  On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262,

03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and  deliberations allowed on an expedited basis since they both involve related issues and the Supreme Court previously has indicated they will not consider the case this term, even though oral arguments were already made.  This court had allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the house of representaives, in her official capacity, as the speaker of the House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal employee) left his office at approximately 11 PM and was found dead the next morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds, neck back and genitals, but the cause of death was drowning as per the Medical Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER** was a  **Suicide**.  **Sean Suiter** a Baltimore Police officer died from a **MURDER** that was later classified a suicide during a special arrest, 1 day before he was to testify. Other individuals have died unexpectedly, possibly of murder including **Beranton Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin Robert Needle, (who died unexpecenly in May 2017) may have previously contacted Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records of  **Jonathan Luna** have finally resurfaced and are currently trying to be sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**. Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>

https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.) stated "[N]o one would be hurt and the greater justice would be attained" and

violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of

DLA Piper (Kamala Harris' husband works for this firm and was part of the case

against Mr. Cutler and also filed a motion on this same date against him because he

dared to continue to challenge the ACA . During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it". The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case **1:13-cv-2066**.   He also via lawyers hired had previously filed a Writ of Certiorari for the Supreme Court of the United States (**15-632**) and inserted that same writ in United States Court of Appeals case 17-2709, page 314A, via district court case number 2:17-cv-00984 page 10.   Since the individual mandate of the Affordable Care Act is now null and void based on the rulling of the USCA and the other provisons of the bill should also be eliminated to preserve the constitution. Mr. Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of appeal of Mr. Johnson.   His lawyer previously made a false statement to the court in his request to withdraw, based on the documents filed by Mr. Johnson (ECF 100-103) a significant crime (18 USC § 1001).   The current orders of Tom Wolf in Pennsylvania violate **GMP** procedures and allows the commonwealth to track every individual on the Pennsylvania Turnpike.   (See history of IBP recalls of beef procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)   Mr. Cutler had worked for multiple pharmaceutical and food compnaies including, HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.  Mr.  Cutler was previously in charge of coordinating the **Y2K** and putting together the contingency plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is actually an excuse for **MASS GENOCIDE** against individuals that are deemed undesirable including Jewish and black Individuals and to discontinue pensions via

MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to

Bribe, coerce  or pay individuals to bear false witness against another individual and

violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The

orders Thomas Wolf and other leaders have issued effectively allows the

governments in the United States to discontinue religion in and in the State

of  Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization.

Other members of the **KLU KLUX KLAN** in the United States and the World, are

all organized to take on the HOAX.  This was previously called Agenda 21.  As of

16MAR2020 Canada was still allowing flights from CHINA and those persons

could be carrying hazardous bio material simply enter the United States from

Canada. When Mr. Cutler was  working for Merck as a contractor some individuals

were caught stealing trade secrects by security at the West Point site.  It has

been known China has been effectively using live people for transplants for years.

Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS.

The closing of all CASINOS in the STATE is to get 100% of all gambling

revenue, to have a total monopoly on all sources of payment organized for a

complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that the

Allentown Federal Courthouse contains NAZI insigna in the tile work in the building

(pending supreme  court case # 19-8538 ), and there is a seven acre compound in

Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles has

corrected Mr. Cutler's statement that the insigna is actually in the Post Office tile

across from the courthouse. This all may have a connection of Joe Biden to China and the transfer of technology to them that has violated the world's civil rights, except Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of Tom Wolf, just like 2 different insurance companies failed to compensate Mr. Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting qualification or prerequisite to voting, or standard, practice, or procedure ... in a manner which results in a denial or abridgement of the right ... to vote on account of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) , voter fraud has been in

Pennslvania a long time. The use of ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that

also may be voter fraud in Philadelphia and Mail Fraud. Since that person never

lived at that adress. Mr. Cutler had formally notified the court of voter fraud in

Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287. The DOJ announced the

guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr

Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY**

**JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**. Mr.

Cutler also notifies this court that the failure of the Dams in the state of

Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of

governor Gretchen Witmer's unlawful act from being persued in federal court case

1:20-cv-00323. DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have

LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU &

COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE

COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based

on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with

COVID-19, as well as one million mink in the Netherlands there is **ZERO**

evidence that the tigers, Goririllas ever failed to practice social distancing, because

the person would be called **LUNCH**. **HIV** has NO VACCINE. This

**INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr.

Cutler based on standard engineering concepts the death of Philadelphi Police

Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen,

Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-

2% of all law enforcement in the United States may be members or share their views.

Also  some elected Officials and persons in the military all branches. An 8 year old

was raped in Bryant elementary school and his parents were denied the ability to sue

because they waited six months. Based on this the charges against William Henry

Cosby should be vacated.  George Soros and other persons similarly situated may be

trying to destroy the United States economy and the Dollar by bad sharing of

information, just like on 25MAY1979 American Airlines Flight 191 DC-10,

crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that

day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar

was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally

filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the

actual document, violating equal protection under the law and the United States

Constitution Ammend 5 and Ammend 1 by denying the ability for redress of

grievances. Also based on conflicting death reports, declaring a MURDER a

SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials

with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in

Illinois during some of this time frame and the joke voting saying was **VOTE**

**EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON**

**NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html  </ref> <ref>
https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html  </ref> <ref>
https://fbistudics.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synagogue-attack-pleads-guilty-
to-tax-fraud-docs/2365089/  </ref> <ref>
https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-
facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the BPD .

 <ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/ <ref>

 For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-
remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref>
East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000
theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltzfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-
1772

</ref>  On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-

human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal
court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being an INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME

STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA,

ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE

20-2936 PAGE 9 OF THE LINK BELOW !!<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  It is almost comical that **AMAZON** helped **RIG VOTING** with

expanded **MAIL IN BALLOTS**, in the election, **AMAZON** is **REQUESTING** IN

PERSON voting in a UNION selection vote in **COURT DOCUMENTS**.  ASHLI

BABBITT WAS ACTING AS A **CITIZEN JOURNALIST** AND SHE HEARD

THE CONSPIRACY WITH KKK/ANTIFA around her with the **POLICE**, and

THAT IS WHY SHE WAS MURDERED!! EVEN IN **CHINA** THEY

JUST PUT **CITIZEN JOURNALISTS** IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided, and she

conspired with others to insite violence on multple occaisions.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 (the

first 69 pages are attached in the addendum) in the USCA  third circuit in

Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media to aid

China engage in biological war fare against the world and weaken the United States.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have been sent to the SENATE as of this date.  Chuck

Schummer had said on the floor of the Senate it was really for inciting an

**ERECTION**. Based on the email with an attachment of a letter from Nancy Pelosi

on 10JAN2021 at 5:33 PM, Jeffrey Cutler got an email with a letter to Portland

Mayor by Nancy Pelosi to Ted Wheeler dated August 27, 2020. Jeffrey Cutler

filed it on page 62 of the document he filed in USCA case 20-1422 on 13JAN2021

AT 4:10 PM and it also VANISHED, copies were sent to over 200 news outlets.  The

Police have also tried to intimidate Mr. Cutler by trying to pick him up for traffic

violations all based on the fruit of the poisonus tree.  This case should be moved to

FEDERAL COURT and Combined with this case for Judicial Efficiency.  Persons

from stores such as Wegmans, the police in Marple Townsip, and [[FBI]] in

Newtown Square, PA may all be acting in a CONSPIRACY to track Mr. Cutler and

incarcerate him for identifying the previous conspiracy to hide the **MURDER** of

Jonathan Luna 04DEC1993 and TRY TO **TERMINATE** THE LIFE OF MR.

CUTLER WITH TRAFFIC CITATION C6598201-1.   Vehicle registration was

reported as postponed.

<ref> https://www.pennlive.com/news/2020/05/penndot-extends-deadlines-for-vehicle-registrations-inspections.html </ref>

and vehicle renewal registration was **NOT** received by mail.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of  ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud  (18 U.S. Code § 1341), the

murder of a federal employee   (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871.  The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished  short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now.  As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007)  the court must accept the foregoing information

as true.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

 the Petion For **INJUNCTIVE RELIEF** be granted as well as Summary Judgement

and all votes via DROP BOXES BE STRICKEN in Pennsylvania and the count be

recalculated, and based on Marks v. Stinson Donald J. Trump be declared the winner

<ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in

**Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada** and Arizona.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any

way for this action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting

elected Vice President at the hotel previously known as the Host Farm, but has since

been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania

Judge Stickman wrote in the case "but even in an  emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf.  This  court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order  signed in 1942 as Executive Order 9066 by **FDR**

**UNCONSTITUTIONAL**, during an immediate  **ENBANC** review of this case when

combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE

as **19-840**, **19-1019** also have  the government  **CANNOT SPECIFY HOW TO**

**PRAY** enforced by **Religious   POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**.

The **MURDER** of a **BLACK** man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case

number  **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**,

case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **2:21-cv-00031**

Northern District of Washington, plus this case  **21-4001** ALL BE

COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of  Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

ASHLI  BABBITT  WAS THE START OF KRISTALNAHT UNITED STATES

<ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**.  At least Four different federal courts have conspired to deny Mr. Cutler the

right to Petition the government for redress of grievances as part of the FIRST

**AMENDMENT**, in conjunction with the media, elected and non-elected officials

Based on payments inside and outside the United States.  **IMPEACHING ANYONE**

should demand the **FULL ATTENTION OF THE COURTS AND THE**

**CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**, if the

chief judge of the Supreme Court or a Judge of the Supreme court does not preside

in his place then the entire activity is fraud on the court.

Respectfully submitted,


DATE:_____27JAN2021_____          __/s/ Jeffrey Cutler_____

                              Jeffrey Cutler, pro se
                              215-872-5715 (phone)
                              eltaxcollector@gmail.com
                              P.O. Box 2806
                              York, PA 17405

### CERTIFICATE OF SERVICE

I hereby certify that on JANUARY  27, 2021, I filed
the foregoing with the Clerk of the Court for the
United States District Court for the Western District
of Washinton via United States Mail or in person.
Participants in the case who are registered CM/ECF
users will be served by the appellate CM/ECF
system. I further certify that all of the other
participants or their lawyers in this case are
registered CM/ECF users except as follows and they
are served by mail or email .


_____/s/ Jeffrey Cutler_____
Jeffrey Cutler

## PLAINTIF'S PROPOSED ORDER FOR SUMMARY JUDGEMENT

AND NOW, this_____ day of _____, 2020 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.      SO ORDERED.

[1]  Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be

  sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be

  removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all

  EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2]  Order the SUMMARY JUDGEMENT against all defendants be granted and made FINAL at one million dollars per

  day or as a neotiated amount.

[3]  ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR.

  TORRES BE DISCARDED AND TURNED OVER TO THE FBI FOR PROSECUTION

[4]  Order that ELECTORAL FRAUD is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[5]  Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with

  the voting in Pennsylvania and mailing the vote tally to CONGRESS.

[6]  Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge

  Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert

  vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman,

  David Sommers, Mr. William H. McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer,

  Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against

  Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma,

  etc.), for violations of equal protection. All prosecutions of  Robert Mueller as special prosecutor vacated because his

  appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[7]  Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all

  judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA

  East Lampeter Township and Haverford, PA.

[8]  Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[9]  Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this

  document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[10] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge

  Nicholas G. Garaufis, Judge Midge Rendel, and Judge Catherine Blake  pay twice their daily salary each day to

the innosense project , until they resign.

[11] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds.

[12] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[13] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and

Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee

documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[14] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case,

especially any officials of the United States Government, and all payments by any George Soros organization.

[15] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or

individual agreements are reached with each party.

[16] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause

why they should not be charged with violations of  the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations,

and 18 U.S.C. § 1964, Civil RICCO Act.

[17] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police,

Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants

in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113

(bank robbery) and electoral fraud.

[18] Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

[19] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded

in their respective lawsuits.

[20] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the

plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[21] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[22] Other remedies the court deems appropriate.

[23] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[24] Order Nancy Pelosi to resign from her position for the false statement  (18 USC § 1001) made through her lawyer.

[25] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters

throughout the state.

[26] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it  is obstruction of free

exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes

Prevention Act.

[27]  Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United

States for attacking the United States,

[28]  Order that Taiwan be allowed the residents to vote on becoming a territory of the United States

for their part in help in attacking the United States.

[29]  Combine cases 5:21-cv-00299,20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143

from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District

of New York and TRAFFIC CITATION C6598201-1

[30]  Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-

12.

[31]  Order Susan Peipher Esquire and  other lawyers guilty of similar activites, to be barred from participation in the

Federal Court CM/ECF system.

[32]  Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds,

or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[33]  Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on

his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[34]  Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments

on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per

instance.

[35]  Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[36]  Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100

STUDENTS, etc.

[37]  Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain

LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death

and combined with CENTURY 21.

[38]  Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting

the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact

MURDER of Jonthan Luna)

[39]  Order CITIBANK pay three times the amount  they allowed to be stolen via fmail fraud from Jeffrey Cutler and

Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud.

[40]  The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a

representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The

total prison population shall be added to the census for the country.  No additional seats shall be added to the house.

[41] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country.  No additional seats shall be added to the house.

[42] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[43] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[44]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[45] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL SHOULD BE DENIED because it should be an injunction pending Appeal.

[46] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[47] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[48] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[49] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[50] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be segraated all votes where they are mixed should be discarded.

[51] Order Tami, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of  $250,000 dollars

[52] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[53] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car  via email to Mr. Cutler.

[54] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of

their NET WORTH.

[55] A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[56] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[57] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of 250,000 dollars

[58] Jeffrey A Dellinger be compensated at a minimum of 250,000 dollars for being directed he must goto church on Sunday

[59] Mr. Jammal Harris be compensated at a minimum of 250,000 dollars

[60] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter, and Dion Williams.

[61] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[62] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[63] Order every employee at PBS/NPR especially BRIAN NAYLOR, to dedicate 10% portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 3 , 18 U.S.C. § 653- ACCESSORY TO MURDER AFTER THE FACT, MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[64] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJoIrBk </ref>>

[65] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[66] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[67] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUlC0 </ref>

[68] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[69] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[70] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with

<ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[71] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[72] GOOGLE is guilty of violating and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[73] Kara N. Templeton, Christopher Leppler, Judge Nicholas G. Garaufis, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their pension for 10 years.

[74] Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in Pennsylvania and the United States, as well as all media organizations that also participated in the deaths (APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[75] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[76] ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000

[77] Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, Michael Bloomberg, George Soros pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[78] Order all Government employees that paticipated in any of the mentioned crimes pay 10% of their pension into a fund to allow equal justice as well as Karie Couric for her support for camps for reprogramming. <ref> https://www.theguardian.com/world/2021/jan/12/uighur-xinjiang-re-education-camp-china-gulbahar-haitiwaji </ref>

[79] Besides the conspiracy of Amazon, Twitter, it should also include Wikipedia, Google and others not identified, for trying to elininate GOD.

[80] Mr. Bezos should be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400 billion)

[81] Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to *comply with*

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

PARLER LLC,                                  )
10                                           )
           *Plaintiff,*                      )        CASE NO.      2:21-cv-0031-BJR
11                                           )
           v.                                )        ORDER DENYING MOTION FOR
12                                           )        PRELIMINARY INJUNCTION
AMAZON WEB SERVICES, INC.,                   )
13                                           )
           *Defendant.*                      )
14                                           )
                                             )
15

## I.      INTRODUCTION
16

17         This matter comes before the Court on a Motion for Temporary Restraining Order

18   ("TRO"), filed by Plaintiff Parler LLC ("Parler"). Dkt. No. 2. Parler is seeking to have the Court

19   order Defendant Amazon Web Services, Inc. ("AWS") to reinstate AWS's web-hosting services

20   that AWS provided Parler under the parties' Customer Services Agreement. Parler initially filed

21   the motion as one requesting a TRO, but after the Court ordered Parler to serve AWS notice,

22   ordered additional briefing, and held a hearing, the parties agree that the motion has been
23
     converted to one for a preliminary injunction.
24
25         In its Complaint, Parler asserts three claims: (1) for conspiracy in restraint of trade, in

     violation of the Sherman Act, 15 U.S.C. § 1; (2) for breach of contract; and (3) for tortious

                                                     1

1    interference with business expectancy. AWS disputes all three claims, asserting that it is Parler,

2    not AWS, that has violated the terms of the parties' Agreement, and in particular AWS's

3    Acceptable Use Policy, which prohibits the "illegal, harmful, or offensive" use of AWS services.

4        It is important to note what this case is not about. Parler is not asserting a violation of any

5    First Amendment rights, which exist only against a governmental entity, and not against a private

6    company like AWS. And indeed, Parler has not disputed that at least some of the abusive and

7    violent posts that gave rise to the issues in this case violate AWS's Acceptable Use Policy. This

8    motion also does not ask the Court to make a final ruling on the merits of Parler's claims. As a

9    motion for a preliminary injunction, before any discovery has been conducted, Parler seeks only

10   to have the Court determine the *likelihood* that Parler will ultimately prevail on its claims, and to

11   order AWS to restore service to Parler pending a full and fair litigation of the issues raised in the

12   Complaint. Having reviewed the briefs filed in support of and opposition to the motion, and

13   having heard oral argument by videoconference, the Court finds and rules as follows.

## II.    BACKGROUND

17   Parler was founded in 2018, and describes itself as "a conservative microblogging

18   alternative and competitor to Twitter." Compl., ¶ 1. Parler—like Twitter, Facebook, and other

19   social media entities referenced in this action—is an online platform that allows third-party

20   users, sometimes anonymously, to express thoughts and ideas for other users to read and

21   comment on. Parler takes a laissez faire or "reactive" approach to moderation of its users'

22   speech. *See, e.g.,* Parler's December 4, 2020 Community Guidelines, Decl. of Ambika Doran,

23   Ex. B ("We prefer that removing community members or member-provided content be kept to

24   the absolute minimum."). At the time of the filing of its Complaint, Parler claims to have had 15

25   million end-user accounts and a million downloads of its app per day. Decl. of John Matze, ¶ 3.

2

AWS, an Amazon.com, Inc. company, offers "computing services for businesses,

nonprofits, and government organizations globally." Decl. of Amazon Exec. 2, ¶ 3 ("Exec. 2

Decl."). According to Parler, "AWS is the world's leading cloud service providers [*sic*],

capturing a third of the global market." Compl., ¶ 11. In June 2018, Parler entered into a

Customer Services Agreement ("CSA" or "Agreement") with AWS for the latter to provide "the

cloud computing services Parler needs for its apps and website to function on the internet."

Compl., ¶¶ 12, 13; *see* CSA, Exec. 2 Decl., Ex. A.

In recent months, Parler's popularity has grown rapidly, and around the time of the 2020

presidential election, according to Parler, millions of users were abandoning Twitter and

migrating to the Parler platform. *See* Compl., ¶ 17. During this same time period, AWS claims

that it received reports that Parler was failing to moderate posts that encouraged and incited

violence, in violation of the terms of the CSA and AWS's Acceptable Use Policy ("AUP").

Exec. 2 Decl., ¶ 4; Ex. C (AUP). The AUP proscribes, among other things, "illegal, harmful, or

offensive" use or content, defined as content "that is defamatory, obscene, abusive, invasive of

privacy, or otherwise objectionable." AUP at 1. AWS claims that in recent weeks, it repeatedly

communicated with Parler its concerns about third-party content that violated the terms of the

CSA and AUP, and that Parler failed to respond to those concerns in a timely or adequate

manner. *Id.*, ¶ 5.

AWS has submitted to the Court multiple representative examples, reflecting content

posted on Parler during this period, that AWS claims violated the terms of the AUP and the

parties' Agreement.[1] *See* Opp. Br. at 3-4. Parler has not denied that these posts are abusive or

that they violate the Acceptable Use Policy. Parler does claim, however, that AWS knew Parler

---

[1] The Court will not dignify or amplify these posts by quoting them here.

was attempting "to address content moderation challenges," and that AWS appeared to be willing to cooperate in Parler's efforts. Matze Decl., ¶¶ 6, 7 (asserting "AWS's actions and communications led Parler's corporate officers to believe that, far from being concerned about remaining in a contractual relationship with Parler, AWS wished to expand that contractual relationship").

On January 6, 2021, supporters of President Donald Trump, seeking to overturn the results of the presidential election, marched on Congress, resulting in a violent and deadly riot at the U.S. Capitol. *See* Doran Decl., Ex. F. On January 8, Twitter and Facebook banned President Trump from their platforms. Compl., ¶ 18. Parler claims that in response to speculation that the President would move to Parler, there was a mass exodus of users from Twitter to Parler and a 355% increase in installations of Parler's app. *Id.*, ¶¶ 2, 8. Parler also claims that the surge during this time was responsible for its failure to deal with a backlog of some 26,000 posts that it acknowledges "potentially encouraged violence" in violation of the AUP. *See* Rep. Br. at 4 (acknowledging "backlog of 26,000 instances of content that potentially encouraged violence").

On January 9, 2021, AWS notified Parler that it intended to "suspend all services" as of 11:59 p.m. Sunday, January 10. Ex. 1 to Compl., January 9, 2021 email from AWS to Parler ("It's clear that Parler does not have an effective process to comply with the AWS terms of service. . . . Given the unfortunate events that transpired this past week in Washington, D.C., there is serious risk that this type of content will further incite violence. . . . Because Parler cannot comply with our terms of service and poses a very real risk to public safety, we plan to suspend Parler's account effective Sunday, January 10th, at 11:59PM PST."). At some time during the night between January 10 and 11, AWS suspended its services and Parler went dark.

4

On the morning of January 11, Parler filed its Complaint and the instant motion, seeking *ex parte* a TRO from this Court prohibiting AWS from suspending services. Parler failed, however, to provide the certification required under the Federal Rules, verifying that its counsel made an effort to serve AWS notice of the motion, or in the alternative, why notice should not be required. *See* Fed. R. Civ. P. 65(b)(1)(B); LCR 65. The Court therefore ordered Parler to provide notice of its motion to AWS. Further, the Court set a briefing schedule. As directed, AWS filed its opposition on January 12, and Parler filed a reply on January 13. On January 14, 2021, the Court held a hearing on the motion by videoconference. The Court and the parties agree that the motion for a temporary restraining order is now essentially one for a preliminary injunction, and is ripe for this Court's consideration.

## III.   DISCUSSION

### A.  Standard for Issuance of Preliminary Injunction

As courts have repeatedly emphasized, an injunction represents an "extraordinary remedy" that is never awarded as a matter of right. *See Winter v. Natural Res. Def. Council*, 555 U.S. 7, 22 (2008). For a preliminary injunction to issue, the moving party has the burden of demonstrating all four of the following elements: (1) that it is likely to succeed on the merits; (2) that it is likely to suffer irreparable harm in the absence of preliminary relief; (3) that the balance of equities tips in its favor; and (4) that an injunction serves the public interest. *Winter*, 555 U.S. at 20.

In the wake of *Winter*, in which the Supreme Court narrowed the path to an injunction, the Ninth Circuit has maintained that a preliminary injunction "may also be appropriate if a movant raises 'serious questions going to the merits' and the 'balance of hardships tips sharply towards' it, as long as the second and third *Winter* factors are satisfied." *Disney Enters., Inc. v.*

*VidAngel, Inc.*, 869 F.3d 848, 856 (9th Cir. 2017) (quoting *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1134–35 (9th Cir. 2011)). Further, in the Ninth Circuit, "the elements of the preliminary injunction test are balanced, so that a stronger showing of one element may offset a weaker showing of another." *Hernandez v. Sessions*, 872 F.3d 976, 990 (9th Cir. 2017) (quotation omitted).

### B. Likelihood of Success on the Merits

Parler's motion asserts three distinct claims. The Court reviews each in turn.

#### 1. Sherman Act Claim

Parler alleges that AWS's termination of services is "apparently designed to reduce competition in the microblogging services market to the benefit of Twitter," and therefore violates Section 1 of the Sherman Act. Mot. at 3; 15 U.S.C. § 1 (prohibiting "[e]very contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce"). To prove a violation of Section 1, Parler must show: "(1) the existence of an agreement, and (2) that the agreement was in unreasonable restraint of trade." *Fed. Trade Comm'n v. Qualcomm Inc.*, 969 F.3d 974, 989 (9th Cir. 2020) (citing, *inter alia, Am. Needle, Inc. v. Nat'l Football League*, 560 U.S. 183, 189–90 (2010)).

At this stage in the proceedings, Parler has failed to demonstrate that it is likely to succeed on the merits of its Sherman Act claim. While Parler has not yet had an opportunity to conduct discovery, the evidence it has submitted in support of the claim is both dwindlingly slight, and disputed by AWS. Importantly, Parler has submitted no evidence that AWS and Twitter acted together intentionally—or even at all—in restraint of trade. *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 (2007)("[A]n allegation of parallel conduct and a bare assertion

6

of conspiracy will not suffice."). In contrast, AWS has submitted the sworn declaration of an

AWS executive, explicitly denying the existence of any such agreement:

> To my knowledge, AWS and Twitter have never discussed, much less agreed upon, any policy, practice, or act directed at Parler. To the contrary, we have an internal policy never to discuss matters involving one customer with another customer. Nobody in my organization would be authorized to discuss Parler with Twitter without my authorization, knowledge, or involvement. I have not authorized any AWS employee to discuss Parler with Twitter, and I have not been involved personally in any such discussion.

Decl. of Amazon Exec. 1, ("Exec. 1 Decl."), ¶ 8.

Indeed, Parler has failed to do more than raise the specter of preferential treatment of

Twitter by AWS. The sum of its allegation is that "by pulling the plug on Parler but leaving

Twitter alone despite identical conduct by users on both sites, AWS reveals that its expressed

reasons for suspending Parler's account are but pretext." Compl., ¶ 26. But Parler and Twitter are

not similarly situated, because AWS does not provide online hosting services to Twitter. Parler's

unsupported allegation that "AWS provides online hosting services to both Parler and Twitter" is

explicitly denied in a sworn declaration by an AWS executive. *See* Exec. 1 Decl., ¶¶ 5, 6

("Twitter's principal social-media service (the "Twitter Feed") does not run on AWS. . . . On

December 15, 2020, AWS announced that it signed an agreement with Twitter for AWS to begin

servicing the Twitter Feed for the first time. . . . We do not yet service the Twitter Feed, and I am

not aware of any particular timeline for doing so."). Thus, as AWS asserts, "it could not have

suspended access to Twitter's content" because "it does not host Twitter." Opp. Br. at 7; *see*

Exec. 1 Decl., ¶¶ 5, 7 ("Because the Twitter Feed does not run on AWS, the Twitter Feed (and

any tweets on the Twitter Feed) are not subject to, and thus cannot violate, Amazon's Acceptable

Use Policy.").

In short, Parler has proffered only faint and factually inaccurate speculation in support of a Sherman Act violation. AWS, in contrast, has submitted sworn testimony disputing Parler's allegations. Parler therefore has failed to demonstrate at this stage a likelihood of success on its Sherman Act claim.

### 2.  Breach of Contract Claim

The gravamen of Parler's breach of contract claim is that AWS terminated the Agreement without providing Parler 30 days to cure any alleged material breach.[2]  Mot. at 9. Parler claims it is entitled to the 30-day cure period based on a provision in the CSA that provides "[e]ither party may terminate this Agreement for cause if the other party is in material breach of this Agreement and the material breach remains uncured for a period of 30 days from receipt of notice by the other party." CSA § 7.2(b)(i). As noted above, Parler alleges that AWS notified Parler that the latter was in material breach, for the first time, only hours before suspending or terminating services. See Matze Decl., ¶ 10.

AWS responds that it is Parler, not AWS, that has breached the Agreement. In particular, AWS claims that Parler breached Section 4.2 of the CSA, which requires Parler to "ensure that [Parler's] Content and [Parler's] and End Users' use of [Parler's] Content . . . will not violate any of the Policies," including AWS's Acceptable Use Policy. That AUP, as noted above, proscribes "activities that are illegal, that violate the rights of others, or that may be harmful to others, our operations or reputation" and "content that is defamatory, obscene, abusive, invasive of privacy, or otherwise objectionable." AUP, Exec. 2 Decl., Exs. A, C; see CSA ¶ 14; Opp. Br. at 6-7. AWS cites multiple examples of content posted on Parler's site that undeniably meet this

---

[2] AWS denies that it "terminated" Parler's account, claiming it merely "suspended" its services. Opp. Br. at 6. As discussed below, the distinction is not material to Parler's claim at this stage, however, as the CSA grants AWS the authority to take either action under the same circumstances. See CSA, §§ 6, 7.2(b)(ii).

definition. *See* AWS Opp. Br. at 3-4 (citing Exec. 2 Decl., ¶ 5; Ex. E at 1-3, 6-7, 13, 17, 28, 32, 49, 53-54).

Parler has not denied that content posted on its platform violated the terms of the CSA and the AUP; it claims only that AWS failed to provide notice to Parler that Parler was in breach, and to give Parler 30 days to cure, as Parler claims is required per Section 7.2(b)(i). However, Parler fails to acknowledge, let alone dispute, that Section 7.2(b)(ii)—the provision immediately following—authorizes AWS to terminate the Agreement "immediately upon notice" and without providing any opportunity to cure "if [AWS has] the right to suspend under Section 6." And Section 6 provides, in turn, that AWS may "suspend [Parler's or its] End User's right to access or use any portion or all of the Service Offerings immediately upon notice" for a number of reasons, including if AWS determines that Parler is "in breach of this Agreement." In short, the CSA gives AWS the right either to suspend or to terminate, immediately upon notice, in the event Parler is in breach.

Parler has not denied that at the time AWS invoked its termination or suspension rights under Sections 4, 6 and 7, Parler was in violation of the Agreement and the AUP. It has therefore failed, at this stage in the proceedings, to demonstrate a likelihood of success on its breach of contract claim.

3. *Intentional Interference with Business Expectancy Claim*

Under Washington law, in order to establish a tortious interference claim, Parler must prove: (1) the existence of a valid contractual relationship or business expectancy; (2) that defendants had knowledge of that relationship; (3) an intentional interference inducing or causing a breach or termination of the relationship or expectancy; (4) that defendants interfered for an improper purpose or used improper means; and (5) resultant damage. *See Leingang v.*

9

*Pierce Cty. Med. Bureau, Inc.*, 131 Wn. 2d 133, 157 (1997); *Pleas v. City of Seattle*, 112 Wn.2d 794, 800 (1989). Exercising in good faith one's legal interests is not improper interference. *Leingang*, 131 Wn. 2d at 157.

Parler has failed to allege basic facts that would support several elements of this claim. Most fatally, as discussed above, it has failed to raise more than the scantest speculation that AWS's actions were taken for an improper purpose or by improper means. Conversely, AWS has denied it acted improperly, justifying its actions as a lawful exercise of rights it had pursuant to either the suspension or the termination provisions of the CSA. Further, for the reasons outlined *supra*, §§ III.B.(1) & (2), Parler has failed to demonstrate the likelihood that AWS breached the CSA. To the contrary, the evidence at this point suggests that AWS's termination of the CSA was in response to Parler's material breach. Parler has therefore not demonstrated a likelihood of success on this claim.

### C.  Irreparable Injury

Because likelihood of success is a threshold inquiry, when "a plaintiff has failed to show the likelihood of success on the merits, the Court "need not consider the remaining three *Winter* elements." *Garcia v. Google, Inc.*, 786 F.3d 733, 740 (9th Cir. 2015)(internal citation omitted). Given the gravity of the issues presented, the Court nevertheless will do so. As noted above, a plaintiff seeking a preliminary injunction must establish that it is likely to suffer irreparable harm in the absence of preliminary relief; importantly, a showing of a mere "possibility" of harm is not enough. *See Winter*, 555 U.S. at 20, 22 ("[T]he Ninth Circuit's "possibility" standard is too lenient."). Irreparable injury is traditionally defined as harm for which there is no adequate legal remedy, such as an award of damages. *See Rent–A–Ctr., Inc. v. Canyon Television & Appliance Rental, Inc.*, 944 F.2d 597, 603 (9th Cir.1991).

10

In support of its claim to irreparable injury, Parler alleges that AWS's suspension or termination renders Parler unable to deliver the services it promises its users, and "entirely unable to function online." Mot. at 5. Furthermore, Parler claims, the actions are a direct blow to its mission and reputation, and has caused a loss of user loyalty, advertising revenue, and the ability to raise capital. In short, Parler alleges, these actions have threatened it with "extinction." Rep. Br. at 11.

The injuries Parler alleges in its Complaint and its motion may be irreparable. *See hiQ Labs, Inc. v. LinkedIn Corp.*, 938 F.3d 985, 993 (9th Cir. 2019)("The threat of being driven out of business is sufficient to establish irreparable harm.")(citing *Am. Passage Media Corp. v. Cass Commc'ns, Inc.*, 750 F.2d 1470, 1474 (9th Cir. 1985)). But in *Winter,* the Supreme Court explicitly rejected the "possibility" of irreparable harm as "too lenient" to support a preliminary injunction, and in the hearing the Court held on this motion, AWS vigorously disputed that Parler has shown that its extinction is "likely" in the absence of an injunction. *See Winter*, 555 U.S. at 22; Trans. 1/14/21 Hrg., Dkt. No. 33, 15:8-23. The Court makes no finding on this issue, but notes that Parler's claims to irreparable harm are substantially diminished by its admission "that much of that harm would be compensable by damages." Rep. Br. at 11.

Parler's showing of a likelihood of irreparable injury, particularly in light of its failure to demonstrate a likelihood of success on the merits, is insufficient to support a preliminary injunction.

### D. "Serious Questions Going to the Merits" and "Balance of Hardships"

In the Ninth Circuit, a plaintiff may alternatively be awarded an injunction where it has raised "serious questions" going to the merits of its claims, and the balance of hardships, as between the two parties, "tips sharply" in its favor. *See Cottrell*, 632 F.3d at 1134-35 ("A

preliminary injunction is appropriate when a plaintiff demonstrates that serious questions going to the merits were raised and the balance of hardships tips sharply in the plaintiff's favor."). This analysis does not, however, aid Parler's cause. First, as discussed above, the likelihood of Parler prevailing on its claims is not a close call. Parler's allegations at this time are both inaccurate and unsupported, and are disputed by evidence submitted by AWS. Thus, its motion does not, on this record, raise "serious questions" going to the merits of its claims.

Second, while the "balance of hardships" may fall heaviest on Parler in the form of potential monetary loss, AWS has convincingly argued that forcing it to host Parler's users' violent content would interfere with AWS's ability to prevent its services from being used to promote—and, as the events of January 6, 2021 have demonstrated, even cause—violence. Opp. Br. at 11; Exec. 2 Decl., Ex. F. It cannot be said, therefore, that the balance of hardships "tips sharply" in Parler's favor.

### E.  The Balance of Equities and the Public Interest

"In exercising their sound discretion, courts of equity should pay particular regard for the public consequences in employing the extraordinary remedy of injunction." *Winter*, 555 U.S. at 24. Parler argues that the public interest favors the consistent enforcement of contractual obligations, and lies "in fair and robust market competition." Mot. at 7-8. But Parler has not at this stage demonstrated a likelihood that it will prevail on its breach of contract, Sherman Act, or tortious interference claims. It therefore necessarily follows that the claims do not support a finding that the public interest weighs in favor of granting the injunction.

On the other hand, AWS argues that an injunction forcing it to continue hosting the Parler platform would pose a risk to public safety. Opp. Br. at 11; Exec. 2 Decl. Ex. F. Parler attempts to discount this interest by claiming that at the time AWS cut off its services, Parler was "already

taking steps" to develop a more effective content moderation system. Rep. Br. at 12. There is no debate, however, that forcing AWS to reinstate its services now, before such system can be implemented, would result in the continued posting of the kind of abusive, violent content that caused AWS to shut Parler down in the first place.

The Court explicitly rejects any suggestion that the balance of equities or the public interest favors obligating AWS to host the kind of abusive, violent content at issue in this case, particularly in light of the recent riots at the U.S. Capitol. That event was a tragic reminder that inflammatory rhetoric can—more swiftly and easily than many of us would have hoped—turn a lawful protest into a violent insurrection. The Court rejects any suggestion that the public interest favors requiring AWS to host the incendiary speech that the record shows some of Parler's users have engaged in. At this stage, on the showing made thus far, neither the public interest nor the balance of equities favors granting an injunction in this case.

## IV.   CONCLUSION

Parler has failed to meet the standard set by Ninth Circuit and U.S. Supreme Court precedent for issuance of a preliminary injunction. To be clear, the Court is not dismissing Parler's substantive underlying claims at this time. Parler has fallen far short, however, of demonstrating, as it must, that it has raised serious questions going to the merits of its claims, or that the balance of hardships tips sharply in its favor. It has also failed to demonstrate that it is likely to prevail on the merits of any of its three claims; that the balance of equities tips in its favor, let alone strongly so; or that the public interests lie in granting the injunction.

///

13

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For these and the remaining reasons articulated above, Parler's motion for a preliminary

injunction is DENIED.

Dated this 21st day of January, 2021.

A
_____
Barbara Jacobs Rothstein
U.S. District Court Judge



## Mail Fraud Complaint

### Your Information

| | | | | |
|---|---|---|---|---|
| Company Name: | | | | |
| * First Name: | JEFFREY | | * Last Name: | CUTLER |
| * Address: | P.O. BOX 2806 | | | |
| * City: | YORK | | | |
| * State: | Pennsylvania | | | |
| * ZIP Code: | 17405 | | | |
| * Country: | UNITED STATES | | | |
| Cell Phone: | (717) 854-4718 | | Work Phone: | (215) 872-6715 |
| Home Phone: | | | Fax: | |
| Email Address: | eltaxcollector@gmail.com | | | |
| Age Range: | 65 or older | | | |
| Are you a Veteran?: | ○ Yes  ● No | | | |

### Complaint Filed Against

| | | | | |
|---|---|---|---|---|
| Company Name: | TWITTER | | | |
| First Name: | JACK | | Last Name: | DORSEY |
| Address: | 1355 Market St suite 900 | | | |
| City: | San Francisco | | | |
| State: | California | | | |
| ZIP Code: | 94103 | | | |
| Country: | UNITED STATES | | | |
| Cell Phone: | | | Work Phone: | (415) 222-9670 |
| Home Phone: | | | Fax: | |
| Email Address: | ir@twitter.com | | | |
| Website Address: | https://www.headquartersinfo.com/ | | | |

### How Were You Contacted?

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 01/10/2021 |
| Do you have the envelope it was mailed in? | ○ Yes  ○ No |

### How Did You Respond to This Offer?

| | |
|---|---|
| How did you respond to this offer? | US Mail |
| Response Mailed to a Different Address: | ○ Yes  ● No |
| Do you have a Tracking Number? (Certified, Insured or Express Mail)? | ○ Yes  ● No |
| What did you receive? max size 250 characters | HARD COPY OF ANNUAL REPORT |
| How did it differ from what you expected? max size 250 characters | CLAIMS THEY DO NOT DISCRIMINATE AND DO GOOD |
| How much did the company ask you to pay ($)? | 120.41 |
| Do you have the item? | ○ Yes  ● No |
| How was it delivered? | Online |
| Did you contact the company or person about the complaint? | ○ Yes  ● No |
| Reason for No Contact: | Unanswered Telephone |

### Did You Lose Money?

| | |
|---|---|
| Lose Money: | ● Yes  ○ No |
| Payment Type: | Other Payment Method |
| Payment Type Other: | TRANSFER FROM ACCNT |
| Payment Amount($): | |
| Payment Date: | 01/10/2021 |

### Type of Mail Fraud Complaint

| | |
|---|---|
| Scheme Category: | Investment |
| Scheme Type: | Select One... |

### Additional Information

max size 1000 characters

TWITTER CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S ACCOUNT IS SUSPENDED EVEN THOUGH THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW II<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf <ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO THE CONTRARY



Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed

Mail Fraud Complaint form  **AMAZON - JEFFREY BEZOS**



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

Mail Fraud Complaint form submitted successfully.      **12JAN2021**

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

        ACCESSIBILITY  |  FREEDOM OF INFORMATION ACT  |  PRIVACY POLICY  |  U.S. POSTAL SERVICE  |  1-877-876-2455

JERROLD NADLER, New York
CHAIRMAN

JIM JORDAN, Ohio
RANKING MINORITY MEMBER

# U.S. House of Representatives
## Committee on the Judiciary
### Washington, DC 20515–6216
#### One Hundred Sixteenth Congress

July 8, 2020

Mr. John Matze
Chief Executive Officer
Parler, LLC
209 South Stephanie Street, B135
Henderson, NV 89012

Dear Mr. Matze:

Since its founding in 2018, Parler has amassed approximately 1.5 million users, with a significant portion of those users joining in recent days as Parler has gained widespread awareness among the American public.[1] Parler advertises itself as an alternative to social networks, such as Twitter, that aggressively—and discriminatorily—censor their users' speech.[2] While Parler does have rules and policies concerning the use of its platform by users, you have said that Parler is "a public square" that does not "censor or editorialize" and that "only . . . weed[s] out . . . pornography, threats of violence against someone, and obscene material."[3]

Congress is currently examining the size, competitiveness, and role of social media companies in our society through the lens of antitrust law, which is rightfully restricted to analyzing the welfare of consumers relative to price and market dynamics.[4] Because social media platforms generally offer their services to users for free, companies compete on matters other than price, such as quality and other features.[5]

Parler appears to be competing with other social media companies in precisely this manner. Because the social media market is filled predominantly with companies that offer their services to users for free, Parler is generally unable to offer a lower price to users than its

---

[1] *See, e.g.* Brian Flood, *Parler CEO John Matze provides Twitter Alternative: 'People are sick of cancel culture, constant judgment'*, FOX NEWS (Jul. 2, 2020), https://www.foxnews.com/media/parler-ceo-john-matze-provides-twitter-alternative-people-are-sick-of-cancel-culture-constant-judgement; *see also* Ari Levy, *Trump fans are flocking to the social media app Parler—its CEO is begging liberals to join them*, CNBC (Jun. 28, 2020), https://www.cnbc.com/2020/06/27/parler-ceo-wants-liberal-to-join-the-pro-trump-crowd-on-the-app.html.

[2] *See, e.g.*, *About Us*, PARLER, https://home.parler.com/about/ (stating that "Parler is a non-biased free speech driven entity" that "accepts your right to express your thoughts, opinions, and ideals online.").

[3] *Community Guidelines*, PARLER, https://legal.parler.com/documents/guidelines.pdf; Flood, *supra* note 1.

[4] *See, e.g.*, Press Release, House Committee on the Judiciary, House Judiciary Committee Launches Bipartisan Investigation into Competition in Digital Markets (Jun. 3, 2019), https://judiciary.house.gov/news/documentsingle.aspx?DocumentID=2051.

[5] *See, e.g.*, Makan Delrahim, Assistant Attorney General for the Antitrust Division, Dep't of Justice, Keynote Address at the University of Colorado Law School Silicon Flatirons Annual Technology Policy Conference: "I'm Free": Platforms and Antitrust Enforcement in the Zero-Price Economy (Feb. 11, 2019) ("Firms in zero-price markets often compete on quality and innovation, which can benefit consumers.").

Mr. John Matze
July 8, 2020
Page 2

competitors. Therefore, Parler differentiates itself on the quality and features of its platform—namely, its **commitment to not "censor or editorialize,** share or sell user data."[6] This commitment positions Parler in stark contrast to Twitter, which has made increasingly clear in recent weeks and months that only users who refrain from expressing certain unfavored political beliefs are welcome to fully participate on its platform. In turn, Parler's commitment to free expression takes the place of price as an incentive driving consumer behavior.

As the Committee continues to evaluate the size, competitiveness, and role of social media companies in our society, the perspective of Parler would significantly inform and **advance the Committee's work. At a time** and in a medium that are mutually convenient, we ask that you arrange to **provide the Committee with Parler's views on the value it offers to** consumers, its competitive practices, and how it views the state of competition in social media.

If you have any questions regarding this request, please contact Committee staff at (202) 225-6906. Thank you for your attention to this matter.

Sincerely,

Jim Jordan
Ranking Member

F. James Sensenbrenner, Jr.
Ranking Member
Subcommittee on Antitrust,
Commercial and Administrative Law

cc:     The Honorable Jerrold L. Nadler, Chairman

        The Honorable David N. Cicilline, Chairman, Subcommittee on Antitrust, Commercial and Administrative Law

---

[6] Flood, *supra* note 1.

amazon

## Investor Relations

01  **Annual reports, proxies and shareholder letters**

02  **Quarterly results**

03  **SEC filings**

04  **Press releases** 

05  **FAQs**

06  Corporate governance

07  **Officers and directors**

08  **Contact us and request documents**

09  **Events**

# Code of Business Conduct and Ethics

In performing their job duties, Amazon.com employees should always act lawfully, ethically, and in the best interests of Amazon.com. This Code of Business Conduct and Ethics (the "Code of Conduct") sets out basic guiding principles. Employees who are unsure whether their conduct or the conduct of their coworkers complies with the Code of Conduct should contact their manager or the Legal Department. Employees may also report any suspected noncompliance as provided in the Legal Department's reporting guidelines referred to in paragraph IX below.

Show All

**I. Compliance with Laws, Rules and Regulations**

Employees must follow applicable laws, rules and regulations at all times. Employees with questions about the applicability or interpretation of any law, rule or regulation, should contact the Legal Department.

II. Conflicts of Interest                                                        +

III. Insider Trading Policy                                                      +

**IV. Discrimination and Harassment**

Amazon.com provides equal opportunity in all aspects of employment and will not tolerate any illegal discrimination or harassment of any kind. For more information, see the Amazon.com policies on Equal Employment Opportunity and Workplace Harassment in the Amazon.com Owner's Manual.

V. Health and Safety                                                             +

**VI. Price Fixing**

Employees may not discuss prices or make any formal or informal agreement with any competitor regarding prices, discounts, business terms, or the market segments and channels in which the Company competes, where the purpose or result of such discussion or agreement would be inconsistent with applicable antitrust laws. If you have any questions about this section or the applicable antitrust laws, please contact the Legal Department.

**VII. Bribery; Payments to Government Personnel**

Employees may not bribe anyone for any reason, whether in dealings with governments or the private sector. The U.S. Foreign Corrupt Practices Act, and similar laws in other countries, prohibit offering or giving anything of value, directly or indirectly, to government officials in order to obtain or retain business. Employees may not make illegal payments to government officials themselves or through a third party. Employees who are conducting business with the government officials of any country must contact the Legal Department for guidance on the law governing payments and gifts to governmental officials.

**VIII. Recordkeeping, Reporting and Financial Integrity**

Amazon.com's books, records, accounts and financial statements must be maintained in appropriate detail, must properly reflect the Company's transactions and must conform both to applicable law and to the Company's system of internal controls. Further, Amazon.com's public financial reports must contain full, fair, accurate, timely and understandable disclosure as required by law. The Company's financial, accounting and legal groups are responsible for procedures designed to assure proper internal and disclosure controls, and all employees should cooperate with these procedures.

IX. Questions; Reporting Violations                                             +

X. Periodic Certification                                                        +

XI. Board of Directors                                                           +

**XII. Waivers**

Waivers of this Code of Conduct may be made only in a manner permitted by law.

amazon             SHOP AMAZON.COM

Barbara J. Rothstein, presiding
**Date filed:** 01/11/2021
**Date of last filing:** 01/21/2021

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 34 | *Filed & Entered:* 01/21/2021 | Order on Motion for Temporary Restraining Order |
| 33 | *Filed & Entered:* 01/20/2021 | Notice of Filing of Official Transcript |
| 31 | *Filed & Entered:* 01/18/2021 | Notice of Supplemental Authority |
| 32 | *Filed & Entered:* 01/18/2021 | Sealed Unredacted Document |
| 28 | *Filed & Entered:* 01/15/2021 | Transcript Order Form |
| 29 | *Filed & Entered:* 01/15/2021 | Motion to Seal |
| 30 | *Filed & Entered:* 01/15/2021 | Sealed Unredacted Document |
| 25 | *Filed & Entered:* 01/14/2021 | TRO Hearing |
| 26 | *Filed & Entered:* 01/14/2021 | Order on Motion to Seal |
| 27 | *Filed & Entered:* 01/14/2021 | Transcript Order Form |
|  | *Filed & Entered:* 01/13/2021 | Set/Reset Hearings |
|  | *Filed & Entered:* 01/13/2021 | Receipt |
| 18 | *Filed & Entered:* 01/13/2021 | Notice of Filing Paper or Physical Materials |
| 19 | *Filed & Entered:* 01/13/2021 | Corporate Disclosure Statement |
| 20 | *Filed & Entered:* 01/13/2021 *Terminated:* 01/13/2021 | Application for Leave to Appear Pro Hac Vice |
| 21 | *Filed & Entered:* 01/13/2021 | Reply to Response to Motion |
| 22 | *Filed & Entered:* 01/13/2021 | Order on Application for Leave to Appear Pro Hac Vice |
| 23 | *Filed & Entered:* 01/13/2021 | Declaration |
| 24 | *Filed & Entered:* 01/13/2021 | Declaration |
| 8 | *Filed & Entered:* 01/12/2021 | Praecipe-Other |
| 9 | *Filed & Entered:* 01/12/2021 | Notice of Appearance |
| 10 | *Filed & Entered:* 01/12/2021 | Response to Motion |
| 11 | *Filed & Entered:* 01/12/2021 | Declaration |
| 12 | *Filed & Entered:* 01/12/2021 | Declaration |
| 13 | *Filed & Entered:* 01/12/2021 | Declaration |
| 14 | *Filed & Entered:* 01/12/2021 | Proposed Order (Unsigned) |
| 15 | *Filed & Entered:* 01/12/2021 *Terminated:* 01/14/2021 | Motion to Seal |
| 16 | *Filed & Entered:* 01/12/2021 | Sealed Document |
| 17 | *Filed & Entered:* 01/12/2021 | Sealed Document |
|  | *Filed & Entered:* 01/11/2021 | Add and Terminate Judges |
| 1 | *Filed & Entered:* 01/11/2021 | Complaint |
| 2 | *Filed & Entered:* 01/11/2021 *Terminated:* 01/21/2021 | Motion for TRO |
| 3 | *Filed & Entered:* 01/11/2021 | Corporate Disclosure Statement |
| 4 | *Filed & Entered:* 01/11/2021 | Proposed Order (Unsigned) |
| 5 | *Filed & Entered:* 01/11/2021 | Summons Issued |
| 6 | *Filed & Entered:* 01/11/2021 | Order |
| 7 | *Filed & Entered:* 01/11/2021 | Notice-Other |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/25/2021 00:02:04 | | | |
| **PACER Login:** | jk6550 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 2:21-cv-00031-BJR |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## ECF  Case Search  Calendar  Opinions  Orders/Judgments  Briefs  XML  TXT                                    Logout  Help

If you view the [ Full Docket ] you will be charged for 14 Pages $1.40

**General Docket**
**Third Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 20-1422 | **Docketed:** 02/27/2020 |
| **Nature of Suit:** 1890 Other Statutory Actions | **Termed:** 01/12/2021 |
| USA v. Safehouse, et al | |
| **Appeal From:** United States District Court for the Eastern District of Pennsylvania | |
| **Fee Status:** NA | |

**Case Type Information:**
  1) civil
  2) United States as party
  3) Other civil

**Originating Court Information:**
  **District:** 0313-2 : 2-19-cv-00519
  Trial Judge: Gerald A. McHugh, U.S. District Judge
  **Date Filed:** 02/05/2019
  **Date Order/Judgment:**                  **Date Order/Judgment EOD:**                     **Date NOA Filed:**
  02/25/2020                                 02/25/2020                                        02/26/2020

---

| | | |
|---|---|---|
| 11/16/2020 | 147 | CLERK'S LETTER to counsel written at the direction of the Court. At the direction of the court, counsel are hereby directed to file a transcript of oral argument by Monday, November 30, 2020 in the above entitled case. Liaison counsel should immediately advise the Clerk's Office of the Court Reporter or agency handling the Transcription of oral argument. The Government is to bear the cost of the preparation of the transcript  (Please see letter attached for full text) (PM) [Entered: 11/16/2020 03:20 PM] |
| 11/30/2020 | 148 | ECF FILER: Transcript of oral argument on 11/16/2020 prepared at the direction of the Court. [20-1422] (EEL) [Entered: 11/30/2020 02:54 PM] |
| 12/08/2020 | 149 | MOTION filed by Proposed Intervenor Jeffrey Cutler titled "Petition for Injunctive Relief." Certificate of Service dated 12/03/2020. Service made by US mail. (LMR) [Entered: 12/09/2020 10:53 AM] |
| 12/11/2020 | 150 | ORDER (AMBRO, BIBAS and ROTH, Circuit Judges) The foregoing Motion filed by Proposed Intervenor Jeffrey Cutler titled "Petition for Injunctive Relief is denied.. AMBRO, Authoring Judge. (LMR) [Entered: 12/11/2020 03:54 PM] |
| 12/16/2020 | 151 | MOTION filed by Proposed Intervenor Jeffrey Cutler to Reconsider Order dated 12/11/2020, with a request for rehearing en banc under 3d Cir. I.O.P. 10.3.3.. Certificate of Service dated 12/16/2020. Service made by US mail. (LMR) [Entered: 12/30/2020 02:23 PM] |
| 12/22/2020 | 152 | AMENDED MOTION filed by Proposed Intervenor Jeffrey Cutler to Reconsider Order dated 12/11/2020, with a request for rehearing en banc under 3d Cir. I.O.P. 10.3.3. Certificate of Service dated 12/22/2020. Service made by US mail. (LMR) [Entered: 12/30/2020 02:26 PM] |
| 01/05/2021 | 153 | ORDER (AMBRO, Circuit Judges) The foregoing Motion filed by Proposed Intervenor Jeffrey Cutler titled "Amended Petition for Rehearing En Banc and Injunctive Relief because of Crimes (18 U.S. Code § 1519 – Destruction, alteration, or falsification or records) and Mail Fraud and to Combine Cases for Judicial Efficiency and Summary Affirmation" are denied. AMBRO, Authoring Judge. (LMR) [Entered: 01/05/2021 08:38 AM] |
| 01/12/2021 | 154 | PRECEDENTIAL OPINION. Coram: AMBRO, BIBAS and ROTH, Circuit Judges. Total Pages: 62. Judge: BIBAS Authoring, Judge: ROTH Dissenting. (LMR) [Entered: 01/12/2021 09:32 AM] |
| 01/12/2021 | 155 | JUDGMENT, REVERSED and REMANDED. Costs will be taxed against Appellees.--[Edited 01/12/2021 by CND] (LMR) [Entered: 01/12/2021 09:33 AM] |
| 01/12/2021 | 156 | Archived PDF of website(s) cited in opinion. (SB) [Entered: 01/21/2021 09:42 AM] |

---

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| Third Circuit - 01/25/2021 04:44:23 | | |
| **PACER Login:** | k6550 | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 20-1422 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**≡ECF** <u>Case Search</u>   <u>Calendar</u>   <u>Opinions</u>   <u>Orders/Judgments</u>   <u>Briefs</u>   <u>XML</u>   <u>TXT</u>                    <u>Logout</u>  <u>Help</u>

If you view the ⸢ **Full Docket** ⸣ you will be charged for 4 Pages $0.40

**General Docket**
**Third Circuit Court of Appeals**

| | |
|---|---|
| Court of Appeals Docket #: 18-3693 | Docketed: 12/12/2018 |

**Nature of Suit:** 3370 Other Fraud
Jeffrey Cutler v. Alan Schnitzer, et al
**Appeal From:** United States District Court for the Eastern District of Pennsylvania
**Fee Status:** Paid

**Case Type Information:**
  **1)** civil
  **2)** private
  **3)** Federal question

**Originating Court Information:**
  **District:** 0313-2 : 5-17-cv-05025
  **Trial Judge:** Jeffrey L. Schmehl, U.S. District Judge
  **Date Filed:** 11/06/2017

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: |
|---|---|---|
| 11/14/2018 | 11/14/2018 | 12/07/2018 |

| | | |
|---|---|---|
| 04/25/2019 | | COMPLIANCE RECEIVED. Motion received from Pro Se Appellant Jeffrey Cutler. (MCW) [Entered: 04/30/2019 01:21 PM] |
| 05/07/2019 | ▤ | ORDER (Clerk) denying Appellant's Petition to file Amended Brief and Appendix as presented. The reply briefs filed on April 10, 2019 and April 11, 2019 are hereby stricken. Appellant may, within 14 days of the date of this order, file one reply brief addressing all 6 of the Appellees' briefs filed in this case. SEE ORDER FOR COMPLETE TEXT, filed. (JK) [Entered: 05/07/2019 01:27 PM] |
| 05/21/2019 | ▤ | MOTION filed by Appellant Jeffrey Cutler titled Petition to Expand Record to Include Evidence of Perjury. Response due on 06/03/2019. Certificate of Service dated 05/21/2019. Service made by ECF, US mail. SEND TO MERITS PANEL --[Edited 06/07/2019 by JK] (JK) [Entered: 05/22/2019 10:56 AM] |
| 05/21/2019 | ▤ | PRO SE REPLY BRIEF (with Addendum) on behalf of Appellant Jeffrey Cutler, filed. Pages: 6. Certificate of Service dated 05/21/2019 by US mail. (SJB) [Entered: 05/28/2019 10:20 AM] |
| 06/03/2019 | ▤ | ECF FILER: Response filed by Appellee Alan Schnitzer to motion. Certificate of Service dated 06/03/2019. SEND TO MERITS PANEL. [18-3693]--[Edited 06/07/2019 by JK] (NPH) [Entered: 06/03/2019 05:54 PM] |
| 06/07/2019 | ▤ | ORDER (Clerk) referring Appellant's Motion to Expand Record and Appellee's Response to the merits panel, filed. (JK) [Entered: 06/07/2019 11:39 AM] |
| 07/15/2019 | ▤ | CALENDARED for Thursday. 08/01/2019. (TLG) [Entered: 07/15/2019 03:33 PM] |
| 07/25/2019 | ▤ | MOTION filed by Appellant Jeffrey Cutler titled Petition to Alter Panel and Allow Oral Argument. Response due on 08/05/2019. Certificate of Service dated 07/25/2019. Service made by ECF. (JK) [Entered: 07/26/2019 02:07 PM] |
| 08/01/2019 | ▤ | SUBMITTED (Pro Se - 3rd Cir. LAR 34.1 (a)) on Thursday, August 1, 2019. Panel: McKEE, COWEN and RENDELL, Circuit Judges. (TLG) [Entered: 08/01/2019 08:09 AM] |
| 08/07/2019 | ▤ | ORDER (RENDELL, Circuit Judge) denying motion for recusal filed by Appellant Jeffrey Cutler, filed. RENDELL, Authoring Judge. (JK) [Entered: 08/07/2019 03:51 PM] |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| Third Circuit - 01/25/2021 05:30:49 | | |
| **PACER Login:** | jk6550 | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 18-3693 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

COMMONWEALTH OF PENNSYLVANIA

CITATION/SUMMONS

CITATION NO.

**C6598201-1**

| Charge | |
|---|---|
| Maximum Speed Limits | |
| Stop Signs & Yield Signs | ☑ Drivers Required to be Licensed |
| Driving Vehicle at Safe Speed | Certain Driving |

NOTICE

If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege. Also, your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Motor Vehicle Code, including but not limited to: 75 Pa.C.S. §§ 1571, 3341, 3345, 3367, 3718, 3733, 3734, these being certain convictions of 75 Pa.C.S. § 1501, a violation of 75 Pa.C.S. § 1501 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 76 Pa.C.S. § 3802 when occurring in an active work zone.

AOPC 406-95 (Rev. 10/2019)

**DEFENDANT'S COPY**

**C6598201-1**

Best scanned image available.

**In The**
### United States Court of Appeals
### for the Third Circuit

2021 JAN 13 P 4: 10

USDC-EDPA

### 20-1422

UNITED STATES of AMERICA,
Plaintiff-Appellees

JEFFREY CUTLER
Intervenor Plaintiff-Appellee

v.

SAFEHOUSE INC., et al.
Defendants-Appellants

*Appeal from the Order/Judgment entered February 25, 2020 in the United States District Court for the Eastern District of Pennsylvania at No. 2:19-cv-00519*

# AMMENDED & CORRECTED EMERGENCY EXPEDITED

# PETITION FOR HEARING ENBANC AND INJUNCTIVE

# RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

# Destruction, alteration, or falsification of records) & MAIL FRAUD

# AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

# SUMMARY AFFIRMATION

# ORAL ARGUMENTS REQUESTED

PAGE 1 of 321

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files **THIS AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION**, to correct for new crimes and **OBSTRUCTION of JUSTICE** discovered, originally filed 14DEC2020 and hidden. The previous document in case 21-40001 was altered by persons unknown to protect the **CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**.  It also shows **BIAS** and **MALICIOUS** intent to violate **EQUAL TREATMENT** under the law, a violation of the United States Constitution **Ammend 5**.  Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC** on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**.  Mr. Cutler was granted the **RIGHT** to challenge the **ESTABLISHMENT CLAUSE** by the court and has been trying to pursue his first ammendment right to **PETTION THE COURT FOR REDRESS OF GRIEVANCES**. Recently in case # 1:17-cv-05228 Judge Nicholas G. Garaufis (Eastern District of New York) SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND VIOLATED EQUAL PROTECTION UNDER THE LAW AND HAD THE DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET EVEN THOUGH JOSH SHAPIRO (a

Sonderkommando, elector for Joe Biden and the current Attorney General of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied **MEDICARE** part **B** coverage while the order in this case grants that coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the president **OBAMA publically** stated the program was **ILLEGAL**.  These persons are being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 66 years old and second generation American and **JEWISH**, eligable to be President or **Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres  dated **12APR2018** that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed 20OCT2020, as part of funding from the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide **DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**, just like the term that may presently describe the sick bird Philadelphia football team **ILL EAGLE**.  The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs.  On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON.  The office of the president responded to

this by 21MAY2020.  The president gave a short NEWS CONFERENCE on

22MAY2020 demanding all places of worship be allowed to open.  Employees of the

federal government and others have been involved in a criminal conspiracy to

**OBSTRUCT JUSTICE** and damage the United States.  In case #20-5143 DC USCA

Nancy Dunn obstructed documents mailed and sent to  <ref>

prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on

17JUL2020 but that document vanished, just like the white bunny HARVEY, who is

invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020

on the front page of the Philadelphia Inquirer.   The USPS tracking number 9510

8141 4908 0199 0615 60 is not reporting results.  The lawyers in sending Mr. Cutler

the letters by MAIL makes them all a  party to the CONSPIRACY to INTERFERE

IN INTERSTATE COMMERCE and MAIL FRAUD.

On 30SEP2020 at 12:42 PM (RESTAMPED 05OCT2020) Jeffrey Cutler filled a 571

Page PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY

BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL

FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION  USCA

CASE 20-2936.

On 15OCT2020 at 12:42 PM Jeffrey Cutler filled a 194  Page AMENDED

PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF

CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND

OTHER CRIMES), AND SUMMARY AFFIRMATION  USCA CASE 20-2936

On 19OCT2020 Jeffrey Cutler filled a 244  Page ERATTA FOR AMENDED

PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF

CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND

OTHER CRIMES), AND SUMMARY AFFIRMATION  USCA CASE 20-2936

On 28OCT2020 at 1:38 PM Jeffrey Cutler filled a PETITION FOR ENBANC

REVIEW of PETITION TO COMBINE CASES  FOR JUDICIAL EFFICIENCY

BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL

FRAUD, AND OTHER CRIMES), AND SUMMARY AFFIRMATION AND

PEREMTORY DISQUALIFICATION OF ALL JUDGES OF THE THIRD

CIRCUIT AND MOVE TO FIFTH CIRCUIT.

On 12NOV2020 at 3:56 PM Jeffrey Cutler filled a PETITION TO COMBINE

ADDITIONAL CASES BEFORE  ENBANC REVIEW BECAUSE OF

ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records)   FOR JUDICIAL EFFICIENCY  in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON

IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR

PRESIDENT INC., et al. v. KATHY BOOKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref>  https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf </ref>

<ref>  https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD. A

COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY. BASED ON MR. CUTLER'S

VALIDATION EXPERIENCE HE THINKS THAT THE TESTING

COMPONENTS MAY BE TAINTED and actually causing increase in COVID-19.

This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref> <ref>

https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving

ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same

programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-

2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 **JOE BIDEN** IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. THE 199 PAGE

DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED IN FEDERAL

COURT!!

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR

SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND

INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

Destruction, alteration, or falsification of records)  & MAIL FRAUD AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT in the  UNITED STATES DISTRICT COURT OF THE EASTERN

DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v.

DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of

USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is

documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) involving ECF 33 filed 28OCT2020.  Mr. Cutler believes the

same technique used in the VW EMISSIONS SCANDAL WAS USED  TO ALTER

VOTES  and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler previously had filed copies of documents from case 19-11466 (Bankruptcy of PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL ), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished,  see pages 23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders for the Hospital that wanted to KEEP IT OPEN as a  running HOSPITAL and offered funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from atteding hearings at the law office of Saul Ewing while reporters were allowed to attend at the law office of Saul Ewing (he was asked to leave by security, and Philadelphia Police).  Mr. Cutler previously had contested the states order that they could redistrict (**USCA Case 18-1816**) via a method that gave the court this power even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr.

Cutler a former **ELECTED TAX COLLECTOR** in November 2013 and has been trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank robbery by others, insurance fraud on 17MAR2017 and a challenge to OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC).  Mr. Cutler was granted the right to challenge OBAMACARE by the USCA in Washington, DC on 14AUG2015.  Mr. Cutler has filed in many cases and has caught persons obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn** stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases involve unopposed motions.  Priority mail tracking number #9510 8066 2091  0225 1534 23.  A document sent to the Supreme court on 30NOV2020 at 4:28 PM used Express Mail, tracking number EJ5050342510S and vanished also, just like previous documents in federal court.  In case # ON 07DEC2020 JEFFREY CUTLER FILED VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS

PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS WOLF, et al.). Even though the document IN CASE 1:17-cv-05228 was recieved on 08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple claims by the clerks. Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in New York, and a MAIL FRAUD complaint has been submitted for his previous actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A 315 **PAGE MOTION FOR RECONSIDERATION**. Since he is part of the **ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a **CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also **AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the Fact MURDER of Jonthan Luna). In a previous case in Pennsylvania Judge Clarence C. Newcomer ruled that the Democratic campaign of William G. Stinson had stolen the election from Bruce S. Marks in North Philadelphia's Second Senatorial District through an elaborate fraud in which hundreds of residents were encouraged to vote by absentee ballot, a form of MAIL FRAUD. On many of the ballots, they used the names of people who were living in Puerto Rico or serving time in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud, deception, intimidation, harassment and forgery," Judge Newcomer wrote in a decision made public. <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, <ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>. Even though the judge is named as part of the complaint filed for case #1:20-cr-00165 for MAIL FRAUD, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**. A  mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims.  Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values

all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available. This would set a standard for **CHINA** to attack the United States even further. The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**. This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia. On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction. Midge Rendel has **failed** to **RECUSE** from 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**. Mr. Cutler had stated that he believed that the **MURDER of  JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help persons of the **FBI**. Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA**. Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **609** cases and **7 deaths** in **TAIWAN** as of

**20NOV2020**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and

actually causing increase in COVID-19.  This is based on PREVIOUS actions by

**CHINA**.  <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>.  Based on these facts, the current non-

binding mandate from the Dr. Levine and others in other STATES may be trying to

increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and

TREASON by mostly DemoNcrats and some Republicans posing who are RHINO's.

Every Public Health official that fails to recommend mass Pneumonia vaccinations

is complicit in the deaths in the United States.  Although **Thanksgiving** is not a

religious holiday, many people say a prayer before the meal and therefore the

restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT**

**CLAUSE**, also since it tries to limit prayer services in PA. ,  **INTERFERENCE IN**

**INTERSTATE COMMERCE**, and the order also violates **EQUAL**

**PROTECTION** since commuters are exempt in Pennsylvania.  Forced testing

without a court order violates the FIRST Amendment, just like you cannot be forced

to give a DNA sample.  Mr. Cutler owns stock in Merck, which manufactures

PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the

company, and should be prosecuted just like Martha Stewart was charged and put in

prison, but also pushing sales at AMAZON.  On 17JUL2020 **TOM WOLF** issued a

**DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the

county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal

funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER

COUNTY did the exact same thing. <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On

or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon

County MUST use 2.8 million of the CARES act funding for MASK

ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-

county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler

had the right to Defend the Establishment clause (case 14-5183) and 75 years since

VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC

have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU

& COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On

22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL

was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open.  Employees of the federal government and others have been involved in a criminal conspiracy to **OBSTRUCT JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is not reporting results.  The lawyers in sending Mr. Cutler the letters by  **MAIL** makes them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER for the PHILADELPHIA PHILLES for the 2020 season, but because of the **CONSPIRACY** to close the states there will be no live viewing of games this season.  Mr. Cutler's brother and approximately 69 MILLION other people (approximate attendence of 2019 baseball season) have been denied the **RIGHT of PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF INDEPENDENCE**.  Thomas Wolf and Jim Kenney have allowed almost unrestricted protest marches with POLICE escorts, but cancelled other parades and events.   Mr. Cutler had proposed an option to have games played in every city.  As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC**

**EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with individuals in the DEMOCRATIC party have and some that pretend to be REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS IS A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>  Justin Zemser and Sean Suitter.  The recent murder of Roy Den Hollander in New York for challenging the news media (case 1:16-cv-06624) is just another crime concealed from the public.That case is included by reference and joined to this one.   The crime-fraud exception was first recognized in the United States over one hundred years ago, and the policy behind it is well-defined. (The crime-fraud exception was first recognized in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal community does not deem discussions concerning future wrongdoings, such as fraud, that occur during an attorney-client communication worthy of protection. Id. at 562–63.  While the practice of law encourages full and frank communications between the attorney and client, only communications concerning past wrongdoings

are protected.  Mr. Cutler had previously been elected to Public Office as the TAX

COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based

on an Election in November 2013. and took the Oath of OFFICE prior to his first

day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013

regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was

granted the right to challenge OBAMACARE in Appeal as case **14-5183** on

**14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was

removed from Office after 27 months based on **PERJURED TETIMONY**, and a

**CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In

Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was

harrased in a similar manner was equally harrased in court and the township spent

about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-

long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these

actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL**

**JURY TRIAL** to clear his name. Since he found no law firm would represent him

based on contacts with the FBI or law enforcemnt.  The lancaster county treasurer

was apponted to replace Mr. Cutler in the collection of taxes and never had a surety

bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-

insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection

of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT**

On 20MAY2020.  Mr. Cutler won a motion for reconsideration in the court based on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740 06NOV2017), but the judge failed to award any compensation as requested and the clerks removed one defendant from the case an tampered with the document. Pennsylvania has previously had a number notorious crimes of public employees <ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella & Michael Conahan) convicted of  federal crimes that resulted in convictions.  Mr. Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081** in the United States District Court for the Eastern Ditrict of North Carolina on 16MAY2020 by Judge James C. Dever III.  Since Governor Roy Cooper has made public statements that he does not intend to appeal, this is settled law.  Mr. Cutler had filed a Petition to DENY the Motion For Summary JUDGEMENT and to consolidte related cases of religious discrimination by the government in case USCA 20-1805 on 14MAY2020 and the document and was not put online until 20MAY2020.  The document filed by Brian L. Calistri on May 8, 2020 contains some perjured statements and since it was sent by mail constitues Mail Fraud and Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**,  by furnishing the

bombs.  Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the **FBI**.  The judge dismissed the case even though 5 parties defaulted and were properly served.  Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas O'Neill, Mr. Brian L.Calistri's  motion failed to notify the parties that have defaulted in this case and therefore should have been **DENIED**.  Mr. Cutler had made a complaint by mail to the DA office in Lancaster County, Pennsylvania and York, County Pennsylvania.  Mr. Cutler had also filed a motion to intervene on 22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named **DA Larry Krasner** as a Defendant in the case.  Mr. Cutler also filed a response to the motion filed in oppoition on 25SEP2019.  Even though the document filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and **VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also violated the United States Constitution **Ammend 1**, by making a **THREAT BY MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**.  Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft of approximtely half million dollars.  Mr.Cutler had filed objections to  limit the power of the Tom Wolf to classify that religion as a **NOT a LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania.  Mr. Cutler

filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as

case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE

in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT**

**CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to

transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an

Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth**

**Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in

Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-

0064 in the United States District Court for the Northern District of Mississippi

[**TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and

case number  1:20-cv-00323 in the United States District Court for the Western

District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER**

**et al.**] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and

previously wrote 1:20-cv-01120) in the United States District Court for the District

of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA**

**et al. v. LAWRENCE J. HOGAN et al.**] are also cases that should be part of this

consolidation.  All charges in each case should be included by reference for all civil

cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge

Catherine C. Blake of Maryland had one of the documents returned, obstructed

justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan

Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr.

Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr.

Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also

NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the

COVID-19 virus or other secrect police duties.  Based on the case of the aids law

project tracking people that have one type of virus is unconstitutional, and exposing

their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION

UNDER the LAW is a cornerstone of both the United States Constitution and the

Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South

Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-

Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU**

**KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be

evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be

prosecuted for violating the same law that they were alledgely enforcing.  It is

notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records (effectively trying to rewrite history). Taiwan is about 100 miles from CHINA, yet has less than ten deaths and 500 confirmed cases. In the Appeals for the Fifth Circuit the Order from the United States Northern District of Texas dated January 16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion denying Plaintiff's motion of December 30, 2019. The current order from that court is in error since the USCA order of December 18, 2019, remanded the case back to District Court and for further disposition and was unopposed and is still unopposed. Mr. Cutler had previously filed a document by MAIL on March 1, 2019 but it was illegally discarded. He then filed on 07MAR2019 in person (Document 00514863727) , and it was put online March 7, 2019. The office of the clerk decided it would be ignored. Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020, (Document 00515289904 International Holocaust Remembrance Day), and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary Francis Yeager** that she was violating Mr. Cutler's civil rights. It was put online January 29, 2020. A violation of EQUAL PROTECTION by employee of the federal government, which treated the two documents differently and potentially hid the document from the review of the judges considering an ENBANC review. Mr. Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO

PAGE 22 of 321

TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH

CASE 5:19-cv-00834, this document was put online as document number

00515298284 on 04FEB2020, the same date it was filed in court.  In the case both

**Deputy Clerk Mary Francis Yeager**  and **Deputy Clerk Roeshawn Johnson**

denied the petition.  This violated the United States Constitution Ammend 1 and  5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings.  On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262,

03-5314).  Mr. Cutler requested the district court cases  be consolidated in

Pennsylvania and deliberations allowed on an expedited basis since they both involve related issues and the Supreme Court previously has indicated they will not consider the case this term, even though oral arguments were already made. This court had allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the house of represenaives, in her official capacity, as the speaker of the House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal employee) left his office at approximately 11 PM and was found dead the next morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds, neck back and genitals, but the cause of death was drowning as per the Medical Examiners. The FBI tried to force two Medical Examiners to say the **MURDER** was a **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that was later classified a suicide during a special arrest, 1 day before he was to testify. Other individuals have died unexpectedly, possibly of murder including **Beranton Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin Robert Needle, (who died unexpecenly in May 2017) may have previously contacted Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records of **Jonathan Luna** have finally resurfaced and are currently trying to be sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577
</ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref> https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.)  stated "[N]o one would be hurt and the greater justice would be attained" and

violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of

DLA Piper (Kamala Harris' husband works for this firm and was part of the case

against Mr. Cutler and also filed a motion on this same date against him because he

dared to continue to challenge  the ACA . During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it".  The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**.   He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10.   Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson.   His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).   The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike.   (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)   Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others.   Mr.  Cutler was

previously in charge of coordinating the **Y2K** and putting together the contingency

plan for MERCK Inc., West Point site.   It is Mr. Cutler's belief COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed

undesirable including Jewish and black Individuals and to discontinue pensions via

MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to

Bribe, coerce  or pay individuals to bear false witness against another individual and violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The orders Thomas Wolf and other leaders have issued effectively allows the governments in the United States to discontinue religion in and in the State of  Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization. Other members of the **KLU KLUX KLAN** in the United States and the World, are all organized to take on the HOAX.  This was previously called Agenda 21.  As of 16MAR2020 Canada was still allowing flights from CHINA and those persons could be carrying hazardous bio material simply enter the United States from Canada. When Mr. Cutler was  working for Merck as a contractor some individuals were caught stealing trade secrects by security at the West Point site.  It has been known China has been effectively using live people for transplants for years. Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS. The closing of all CASINOS in the STATE is to get 100% of all gambling revenue, to have a total monopoly on all sources of payment organized for a complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that the Allentown Federal Courthouse contains NAZI insigna in the tile work in the building (pending supreme  court case # 19-8538 ), and there is a seven acre compound in Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles has corrected Mr. Cutler's statement that the insigna is actually in the Post Office tile across from the courthouse. This all may have a connection of Joe Biden to China and

the transfer of technology to them that has violated the world's civil rights, except

Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in

the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based

on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which

should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce

Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal

government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with

China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have

conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of

Tom Wolf, just like 2 different insurance companies failed to compensate Mr.

Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail

Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA

insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting

Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting

qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) ,  voter fraud  has been in

Pennslvania a long time.  The use of  ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that

also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never

lived at that adress. Mr. Cutler had formally notified the court of voter fraud in

Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the

guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr

Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **<u>ANY</u>**

**<u>JURISDICTION</u>** in the **<u>UNITED STATES</u>** from specifyin **<u>HOW TO PRAY</u>**.  Mr.

Cutler also notifies  this court that the failure of the Dams in the state of

Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of

governor Gretchen Witmer's unlawful act from being persued in federal court case

1:20-cv-00323.  DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have

LIED about an Approved Vaccine to Stop **<u>COMPLICATIONS</u>** from the FLU &

COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>.  They are called

PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE

COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based

on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with

COVID-19, as well as one million mink in the Netherlands there is **<u>ZERO</u>**

evidence that the tigers, Goririllas ever failed to practice social distancing, because the person would be called **LUNCH**. **HIV** has NO VACCINE. This **INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue because they waited six months. Based on this the charges against William Henry Cosby should be vacated. George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data. Mr. Cutler was trying to fly to Philadelphia that day from Chicago. My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons. Even in case, 1:20-cv-01130 that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the actual document, violating equal protection under the law and the United States Constitution Ammend 5 and Ammend 1 by denying the ability for redress of grievances. Also based on conflicting death reports, declaring a MURDER a

SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials with the aid of News Outlets. Previous corruption in the United States based out of Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in Illinois during some of this time frame and the joke voting saying was **VOTE EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref> https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref> https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged, **SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye** is still awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to start his **SENTENCE** for a **55 MILLION DOLLR FRAUD** <ref> https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synagogue-attack-pleads-guilty-to-tax-fraud-docs/2365089/ </ref> <ref> https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme Richard and effects in TAIWAN are evidence of cooridinated attacks on the United States which are being hidden from the general population like the civil case against Nancy Pelosi.  China has been bribing CIA employees and others for years.  There is no reason what Joe Biden did should be ignored. <ref> https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china </ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the Baltimore

Police department. <ref>  https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/

<ref> For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURPHY of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-
sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000 theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref>  On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-

human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref> complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]]

called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On

20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in

USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED

STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL

FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a

MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD

complaints are based on being a INVESTOR in both companies and the ANNUAL

REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other

investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST

TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER

CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S

ACCOUNT IS SUSPENDED EVEN THOUGH THERE IS TIME STAMPED

PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED

IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936

PAGE 9 OF THE LINK BELOW !!<ref>
https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY

RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  ASHLI  BABBITT WAS ACTING AS A CITIZEN

JOURNALIST AND SHE HEARD THE CONSPIRACY WITH KKK/ANTIFA

AND THE POLICE, THAT IS WHY SHE WAS MURDERED!! IN CHINA THEY

JUST PUT CITIZEN JOURNALISTS IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of possible ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud  (18 U.S. Code § 1341), the

murder of a federal employee  (18 U.S. Code § 1114), Obstruction of Justice, Bank

Ruptcy Fraud in case number 19-11466 Philadelphia Accademic Health System and

Title 18, Section 871.  The civil rights action is case # 5:19-cv-00834 and this case

# 1:20-cv-01130 District Court Maryland.  The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like the

movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original unpublished

short story entitled "Caviar for His Excellency" by Charles G. Booth there may be an

actor portraying Joe Biden right now.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

 the Petion For **INJUNCTIVE RELIEF** be granted as well as Summary Affirmation

and all votes via DROP BOXES BE STRICKEN in Pennsylvania and the count be

recalculated, and based on Marks v. Stinson Donald J. Trump be declared the winner

<ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in

**Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada**.  Mr. Cutler has

never met Donald J. Trump, and was not paid or compensated in any way for this

action.  Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting elected Vice

President at the hotel previously known as the host farm, but has since been renamed.

Judge Stickman wrote in the case "but even in an  emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf.  This  court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order  signed in 1942 as Executive Order 9066 by **FDR**

**UNCONSTITUTIONAL**, during an immediate  **ENBANC** review of this case when

combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE

as **19-840**, **19-1019** also have  the government  **CANNOT SPECIFY HOW TO**

**PRAY** enforced by **Religious   POLICE**, either LOCAL, FEDERAL OR STATE.

The **MURDER** of a **BLACK** man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case number  **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**, case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **21-4001** ALL BE COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John Lewis and stop **5171** years of persecution of  Jewish Individuals. Not GETTING EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!! ASHLI  BABBITT  WAS THE START OF KRISTALNAHT UNITED STATES <ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>" YOU CAN DESTROY THE EVIDENCE, BUT YOU CANNOT DESTROY THE TRUTH.  Based on EQUAL TREATMENT UNDER THE LAW, IF IN PERSON VOTING IS REQUIRED FOR ELECTING THE, SPEAKER THEN SECURITY AND IMPEACHING A PRESIDENT BY PHONE SHOULD NOT BE ALLOWED. AND CONSIDERED UNCONSTITUTIONAL.

Respectfully submitted,

DATE: _____13JAN2021_____          _____/s/ Jeffrey Cutler_____

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on JANUARY  13, 2021, I filed the foregoing with the Clerk of the Court for the United States Court Appeals for the THIRD Circuit via United States Mail or in person. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the other  participants or their lawyers in this case are registered CM/ECF users except as follows and they are served by mail or email .


_____/s/ Jeffrey Cutler_____
Jeffrey Cutler

CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and Circuit Rule 40-1 because this brief contains no more than # of pages allowed by ECF 17 USCA CASE 20-2936, excluding the parts of the brief exempted by Fed. R. AP. P. 32.

# PLAINTIF'S PROPOSED ORDER FOR SUMMARY AFFIRMATION

AND NOW, this_____ day of _____, 2020 upon consideration Plaintif's Motion for Default Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.      SO ORDERED.

[1]   Order the SUMMARY AFFIRMATION against all defendants be granted and made FINAL at one million dollars per day or as a neotiated amount.

[2]   ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR. TORRES BE DISCARDED AND TURNED OVER TO THE FBI FOR PROSECUTION

[3]   Order that ELECTORAL FRAUD is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[4]   Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with the voting in Pennsylvania and mailing the vote tally to CONGRESS.

[5]   Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman, David Sommers, Mr. William H.  McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer, Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANNA, Julias Jones in Oklahoma, etc.), for violations of equal protection. All prosecutions of  Robert Mueller as special prosecutor vacated because his appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[6]   Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA East Lampeter Township and Haverford, PA.

[7]   Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[8]   Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[9]   Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge Nicholas G. Garaufis, Judge Midge Rendel, and Judge Catherine Blake  pay twice their daily salary each day to the innosense project , until they resign.

[10] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds.

[11] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[12] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or

legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[13] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[14] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[15] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of  the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[16] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[17] Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

[18] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[19] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[20] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[21] Other remedies the court deems appropriate.

[22] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[23] Order Nancy Pelosi to resign from her position for the false statement  (18 USC § 1001) made through her lawyer.

[24] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters throughout the state.

[25] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it  is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[26]  Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[27] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[28]  Combine cases 20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143 from the USCA DC

CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York.

[29] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[30] Order Susan Peipher Esquire and other lawyers guilty of similar activites, to be barred from participation in the
Federal Court CM/ECF system.

[31] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds,
or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[32] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on
his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[33] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments
on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per
instance.

[34] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[35] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100
STUDENTS, etc.

[36] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain
LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death
and combined with CENTURY 21.

[37] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting
the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact
MURDER of Jonthan Luna)

[38] ORDER CITIBANK pay three times the amount they allowed to be stolen via fmail fraud from Jeffrey Cutler and
Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud.

[39] The constitution should be ammended to allow all citizens of voting age in any prison the right to vote for a
representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The
total prison population shall be added to the census for the country. No additional seats shall be added to the
house.

[40] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote
for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.
The total population shall be added to the census for the country. No additional seats shall be added to the house.

[41] The government shall establish a set of specifications for the minimum features a health plan shall contain to be
called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[42] The intentional termination of life by any third party for money for all individuals from 84 months old after conseption

to 30 months old after conseption shall be considered a crime.

[43] A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[44] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL SHOULD BE DENIED because it should be an injunction pending Appeal.

[45] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[46] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[47] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[48] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[49] All ballots collected in remote collection boxes where the voter was not offered a **HARD COPY** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be segraated all votes where they are mixed should be discarded.

[50] Order Tami, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of  $250,000 dollars

[51] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[52] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer

[53] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of their NET WORTH.

[54] A  law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[55] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[56] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  250,000 dollars

[57] Jeffrey A Dellinger be compensated at a minimum of  250,000 dollars for being directed he must goto church on Sunday

[58] Mr. Jammal Harris be compensated at a minimum of  250,000 dollars

[59] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter.

[60] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[61] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[62] Order every employee at PBS/NPR to dedicate a portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[63] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJoIrBk </ref>>

[64] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[65] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[66] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUIC0 </ref>

[67] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[68] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[69] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[70] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[71] GOOGLE is guilty of violating and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[72] Kara N. Templeton, Christopher Leppler, Judge Nicholas G. Garaufis, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their pension for 10 years.

[73] Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in Pennsylvania and the United States, as well as all media organizations that also participated in the deaths

(APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[74] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[75] ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000

[76] Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos,  Jack Dorsey, Tim Cook, Bill Gates, George Soros pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[77] Order the United States Government  to stop collecting or accessing penalties **<u>FOR FAILURE</u>** to *comply with established tenets or teachings of such sect or division of ANY religion* <u>in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional</u> , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ  filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that no jurisdiction of the United States can dictate the proper way to pray.

Dated: ____, 2021_____          _____

BY THE COURT

# ADDENDUM

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 20-1422

———————

UNITED STATES OF AMERICA
v.
SAFEHOUSE, a Pennsylvania nonprofit corporation;
JOSÉ BENITEZ, as President and Treasurer of Safehouse

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SAFEHOUSE, a Pennsylvania nonprofit corporation
v.
U.S. DEPARTMENT OF JUSTICE;
WILLIAM P. BARR, in his official capacity
as Attorney General of the United States; and
WILLIAM M. MCSWAIN, in his official capacity as
U.S. Attorney for the Eastern District of Pennsylvania

United States of America, U.S. Department of Justice,
United States Attorney General William P. Barr, and
the United States Attorney for the Eastern District of
Pennsylvania William M. McSwain,
                                                    Appellants

———————

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:19-cv-00519)
District Judge: Honorable Gerald A. McHugh

———————

Argued: November 16, 2020

Before: AMBRO, BIBAS, and ROTH, *Circuit Judges*

(Filed: January 12, 2021)

———————

William M. McSwain            [ARGUED]
Gregory B. David
John T. Crutchlow
Bryan C. Hughes
Erin E. Lindgren
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

   *Counsel for Appellants*

2

Ronda B. Goldfein
Yolanda F. Lollis
Adrian M. Lowe
AIDS Law Project of Pennsylvania
1211 Chestnut Street
Suite 600
Philadelphia, PA 19107

Ilana H. Eisenstein                [ARGUED]
Courtney G. Saleski
Megan E. Krebs
Ben C. Fabens-Lassen
DLA Piper
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103

Peter Goldberger
50 Rittenhouse Place
Ardmore, PA 19003

Seth F. Kreimer
University of Pennsylvania School of Law
3501 Chestnut Street
Philadelphia, PA 19104

    *Counsel for Appellees*

James G. Mann
Pennsylvania House of Representatives
P.O. Box 202228
Suite B-6 Main Capitol
Harrisburg, PA 17120

> *Counsel for Amici in support of Appellants Republican
> Caucus of the Pennsylvania House of Representatives and
> Republican Caucus of the Senate of Pennsylvania*

John M. Gore
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

> *Counsel for Amici in support of Appellants Pat Toomey,
> Brian Fitzpatrick, Tom Cotton, John Joyce, Fred Keller,
> Mike Kelly, Daniel P. Meuser, Scott Perry, Guy Reschen-
> thaler, Lloyd Smucker, and Glenn Thompson*

Jeffrey M. Harris
Consovoy McCarthy
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

> *Counsel for Amici in support of Appellants Drug Policy
> Scholars and Former Government Officials*

Michael H. McGinley
Justin M. Romeo
Dechert
2929 Arch Street
18th Floor, Cira Centre
Philadelphia, PA 19104

> *Counsel for Amici in support of Appellants 20 Neighbor-hood Civic Associations and the Fraternal Order of Police Lodge 5*

Loren L. AliKhan
Office of Attorney General of District of Columbia
Office of the Solicitor General
400 6th Street, N.W., Suite 8100
Washington, D.C. 20001

> *Counsel for Amici in support of Appellees District of Columbia, State of California, State of Delaware, State of Illinois, State of Michigan, State of Minnesota, State of New Mexico, State of Oregon, State of Vermont, and State of Virginia*

Trevor C. Burrus
Cato Institute
1000 Massachusetts Avenue, N.W.
Washington, D.C. 20001

> *Counsel for Amici in support of Appellees Cato Institute, American Civil Liberties Union, and American Civil Liberties Union of Pennsylvania*

Ezekiel R. Edwards
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, New York 10004

    *Counsel for Amicus in support of Appellees American*
    *Civil Liberties Union*

Mary Catherine Roper
American Civil Liberties Union of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102

    *Counsel for Amicus Appellee American Civil Liberties*
    *Union of Pennsylvania*

Michael J. Engle
Buchanan Ingersoll & Rooney
50 South 16th Street
Two Liberty Place, Suite 3200
Philadelphia, PA 19102

    *Counsel for Amici in support of Appellees Dr. Alexis M.*
    *Roth, Dr. Stephen E. Lankenau, and 5th Square*

Virginia A. Gibson
Hogan Lovells US
1735 Market Street, 23rd Floor
Philadelphia, PA 19103

    *Counsel for Amici in support of Appellees King County*
    *Washington, City of New York, City of Seattle, City and*
    *County of San Francisco, and City of Pittsburgh*

Ellen C. Brotman
Suite 1500
One South Broad Street
Philadelphia, PA 19107

> *Counsel for Amici in support of Appellees AIDS United,*
> *American Medical Association, Association for Multidis-*
> *ciplinary Education and Research in Substance Use and*
> *Addiction, Association of Schools and Programs of Public*
> *Health, California Society of Addiction Medicine, Drug*
> *Policy Alliance, Foundation for AIDS Research, Harm*
> *Reduction Coalition, National Alliance of State and Terri-*
> *torial AIDS Directors, Network for Public Health, Penn-*
> *sylvania Medical Society, Philadelphia County Medical*
> *Society, Positive Womens Network, Treatment Action*
> *Group, and Vital Strategies*

Michael D. LiPuma
Law Firm of Justin F. Robinette
Suite 1109
325 Chestnut Street
Philadelphia, PA 19106

> *Counsel for Amici in support of Appellees Homeless Ad-*
> *vocacy Project, Pathways to Housing Pennsylvania, Cath-*
> *olic Worker Free Clinic, Bethesda Project Inc., and St.*
> *Francis Inn*

7

Jennifer MacNaughton
City of Philadelphia
Law Department
1515 Arch Street
Philadelphia, PA 19102

    *Counsel for Amici in support of Appellees Mayor Jim Kenney and Dr. Thomas Farley*

Brian T. Feeney
Jessica Natali
Kevin Rethore
Greenberg Traurig
1717 Arch Street, Suite 400
Philadelphia, PA 19103

    *Counsel for Amici in support of Appellees Philadelphia Area Community Organizations*

Mark C. Fleming
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, MA 02109

Daniel Segal
Matthew A. Hamermesh
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA 19103

    *Counsel for Amici in support of Appellees Current and Former Prosecutors, Law Enforcement Leaders, and Former Department of Justice Official and Leaders*

Catherine M. Recker
Welsh & Recker
306 Walnut Street
Philadelphia, PA 19106

> *Counsel for Amicus in support of Appellees Professor Randy Barnett*

Mira E. Baylson
Cozen O'Connor
1650 Market Street
One Liberty Place, Suite 2800
Philadelphia, PA 19103

> *Counsel for Amici in support of Appellees Religious Leaders in Philadelphia and Beyond*

Thomas A. Leonard, IV
Cozen O'Connor
1650 Market Street
One Liberty Place, Suite 2800
Philadelphia, PA 19103

> *Counsel for Amici in support of Appellees Friends and Family of Victims of Opioid Addiction*

―――――――――

## OPINION OF THE COURT

―――――――――

BIBAS, *Circuit Judge*.

Though the opioid crisis may call for innovative solutions, local innovations may not break federal law. Drug users die every day of overdoses. So Safehouse, a nonprofit, wants to open America's first safe-injection site in Philadelphia. It favors a public-health response to drug addiction, with medical staff trained to observe drug use, counteract overdoses, and offer treatment. Its motives are admirable. But Congress has made it a crime to open a property to others to use drugs. 21 U.S.C. § 856. And that is what Safehouse will do.

Because Safehouse knows and intends that its visitors will come with a significant purpose of doing drugs, its safe-injection site will break the law. Although Congress passed § 856 to shut down crack houses, its words reach well beyond them. Safehouse's benevolent motive makes no difference. And even though this drug use will happen locally and Safehouse will welcome visitors for free, its safe-injection site falls within Congress's power to ban interstate commerce in drugs.

Safehouse admirably seeks to save lives. And many Americans think that federal drug laws should move away from law enforcement toward harm reduction. But courts are not arbiters of policy. We must apply the laws as written. If the laws are unwise, Safehouse and its supporters can lobby Congress to

10

carve out an exception. Because we cannot do that, we will re-
verse and remand.

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

## Mail Fraud Complaint

### Your Information

| | | | |
|---|---|---|---|
| Company Name: | | | |
| * First Name: | JEFFREY | * Last Name: | CUTLER |
| * Address: | P.O. BOX 2806 | | |
| * City: | YORK | | |
| * State: | Pennsylvania | | |
| * ZIP Code: | 17405 | | |
| * Country: | UNITED STATES | | |
| Cell Phone: | (717) 854-4718 | Work Phone: | (215) 872-6715 |
| Home Phone: | | Fax: | |
| Email Address: | eltaxcollector@gmail.com | | |
| Age Range: | 65 or older | | |
| Are you a Veteran? | ○ Yes  ⦿ No | | |

### Complaint Filed Against

| | | | |
|---|---|---|---|
| Company Name: | TWITTER | | |
| First Name: | JACK | Last Name: | DORSEY |
| Address: | 1355 Market St suite 500 | | |
| City: | San Francisco | | |
| State: | California | | |
| ZIP Code: | 94103 | | |
| Country: | UNITED STATES | | |
| Cell Phone: | | Work Phone: | (415) 222-9670 |
| Home Phone: | | Fax: | |
| Email Address: | ir@twitter.com | | |
| Website Address: | https://www.headquartersinfo.com/ | | |

### How Were You Contacted?

| | |
|---|---|
| How were you contacted? | US Mail |
| On what date were you contacted? | 01/10/2021 |
| Do you have the envelope it was mailed in? | ○ Yes  ○ No |

### How Did You Respond to This Offer?

| | |
|---|---|
| How did you respond to this offer? | US Mail |
| Response Mailed to a Different Address: | ○ Yes  ⦿ No |
| Do you have a Tracking Number? (Certified, Insured or Express Mail) | ○ Yes  ⦿ No |
| What did you receive? max size 250 characters | HARD COPY OF ANNUAL REPORT |
| How did it differ from what you expected? max size 250 characters | CLAIMS THEY DO NOT DISCRIMINATE AND DO GOOD |
| How much did the company ask you to pay ($)? | 120.41 |
| Do you have the item? | ○ Yes  ⦿ No |
| How was it delivered? | Online |
| Did you contact the company or person about the complaint? | ○ Yes  ⦿ No |
| Reason for No Contact: | Unanswered Telephone |

### Did You Lose Money?

| | |
|---|---|
| Lose Money: | ⦿ Yes  ○ No |
| Payment Type: | Other Payment Method |
| Payment Type Other: | TRANSFER FROM ACCNT |
| Payment Amount($): | |
| Payment Date: | 01/10/2021 |

### Type of Mail Fraud Complaint

| | |
|---|---|
| Scheme Category: | Investment |
| Scheme Type: | Select One... |

### Additional Information

max size 1000 characters

TWITTER CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S ACCOUNT IS SUSPENDED EVEN THOUGH THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW !!<ref> https://www.courtlistener.com/recap /gov.uscourts.pamd.127057 /gov.uscourts.pamd.127057.181.0.pdf </ref> THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO THE CONTRARY

THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

Mail Fraud Complaint form submitted successfully.   **11JAN2021 2:27 PM**

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed


Best scanned image available

**Item 9B.**    *Other Information*

*Disclosure Pursuant to Section 13(r) of the Exchange Act*

We determined that, between January 2012 and December 2019, we processed and delivered orders of consumer products for certain individuals and entities located outside Iran covered by the Iran Threat Reduction and Syria Human Rights Act ("ITRA"), in addition to those we have previously disclosed, as follows: consumer products valued at approximately $13,700 for individuals who may have been acting for 14 Iranian embassies and diplomatic organizations located in countries other than Iran; consumer products valued at approximately $90 for an individual designated under Executive Order 13224; consumer products valued at approximately $8,600 for individuals who may have been acting for seven entities owned or controlled by the Iranian government; and consumer products valued at approximately $1,800 for individuals who may have been acting for five entities designated under Executive Order 13224 or Executive Order 13382, three of which are owned or controlled by the Iranian Government. The consumer products included books, other media, apparel, home and kitchen, jewelry, health and beauty, office, toys, consumer electronics, lawn and patio, automotive, software, grocery, and pet products. In addition, the information provided pursuant to Section 13(r) of the Exchange Act in Item 5 of Part II of the Company's Quarterly Reports on 10-Q for the quarters ended March 31, 2019, June 30, 2019, and September 30, 2019 is hereby incorporated by reference into such reports. We are unable to accurately calculate the net profit attributable to these transactions. We do not plan to continue selling to these accounts in the future. Our review is ongoing and we are enhancing our processes designed to identify transactions associated with individuals and entities covered by the ITRA.

## PART III

**Item 10.**    *Directors, Executive Officers, and Corporate Governance*

Information regarding our Executive Officers required by Item 10 of Part III is set forth in Item 1 of Part I "Business — Information About Our Executive Officers." Information required by Item 10 of Part III regarding our Directors and any material changes to the process by which security holders may recommend nominees to the Board of Directors is included in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders, and is incorporated herein by reference. Information relating to our Code of Business Conduct and Ethics and, to the extent applicable, compliance with Section 16(a) of the 1934 Act is set forth in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders and is incorporated herein by reference. To the extent permissible under Nasdaq rules, we intend to disclose amendments to our Code of Business Conduct and Ethics, as well as waivers of the provisions thereof, on our investor relations website under the heading "Corporate Governance" at amazon.com/ir.

**Item 11.**    *Executive Compensation*

Information required by Item 11 of Part III is included in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**Item 12.**    *Security Ownership of Certain Beneficial Owners and Management and Related Shareholder Matters*

Information required by Item 12 of Part III is included in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**Item 13.**    *Certain Relationships and Related Transactions, and Director Independence*

Information required by Item 13 of Part III is included in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**Item 14.**    *Principal Accountant Fees and Services*

Information required by Item 14 of Part III is included in our Proxy Statement relating to our 2020 Annual Meeting of Shareholders and is incorporated herein by reference.

**amazon**

## Investor Relations

01 **Annual reports, proxies and shareholder letters**

02 **Quarterly results**

03 **SEC filings**

04 **Press releases**

05 **FAQs**

06 **Corporate governance**

07 **Officers and directors**

08 **Contact us and request documents**

09 **Events**

## Code of Business Conduct and Ethics

In performing their job duties, Amazon.com employees should always act lawfully, ethically, and in the best interests of Amazon.com. This Code of Business Conduct and Ethics (the "Code of Conduct") sets out basic guiding principles. Employees who are unsure whether their conduct or the conduct of their coworkers complies with the Code of Conduct should contact their manager or the Legal Department. Employees may also report any suspected noncompliance as provided in the Legal Department's reporting guidelines referred to in paragraph IX below.

Show All

**I. Compliance with Laws, Rules and Regulations**

Employees must follow applicable laws, rules and regulations at all times. Employees with questions about the applicability or interpretation of any law, rule or regulation, should contact the Legal Department.

II. Conflicts of Interest                                                                    +

III. Insider Trading Policy                                                                  +

**IV. Discrimination and Harassment**

Amazon.com provides equal opportunity in all aspects of employment and will not tolerate any illegal discrimination or harassment of any kind. For more information, see the Amazon.com policies on Equal Employment Opportunity and Workplace Harassment in the Amazon.com Owner's Manual.

V. Health and Safety                                                                        +

**VI. Price Fixing**

Employees may not discuss prices or make any formal or informal agreement with any competitor regarding prices, discounts, business terms, or the market segments and channels in which the Company competes, where the purpose or result of such discussion or agreement would be inconsistent with applicable antitrust laws. If you have any questions about this section or the applicable antitrust laws, please contact the Legal Department.

**VII. Bribery; Payments to Government Personnel**

Employees may not bribe anyone for any reason, whether in dealings with governments or the private sector. The U.S. Foreign Corrupt Practices Act, and similar laws in other countries, prohibit offering or giving anything of value, directly or indirectly, to government officials in order to obtain or retain business. Employees may not make illegal payments to government officials themselves or through a third party. Employees who are conducting business with the government officials of any country must contact the Legal Department for guidance on the law governing payments and gifts to governmental officials.

**VIII. Recordkeeping, Reporting, and Financial Integrity**

Amazon.com's books, records, accounts and financial statements must be maintained in appropriate detail, must properly reflect the Company's transactions and must conform both to applicable law and to the Company's system of internal controls. Further, Amazon.com's public financial reports must contain full, fair, accurate, timely and understandable disclosure as required by law. The Company's financial, accounting and legal groups are responsible for procedures designed to assure proper internal and disclosure controls, and all employees should cooperate with these procedures.

IX. Questions; Reporting Violations                                                         +

X. Periodic Certification                                                                   +

XI. Board of Directors                                                                      +

**XII. Waivers**

Waivers of this Code of Conduct may be made only in a manner permitted by law.

**amazon**

   

SHOP AMAZON.COM 

Mail Fraud Complaint form  AMAZON - JEFFREY BEZOS



THE FEDERAL LAW ENFORCEMENT AND SECURITY ARM OF THE U.S. POSTAL SERVICE

Mail Fraud Complaint form submitted successfully.      **12JAN2021**

Thank you for completing the form.

The information you provided will be entered into our national complaint system.

The U.S. Postal Inspection Service gathers data on mail-related crime to determine whether a violation has occurred. While we can't guarantee that we can recover lost money or items, your information can help alert Inspectors to problem areas and possibly prevent other people from being victimized. U.S. Postal Inspectors base their investigations on the number, substance, and pattern of complaints received from the public.

We ask you to keep all original documents related to your complaint. We will contact you ONLY if more information is needed.

     ACCESSIBILITY  |  FREEDOM OF INFORMATION ACT  |  PRIVACY POLICY  |  U.S. POSTAL SERVICE  |  1-877-876-2455

please forward this about pelosi

**People for life and freedom**
to People ▾

Jan 10, 2021, 5:33 PM (7 hours ago)

LOOKS LEGIT BUT UNVERIFIED



**Nancy Pelosi**
**Speaker of the House**

**August 27, 2020**

Mr. Ted Wheeler
1221 SW 4th Ave
# 340
Portland, OR 97204
Dear Mr. Wheeler:

I have seen your response to the riots in your city and I am
urging you to stick to the proven Democratic Play book.
I would like to review this with you now.
1: Deny there is a Problem. (Press will support this)
2: Refer to everything as peaceful and calm. (Press will help here also)
3: When all hell breaks loose, go on camera and show your support
for anybody breaking the law. (Press will praise you for this,
you will be a new hero, trust me).
4: When you can no longer keep any order "BLAME TRUMP!"
( I cannot over emphasize #4, This has worked every time we have
used it and again the Press has told me they will support and
fact check any claim we make!! THIS IS POLITICAL GOLD!!)
5: Go on Television and Condemn TRUMP and refuse any assistance!
We CANNOT give TRUMP any victory before the election!!!!

best wishes,

Nancy Pelosi

**NANCY PELOSI**
**Speaker of the House**

FROM <ref>https://ruplayers.com/tools/ynur0c-Xen9kgHk/john-dye-tribute.html</ref>

John Portrayed not only the Angel of Death but also Jeff Cutler during his life.
==REMEDY CHALLENGED IN USCA CASE #18-1816 for case 1:18-cv-00443== On
April 12, 2018 Jeffrey Cutler filed an Appeal in the USCA third circuit for case #1:18-cv-
00443 as a Plaintiff Intervenor. Mr. Cutler did this to stop the REMEDY from becoming
a Precedent that allows 4 Judges from unconstitutionally Amend the Pennsylvania
Constitution in 10 DAYS!! Mr. Cutler has a second case in the USCA # 17-2709 which
has been under review by a 3 Judge panel since Feb 15, 2018. It challenges the ability of
a single judge to issue a Remedy which KNOWINGLY violates the Pennsylvania
Constitution based on Perjured information by Brian Hurter, Amber Green Martin, and
Ralph Hutchinson and the FAKE NEWS MEDIA to lie to destroy the reputation of an
individual. Amber Green and Brian Hurter are accused of 190,000 counts of MAIL
FRAUD as part of case 17-2709 and cover-up MURDER of [[Jonathan Luna]] and others
with the aid of the FBI ([[Robert Mueller]], [[James Comey]], [[Andrew McCabe]], and
[[April Brooks]]). Unlike everyone else Mr. Cutler has STANDING which was granted
on August 14, 2015 for case 14-5183 in the DC court of Appeals, argued by [[Robert
Muise]] on May 12, 2015. On April 23, 2018 Mr. Cutler filed an INJUNCTION
PENDING APPEAL for case 18-1816 which is not being reported by any NEWSPAPER,
or other DRIVE-BY media and ACTIVELY censored by [[GOOGLE]] and other search
engines. On page 314A of case 17-2709 is the entire WRIT that went previously to the
Supreme Court to END OBAMACARE based on violations of the [[Establishment
Clause]]. MR. CUTLER HAS BEEN TARGETED JUST LIKE THE PRESIDENT
BASED ON PERJURED INFORMATION!! The [[Corollary]] to MAKE AMERICA
GREAT is GREAT PARENTS, MAKE GREAT KIDS, MAKE A GREAT
PRESIDENT..the way to Make America Great, MAKE MORE GREAT PARENTS!!
=====Injunction Pending Appeal===== On April 23, 2018 Jeffrey Cutler filed an
[[Injunction Pending Appeal]] for case # 18-1816. On April 25, 2018 THE USCA for the
third circuit issued an ORDER that specified that the heading for the case be changed to
"JACOB CORMAN in his official capacity as Majority Leader of the Pennsylvania
Senate; MIKE FOLMER; in his official capacity as Chairman of the Pennsylvania State
Senate Government Committee; LOU BARLETTA; RYAN COSTELLO; MIKE
KELLY; TOM MARINO; SCOTT PERRY; KEITH ROTHFUS; LLOYD SMUCKER;
GLEN THOMPSON; JEFFREY CUTLER is to be listed as an APPELLANT equal to all
other named Appellants in the case. On May 8, 2018 Jeffrey Cutler filed a motion to
dismiss Defendants claims for failure to follow orders of the court. On May 10, 2018
Jeffrey Cutler filed for an En Banc review of the Injunction and Order. The conclusion in
the case states "Plaintiff hereby requests that the court grant his Permanent Injunction and
enjoin the enforcement of the revised voting map, a new election date set using the
previously approved voting districts, bar all Pennsylvania judges from submitting
remedies which knowingly violate the Pennsylvania constitution, bar any further
enforcement of "Obamacare", remove all penalties from plaintiffs and bar the review of
documents seized and the suspension of further action in NY cases known as 1:18-cv-
03501 and 1:18-mj-03161KMW."

2 года назад



In The

# United States Court of Appeals

## for the Fifth Circuit

### 21-40001

LOUIE GOHMERT, et al.,
Plaintiff-Appellees

JEFFREY CUTLER
Intervenor Plaintiff-Appellee

v.

HONORABLE MICHAEL PENCE,
Defendants-Appellants

*Appeal from the Order/Assignment entered January  01, 2021 in the United States District Court for the Eastern District of Texas at No. 6:20-cv-00660*

# EMERGENCY EXPEDITED PETITION FOR HEARING

# ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES

# (18 U.S. Code § 1519 - Destruction, alteration, or falsification of

# records) & MAIL FRAUD AND TO COMBINE CASES FOR

# JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION

## ORAL ARGUMENTS REQUESTED

# We Have Received Your Message 》



**The White House** <noreply@contact.whitehouse.gov>        Jan 5, 2021, 1:25 PM (21 hours ago)    ☆    ↩
to me ▾



## THE WHITE HOUSE

### WASHINGTON

January 5, 2021

Thank you for contacting the White House. We are carefully reviewing your message.

President Donald J. Trump believes the strength of our country lies in the spirit of the American people and their willingness to stay informed and get involved. President Trump appreciates your taking the time to reach out.

Sincerely,

*The Office of Presidential Correspondence*

*If you wish to receive regular email updates from the White House, please Click Here. You may also follow President Trump and the White House on Facebook, Instagram, Twitter, and YouTube.*

White House Website | Privacy Policy | Contact the White House

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 06, 2021

      No. 21-40001    Gohmert v. Pence
                      USDC No. 6:20-CV-660

Dear Mr. Cutler,

Because you are not a licensed attorney, nor a party within the
case, we cannot accept "Petition for Hearing En Banc". Accordingly,
we take no action on your filing.  We direct your attention to the
decision of this court which held that a non-attorney cannot sign
nor file court documents on behalf of another. See *Weber v. Garza*,
570 F.2d 511 (5th Cir. 1978).

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Christina Rachal*

                        By: _____
                        Christina C. Rachal, Deputy Clerk
                        504-310-7651

cc:
      Mr. William Charles Bundren
      Mr. John V. Coghlan
      Mr. Lawrence John Joseph



Case 2:21-cv-00031-BJR  Document 39  Filed 01/27/21  Page 141 of 194
Case 4:20-cv-02078-MWB  Document 181-2  Filed 11/19/20  Page 47 of 72

Case 5:19-cv-00031-JLS-ER  Document 95  Filed 10/03/19  Page 40 of 45
Case 5:19-cv-00031-ER  Document 5  Filed 09/19/19  Page 26 of 110
Case 5:19-cv-00834-JLS  Document 95  Filed 09/12/19  Page 16 of 18

Case 2:17-cv-00984-TON  Document 44  Filed 07/17/17  Page 7 of 12
Case 2:17-cv-00187-PD  Document 131  Filed 06/26/17  Page 19 of 40
Case 2:17-cv-00137-PD  Document 100  Filed 06/21/17  Page 13 of 80



**Tax Collector**
**East Lampeter Township**
**2205 Old Philadelphia Pike**
**Lancaster, PA  17444**

**JUNE 20, 2017**

**JOSH SHAPIRO**
**Office of the Attorney General**
**Strawberry Square Harrisburg**
**Harrisburg, PA  17120**

**Re: PRIVATE CRIMINAL COMPLAINT – PERJURY, OBSTRUCTION OF JUSTICE**

**Dear Josh:**

Please consider the attached documents as a **PRIVATE CRIMINAL COMPLAINT.**
Brian Hurter, signed the attached verification on 07JUN2017, **ESSENTIALLY CLAIMING I
HAD FAILED TO TURN IN $ 66,400.00** and based on his **PERJURED TESTIMONY I**
was ILLEGALLY REMOVED FROM OFFICE.  He testified under oath on 17MAR2017 that
neither _he nor anyone in his staff ever audited_ the records of the Lancaster County
Treasurer.  Also the COMMONWEALTH COURT OFFICE has yet to record the 45 page
**NOTICE OF APPEAL.** I filed on 14JUN2017 and filed the first 3 pages in Federal Court on
15JUN2017.  Email ollewxx94vbc@gmail.com.

**Sincerely**

**Jeffrey C. Dyler**
**Tax Collector East Lampeter Township, Pennsylvania**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS,
### FORT WORTH DIVISION



TEXAS, et al.

      **Plaintiffs**

)
)
)
)
)
)

**JEFFREY CUTLER**

    Intervenor-Plaintiff

)
)
)
)
)

**CASE NO. 4:18-cv-00167-0**

        V.

**UNITED STATES OF AMERICA, et al.**

    **Defendants**

**CALIFORNIA, et al.**

    Intervenor-Defendants

)
)
)
)
)
)
)
)
)
)
)

**JURY TRIAL DEMANDED**

## MOTION FOR RECONSIDERATION OF MOTION TO CHANGE VENUE
## FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO
## PENNSYLVANIA
## AND COMBINE CASE WITH 5:19-cv-00834

In The

# United States Court of Appeals

## for the Fifth Circuit

### 21-40001

LOUIE GOHMERT,et al.,
Plaintiff-Appellants

JEFFREY CUTLER
Intervenor Plaintiff-Appellant

v.

HONORABLE MICHAEL PENCE.
Defendant-Appellee

*Appeal from the Order/Judgment entered January 01, 2021 in the United States District Court for the Eastern District of Texas at No. 6:20-cv-00660*

## AMMENDED & CORRECTED EMERGENCY EXPEDITED

## PETITION FOR HEARING ENBANC AND INJUNCTIVE

## RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 -

## Destruction, alteration, or falsification of records) & MAIL FRAUD

## AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND

## SUMMARY AFFIRMATION

## ORAL ARGUMENTS REQUESTED

Here comes Jeffrey Cutler, Paintiff-Intervenor in this case based on the United States Constitution Ammend 1, for Redress of Grievances and preservation of the Establishment Clause, Mr. Cutler files **THIS AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION**, to correct for new crimes and **OBSTRUCTION of JUSTICE** discovered, originally filed 14DEC2020 and hidden. The previous document in this case 21-40001 was altered by persons unknown to protect the **CRIMES** of the **FBI/CIA** and **KLU KLUX KLAN**. It also shows **BIAS** and **MALICIOUS** intent to violate **EQUAL TREATMENT** under the law, a violation of the United States Constitution **Ammend 5**. Jeffrey Cutler has **STANDING** and it was granted by the **USCA in DC** on **14AUG2015** for case **14-5183** , and **ORDER** does not **EXPIRE**. Mr. Cutler was granted the **RIGHT** to challenge the **ESTABLISHMENT CLAUSE** by the court and has been trying to pursue his first ammendment right to **PETTION THE COURT FOR REDRESS OF GRIEVANCES**. Recently in case # 1:17-cv-05228 Judge Nicholas G. Garaufis (Eastern District of New York) SIMPLY STATED MR. CUTLER IS NOT PART OF THE CASE AND VIOLATED EQUAL PROTECTION UNDER THE LAW AND HAD THE DOCUMENT RETURNED WITH NO RECORD ON THE DOCKET EVEN THOUGH JOSH SHAPIRO (a

Sonderkommando, elector for Joe Biden and the current Attorney General of Pennsylvania) IS ON THE DOCKET.  Mr. Cutler is being denied **MEDICARE** part **B** coverage while the order in this case grants that coverage immediately to **NON-CITIZENS** even though when **DACA** was set up the president **OBAMA** **publically** stated the program was **ILLEGAL**.  These persons are being **GRANTED EXTRA RIGHTS**.  Mr. Cutler a natural born citizen presently 66 years old and second generation American and **JEWISH**, eligable to be President or **Speaker of the House**. In case 20-2936 ECF 29 page 169 Mr. Cutler filed a copy of the order from Mr. Torres  dated **12APR2018** that all voting methods must have a **HARD COPY RECORD AVAILABLE** filed 20OCT2020, as part of funding from the FEDERAL GOVERNMENT!!   The laws were altered in Pennsylvania to provide **DROP BOXES** that failed to have this provision.  Mr. Cutler had stated these ballots violated the states **OWN** order, and a judge should decide their they are **ILLEGAL**, just like the term that may presently describe the sick bird Philadelphia football team **ILL** **EAGLE**.  The **Citizens of the State** of **New York** and may have been violated by equal protection 03JAN2021 based on possible bribes or collusion to **LOOSE** the football game due to substitution of the Quarterback, so the GIANTS were not able to be in the playoffs, the coach has since been terminated.  On 13JAN2021 at 4:10 PM, a 321 Page **AMMENDED & CORRECTED EMERGENCY EXPEDITED PETITION FOR HEARING ENBANC AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or**

**falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY AFFIRMATION** in Philadelphia USCA case 20-1422, which was prior to the vote of the SNAP IMPEACHMENT with NO abillity of the president to present any witnesses or other **EXCULPATARY** evidence  This was equivalent of a **HIGH TECH LYNCHING** (to quote Clarence Thomas) just like Mr. Cutler was subjected. The comments of the president were selectively **EDITED** to remove the word **peaceful**, and the concept this speech incited the riot is contradicticted by reports that the FBI knew about activities for over a month (the document is contained in the Addemdum).  This impeachment as fair was as true and correct as the attack on 11SEP2012 when [[Susan Rice]] stated "But our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous -- not a premeditated -- response to what had transpired in Cairo. In Cairo, as you know, a few hours earlier, there was a violent protest that was undertaken in reaction to this very offensive video that was disseminated."

On 22JUN2020 a PETITION FOR IMMEDIATE INJUNCTION PENDING APPEAL was finally put online in case 20-1449 even though it was actually filed on 20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA v. JOESEPH JOHNSON.  The office of the president responded to this by 21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020 demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov

</ref> Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tracking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by MAIL makes

them all a  party to the CONSPIRACY to INTERFERE IN INTERSTATE

COMMERCE and MAIL FRAUD.  On 30SEP2020 at 12:42 PM (RESTAMPED

05OCT2020) Jeffrey Cutler filled a 571  Page PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936. On 15OCT2020 at 12:42 PM

Jeffrey Cutler filled a 194  Page AMENDED PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936 On 19OCT2020 Jeffrey Cutler

filled a 244  Page ERATTA FOR AMENDED PETITION TO COMBINE CASES

FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18 U.S.C. § 653 MISUSE

OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES), AND

SUMMARY AFFIRMATION  USCA CASE 20-2936 On 28OCT2020 at 1:38 PM

Jeffrey Cutler filed a PETITION FOR ENBANC REVIEW of PETITION TO

COMBINE CASES  FOR JUDICIAL EFFICIENCY BECAUSE OF CRIMES (18

U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER

CRIMES), AND SUMMARY AFFIRMATION AND PEREMTORY

DISQUALIFICATION OF ALL JUDGES OF THE THIRD CIRCUIT AND MOVE

TO FIFTH CIRCUIT. On 12NOV2020 at 3:56 PM Jeffrey Cutler filed a PETITION

TO COMBINE ADDITIONAL CASES BEFORE  ENBANC REVIEW BECAUSE

OF ADDITIONAL CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records)  FOR JUDICIAL EFFICIENCY  in USCA case 20-2936

On 23NOV2020 AT Jeffrey Cutler filed a199 page PETITION FOR INJUNCTIVE

RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or

falsification of records) AND TO COMBINE CASES FOR JUDICIAL

EFFICIENCY AND SUMMARY AFFIRMATION IN CASE 20-3371 IN PERSON

IN PHILADELPHIA AT 3:45 PM. THIS IS the appeal of DONALD J. TRUMP FOR

PRESIDENT INC., et al. v. KATHY BOOKVAR, et al. case 4:20-cv-02078. Mr.

Cutler filed a 322 MOTION TO DECLARE DONALD J. TRUMP, INC.

VICTORIOUS FOR INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S.C. §

1519 – Destruction, alteration, or falsification of records, MAIL FRAUD, AND

OTHER CRIMES), COMBINE CASES FOR JUDICIAL EFFICIENCY AND

SUMMARY JUDGEMENT and it is time stamped 19NOV2020 case case number

4:20-cv-02078.  Even though it is on 322 page document it was put on the DOCKET

as ECF 180 and ECF 181.  Both of these documents are available via the internet at

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.180.0.pdf
</ref>

<ref> https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf
</ref>

Mr. Cutler has written in the document that COVID-19 is BIO-WARFARE FROM

CHINA AIDED BY BRIBES AND CORRUPTION AROUND THE WORLD. A

COPY WAS EMAILED TO OVER 200 PERSONS AND NEWS

ORGANIZATIONS, INCLUDING RUDY. BASED ON MR. CUTLER'S

VALIDATION EXPERIENCE HE THINKS THAT THE TESTING

COMPONENTS MAY BE TAINTED and actually causing increase in COVID-19.

This is based on PREVIOUS actions by CHINA.

<ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm </ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>

18 U.S. Code § 1519 - Destruction, alteration, or falsification of records involving

ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW

EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same

programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref> <ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-presidential-election/2507101001/</ref> PER USCA CASE 17-1770 **JOE BIDEN** IS INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. THE 199 PAGE DOCUMENT FILED 23NOV2020 AT 3:45 PM VANISHED IN FEDERAL COURT!!

On 31DEC2020 Jeffrey Cutler at 11:11 AM he filed a 383 PAGE MOTION FOR SUBSTITUTION OF JUDGE AND MOTION FOR RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) & MAIL FRAUD AND TO COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY JUDGEMENT in the UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK CASE #1:17-cv-05228 (STATE OF NEW YORK v. DONALD J. TRUMP) AS AN INTERVENOR DEFENDANT.On page 46&47 of USCA case **20-2936** filed 12NOV2020 (55 & 56 of ECF 181 case 4:20-cv-02078) is documented evidence of (18 U.S. Code § 1519 - Destruction, alteration, or falsification of records) involving ECF 33 filed 28OCT2020. Mr. Cutler believes the same technique used in the VW EMISSIONS SCANDAL WAS USED TO ALTER VOTES and possibly by the same programmers <ref>

https://www.nytimes.com/interactive/2015/business/international/vw-diesel-emissions-scandal-explained.html</ref>

<ref>https://www.ydr.com/story/news/politics/elections/2019/11/06/how-pa-fix-paper-ballot-voting-problems-before-2020-

presidential-election/2507101001/</ref> PER USCA CASE 17-1770 JOE BIDEN IS

INVOLVED IN DEALING IN STOLEN NAZI ART FROM WWII. Mr. Cutler

previously had filed copies of documents from case 19-11466 (Bankruptcy of

PHILADELPHIA ACCADEMIC HEALTH SYSTEM- HAHNEMANN HOSPITAL

), in ECF 66 case 5:19-cv-00834 filed 14AUG2020 ( documents vanished,  see pages

23, 53 & 60). Mr. Cutler had desired to keep the hospital open since he had been a

previous grad of DREXEL UNIVERSITY.  In fact he had talked to 2 of the bidders

for the Hospital that wanted to KEEP IT OPEN as a  running HOSPITAL and offered

funds from the DEFAULT JUDGEMENT FROM BRIAN SIMMS.  Tom Wolf, the

mayor of Philadelphia, and Brian Simms all gave speeches that were covered by the

media, but everything Mr. Cutler did was censored.  Mr. Cutler was prevented from

atteding hearings at the law office of Saul Ewing while reporters were allowed to

attend at the law office of Saul Ewing (he was asked to leave by security, and

Philadelphia Police).  Mr. Cutler previously had contested the states order that they

could redistrict (**USCA Case 18-1816**) via a method that gave the court this power

even though it **VIOLATED THE PENNSYLVANIA CONSTITUTION** and

allowed it to be **ammended in 10 days**, <ref> https://www.brennancenter.org/legal-work/corman-v-torres

</ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref> and conceal the

MURDER of employee of the Federal Government with the aid of the [[FBI]].  Mr.

Cutler a former **ELECTED TAX COLLEC**TOR in November 2013 and has been

trying to clear his name based on **PERJURED** testimony 18 U.S.C. § 1001, bank

robbery by others, insurance fraud on 17MAR2017 and a challenge to

OBAMACARE on 31DEC2013 (case 1:13-cv-2066 in Washington, DC). Mr. Cutler

was granted the right to challenge OBAMACARE by the USCA in Washington, DC

on 14AUG2015. Mr. Cutler has filed in many cases and has caught persons

obstructing justice like in case 20-5143 (USCA Washington, DC), **Nancy Dunn**

stated she discarded all the documents and **OBSTRUCTED JUSTICE**. Many cases

involve unopposed motions. Priority mail tracking number #9510 8066 2091 0225

1534 23. A document sent to the Supreme court on 30NOV2020 at 4:28 PM used

Express Mail, tracking number EJ5050342510S and vanished also, just like previous

documents in federal court. In case # ON 07DEC2020 JEFFREY CUTLER FILED

VIA NEXT DAY MAIL (EJ505033021US) A 315 PAGE MOTION FOR

RECONSIDERATION AND INJUNCTIVE RELIEF BECAUSE OF CRIMES (18

U.S. Code § 1519 - Destruction, alteration, or falsification of records)  AND TO

COMBINE CASES FOR JUDICIAL EFFICIENCY AND SUMMARY

JUDGEMENT IN CASE 1:17-cv-05228 (STATE OF NEW YORK v. DONALD J.

TRUMP AS A Intervenor Defendant.  [[DACA CASE CITING EQUAL

TREATMENT UNDER THE LAW- first 59 pages of 315 attached in the

Addendum]]  ON PAGE 67 IS EVIDENCE OF ELECTORAL FRAUD AND

DONALD TRUMP VICTORY IN PENNSYLVANIA. ORIGINALLY FILED AS

PAGE 169 (P320) USCA CASE 20-2936 (COUNTY OF BUTLER, et al. v. THOMAS

WOLF,  et al.).  Even though the document IN CASE 1:17-cv-05228 was recieved on

08DEC2020 AT 10:56 AM, it has yet to be put on the DOCKET, despite multiple

claims by the clerks.  Josh Shapiro (a **SONDERKOMMANDO**) is part of the case in

New York,  and a MAIL FRAUD complaint has been submitted for his previous

actions and BASED ON A STORY ON PAGE B2 09DEC2020 PHILADELPHIA

INQUIRER, AG SHAPIRO IS GUILTY OF MAIL FRAUD BASED ON

RESPONSE AND FILINGS OF LETTER SENT JUNE 20, 2017 PAGE 59 OF A

315 **PAGE MOTION FOR RECONSIDERATION**.  Since he is part of the

**ELCTORAL COLLEGE** in Pennsylvania, his vote for Joe Biden will also be a

**CONSPIRACY** to commit **MAIL FRAUD** with the other electors and is also

**AIDING AND ABETTING in concealing the MURDER of a BLACK**

**FEDERAL EMPLOYEE** (and they are violating **18 U.S.C. § 3** Accessory after the

Fact MURDER of Jonthan Luna).   In a previous case in Pennsylvania Judge

Clarence C. Newcomer ruled that the Democratic campaign of William G. Stinson

had stolen the election from Bruce S. Marks in North Philadelphia's Second

Senatorial District through an elaborate fraud in which hundreds of residents were

encouraged to vote by absentee ballot, a form of MAIL FRAUD.  On many of the

ballots, they used the names of people who were living in Puerto Rico or serving time

in prison, and in one case, the voter had been dead for some time.

"Substantial evidence was presented establishing massive absentee ballot fraud, deception, intimidation, harassment and forgery," Judge Newcomer wrote in a decision made public.  <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, <ref> https://www.nytimes.com/1994/02/19/us/vote-fraud-ruling-shifts-pennsylvania-senate.html </ref>.  Even though the judge is named as part of the complaint filed for case #1:20-cr-00165 for MAIL FRAUD, someone else could be the real culprit.  Judge Jeffrey Schmehl in case 2:17-cv-00984 (Appeal 17-2709) specifically ruled that **FAILURE TO SERVE** was a reason to deny ALL motions by Mr. Cutler.   It was established that ALL parties **FAILED TO EVEN ATTEMPT TO SERVE ALL PARTIES**.  The same judge has shown BIAS and **MALICIOUS** intent to violate EQUAL TREATMENT under the law, a violation of the United States Constitution **Ammend 5**, in an effort to violate Mr. Cutler's right to redress of grievances and as a violation of 18 U.S.C. § 3 accessory after the Fact MURDER of Jonthan Luna ( a BLACK employee of the FEDERAL GOVERNMEMT). The same persons that **MURDERED** **Luna** based on the injuries may be the same individuls in a Louisiana town of Baldwin that are responsible for the death of **Quawan "Bobby" Charles**.  A  mail fraud complaint has been filed against Judge Schmehl for his opinion in the case, for making **PERJURED STATEMENTS BY MAIL**, (18 USC § 1001) and an effort to protect parties that defaulted as well as both insurance companies and their lawyers making false statements by mail in denying claims.  Mr. Cutler believes he should be included in this case because the Safehouse activity would lower the property values

all over Philadelphia and Pennsylvania and allow illegal drugs to become even more readily available.  This would set a standard for **CHINA** to attack the United States even further.  The DemoNcrats have pushed for the lowest common demoninater of activity and depavity to destroy this Republic, and destruction of **GOD** in favor of the **STATE**.  This **WORLDWIDE** attack based on payments and corruption this court **MUST** deny them the chance to succeed and promote **DRUG DENS** in Philadelphia. On 13MAY1985, then district attorney **Ed Rendel** allowed **FIVE CHILDREN** to be **CREMATED ALIVE**, based on BOMBs furnished by the [[**FBI**]], as a form of eviction.  Midge Rendel has **failed** to **RECUSE** from 18-3693.

Statements by Jason Confair (Manhiem Township) and Robert DiDominicis (Haverford Police) fail to serve Mr. Cutler in their latest filing (ECF 41 and ECF 50). Mr. Cutler believes this constitutes a **CONSPIRACY** to conceal the murder of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**.  Mr. Cutler had stated that he believed that the **MURDER of  JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help persons of the **FBI**.  Mr. Cutler based on his past jobs & training that the COVID-19 pandemic is **BIO-WARFARE** against the world from **CHINA** and **CORRUPT OFFICIALS** & **CORRUPT MEDIA**. Based on his previous contracts in **VALIDATION** for **MERCK** , **BAXTER**, **J&J** etc. GMP training and the only **609** cases and **7 deaths** in **TAIWAN** as of

**20NOV2020**, **THAT THE TESTING COMPONENTS MAY BE TAINTED** and actually causing increase in COVID-19.  This is based on PREVIOUS actions by **CHINA**.  <ref>https://www.govinfo.gov/content/pkg/CHRG-110hhrg53183/html/CHRG-110hhrg53183.htm</ref>

<ref> https://www.nytimes.com/2008/03/06/health/06heparin.html</ref>

<ref>https://www.latimes.com/archives/la-xpm-2008-mar-20-na-fda20-story.html</ref>

<ref>https://en.wikipedia.org/wiki/2007_pet_food_recalls </ref>.  Based on these facts, the current non-binding mandate from the Dr. Levine and others in other STATES may be trying to increase the number of cases, to **HARM** the **UNITED STATES** based on bribes and TREASON by mostly DemoNcrats and some Republicans posing who are RHINO's.

Every Public Health official that fails to recommend mass Pneumonia vaccinations is complicit in the deaths in the United States.  Although **Thanksgiving** is not a religious holiday, many people say a prayer before the meal and therefore the restrictions on **Thanksgiving** is a **VIOLATION** of the **ESTABLISMENT CLAUSE**, also since it tries to limit prayer services in PA. ,  **INTERFERENCE IN INTERSTATE COMMERCE**, and the order also violates **EQUAL PROTECTION** since commuters are exempt in Pennsylvania.   Forced testing without a court order violates the FIRST Amendment, just like you cannot be forced to give a DNA sample.  Mr. Cutler owns stock in Merck, which manufactures PNEUMOVAX23, and the actions of Dr. Levine have depressed the value of the company, and should be prosecuted just like Martha Stewart was charged and put in

prison, but also pushing sales at AMAZON.  On 17JUL2020 **TOM WOLF** issued a

**DECREE** that **LEBANON COUNTY** cannot get about 12.8 million directed to the

county via the **CARES** act and **VIOLATED 18 U.S.C. § 653**, misuse of federal

funds and Equal Treatment Under the law (**Ammend 14**), since LANCASTER

COUNTY did the exact same thing.  <ref>

https://pittsburgh.cbslocal.com/2020/07/22/lebanon-county-sues-governor-tom-wolf/ </ref>  On

or about 14AUG2020 Tom WOLF reversed himself but dictated that Lebanon

County MUST use 2.8 million of the CARES act funding for MASK

ADVERTISING in direct support of Joe Biden's campaign focus <ref>

https://papost.org/2020/08/14/reversing-course-wolf-releases-cares-act-funding-to-lebanon-

county/ </ref>, which is  five years since the USCA in Washington ruled Mr. Cutler

had the right to Defend the Establishment clause (case 14-5183) and 75 years since

VJ day of WWII.  DR. FAUCCI,  KRISTEN WELKER and Persons of the CDC

have LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU

& COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>. They are called

**PNEUMOVAX23** and **Prevnar13** which are the PRIME COMPLICATION TO

THE COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots</ref>. KRISTEN

WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. On

22JUN2020 a PETITION FOR IMMEDIATE INJUNTION PENDING APPEAL

was finally put online in case 20-1449 even though it was actually filed on

20MAY2020 at 4:10 PM.. The case is called the UNITED STATES OF AMERICA

v. JOESEPH JOHNSON.  The office of the president responded to this by

21MAY2020.  The president gave a short NEWS CONFERENCE on 22MAY2020

demanding all places of worship be allowed to open.  Employees of the federal

government and others have been involved in a criminal conspiracy to **OBSTRUCT**

**JUSTICE** and damage the United States.  In case #20-5143 DC USCA Nancy Dunn

obstructed documents mailed and sent to  <ref> prosefilings@cadc.uscourts.gov </ref>

Mr. Cutler had sent a 330 page document on 17JUL2020 but that document

vanished, just like the white bunny HARVEY, who is invisible in the picture of Mke

Pence with his bunny Marlon Bundo on 16NOV2020 on the front page of the

Philadelphia Inquirer.   The USPS tacking number 9510 8141 4908 0199 0615 60 is

not reporting results.  The lawyers in sending Mr. Cutler the letters by **MAIL** makes

them all a  party to the **CONSPIRACY** to **INTERFERE IN INTERSTATE**

**COMMERCE**.   Mr. Cutler's brother FRED had recently got a job as an USHER

for the PHILADELPHIA PHILLES for the 2020 season, but because of the

**CONSPIRACY** to close the states there will be no live viewing of games this

season.  Mr. Cutler's brother and approximately 69 MILLION other people

(approximate attendence of 2019 baseball season) have been denied the **RIGHT of**

**PURSUIT  OF HAPPINESS** as is part of the **DECLARATION OF**

**INDEPENDENCE**.  Thomas Wolf and Jim Kenney have allowed almost

unrestricted protest marches with POLICE escorts, but cancelled other parades and

events.   Mr. Cutler had proposed an option to have games played in every city.  As stated by Judge James C. Dever III ruling 16MAY2020 there is **NO PANDEMIC EXZEMPTION IN THE CONSTITUTION**.  The news media in concert with individuals in the DEMOCRATIC party have and some that pretend to be REPUBLICANS have conspired to impact the UNITED STATES. Mr. Cutler filed a complaint with the OIG of PBS/NPR on 10SEP2020 for 18 USC § 653-MISUSE OF FEDERAL FUNDS FOR NOT REPORTING THIS STORY OR CASE.  **THIS IS A CRIMINAL MATTER.  The NEWS MEDIA AND OAGs ARE AIDING AND ABETTING in concealing the MURDER of a BLACK FEDERAL EMPLOYEE** just like Cecily Aguilar, 22 has been charged (and they are violating 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan Luna).  The Employee is Jonathan Luna <ref> https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref> https://en.wikipedia.org/wiki/Beranton_Whisenant </ref> Justin Zemser and Sean Suitter.  The recent murder of Roy Den Hollander in New York for challenging the news media (case 1:16-cv-06624) is just another crime concealed from the public.That case is included by reference and joined to this one.   The crime-fraud exception was first recognized in the United States over one hundred years ago, and the policy behind it is well-defined. (The crime-fraud exception was first recognized in the United States in Alexander v. U.S., 201 U.S. 117, 121 (1906).) The legal community does not deem discussions concerning future wrongdoings, such as fraud, that occur during an attorney-client communication worthy of protection. Id.

at 562–63.  While the practice of law encourages full and frank communications between the attorney and client, only communications concerning past wrongdoings are protected.  Mr. Cutler had previously been elected to Public Office as the TAX COLLECTOR of East Lampeter Township, Lancaster County Pennsylvania, based on an Election in November 2013. and took the Oath of OFFICE prior to his first day on the job, on 06JAN2014. Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  Mr. Cutler was removed from Office after 27 months based on **PERJURED TETIMONY**, and a **CONSPIRACY TO COMMIT MAIL FRAUD** and **BANK ROBBERY**.  In Manhiem township Patricia Kabel (elected the same year as Mr. Cutler) was harrased in a similar manner was equally harrased in court and the township spent about 160,000 of taxpayer money to make her leave office.  <ref>

https://lancasteronline.com/news/local/commonwealth-court-denies-manheim-township-school-districts-appeal-in-long-running-tax-collector-case/article_127508cc-c2e5-11ea-864a-8b754638d23f.html </ref>Based on these actions Mr. Cutler investigated the parrties involved and tried to have a **FEDERAL JURY TRIAL** to clear his name. Since he found no law firm would represent him based on contacts with the FBI or law enforcemnt.  The lancaster county treasurer was apponted to replace Mr. Cutler in the collection of taxes and never had a surety bond until 18JUL2018 <ref> https://lancasteronline.com/news/local/lancaster-county-treasurer-without-

insurance-for-millions-in-tax-dollars/article_ef5b90bc-89d5-11e8-8ace-77712e721cba.html </ref> No Prosection

of the treasurer was ever instituted, a clear violation of **EQUAL TREATMENT**

On 20MAY2020.   Mr. Cutler won a motion for reconsideration in the court based

on EQUAL TREATMENT under the law in this court (case # 1:17-cv-01740

06NOV2017), but the judge failed to award any compensation as requested and the

clerks removed one defendant from the case an tampered with the document.

Pennsylvania has previously had a number notorious crimes of public employees

<ref> https://en.wikipedia.org/wiki/Kids_for_cash_scandal </ref> (including judges Mark Ciavarella &

Michael Conahan) convicted of  federal crimes that resulted in convictions.  Mr.

Cutler filed for an **IMMEDIATE INJUNCTION PENDING APPEAL FOR**

**ALL** juridictions of the United States, based on the ruling in case **# 4:20-cv-00081**

in the United States District Court for the Eastern Ditrict of North Carolina on

16MAY2020 by Judge James C. Dever III.  Since Governor Roy Cooper has made

public statements that he does not intend to appeal, this is settled law.  Mr. Cutler

had filed a Petition to DENY the Motion For Summary JUDGEMENT and to

consolidte related cases of religious discrimination by the government in case USCA

20-1805 on 14MAY2020 and the document and was not put online until

20MAY2020.  The document filed by Brian L. Calistri on May 8, 2020 contains

some perjured statements and since it was sent by mail constitues Mail Fraud and

Perjury  (18 USC § 1001) and constitutes a **CONSPIRACY** to conceal the murder

of a Federal Employee found on 04DEC2003 (**Jonathan Luna**) , by persons in the

governments (both federal and state) and also the murder of five children on May 13, 1985 as a form of Eviction with the aid of persons in the **FBI**, by furnishing the bombs.  Mr. Cutler had stated that he believed that the **MURDER of JONATHAN LUNA** was carried out by the **KLU KLUX KLAN**, and concealed with help of the **FBI**.  The judge dismissed the case even though 5 parties defaulted and were properly served.  Based on ECF #5 in case # 2:17-cv-00984 by the late Thomas O'Neill, Mr. Brian L.Calistri's  motion failed to notify the parties that have defaulted in this case and therefore should have been **DENIED**.  Mr. Cutler had made a complaint by mail to the DA office in Lancaster County, Pennsylvania and York, County Pennsylvania.  Mr. Cutler had also filed a motion to intervene on 22SEP2019 in the case of Tami Levin in federal court case 2:19-cv-03149 (ECF 5) which named **DA Larry Krasner** as a Defendant in the case.  Mr. Cutler also filed a response to the motion filed in oppoition on 25SEP2019.  Even though the document filed on 25SEP2019 contained evidence of **OBSTRUCTION OF JUSTICE** and **VIOLATIONS of EQUAL PROTECTION**, Judge Eduardo C. Robreno issued an order on 09OCT2019 which not only denied Mr. Cutler's right to intervene but also violated the United States Constitution **Ammend 1**, by making a **THREAT BY MAIL** if Mr. Cutler filed any additional motions in the case, limiting Mr. Cutler's right to **PETITION THE GOVERNMENT FOR REDRESS OF GRIEVIENCES**.  Tami Levin was replaced by **Movita Johnson-Harrell** who pleaded guilty to the theft of approximtely half million dollars.  Mr.Cutler had filed

objections to  limit the power of the Tom Wolf to classify that religion as a **NOT a LIFE SUSTAINING activity** in the Commonwealth of Pennsylvania.  Mr. Cutler filed his first lawsuit on 31DEC2013 regrding violations of Religious Freedom as case number **1:13-cv-02066**.  He was granted the right to challenge OBAMACARE in Appeal as case **14-5183** on **14AUG2015** for violations of the **ESTABLSHMENT CLAUSE**.  To this end Mr. Cutler filed documents in case 4:18-cv-00167-0 to transfer it to Pennsylvania, but it was DENIED 21JAN2020.  Mr. Cutler filed an Appeal for the order on 04FEB2020 in the **United States Court of Appeals Fifth Circuit**.  When that was illegally ignored. Mr. Cutler filed documents in Pennsylvania.  Mr. Cuttler had requested that district court case number  4:20-cv-0064 in the United States District Court for the Northern District of Mississippi **[TEMPLE BAPTIST CHURCH et al. v. CITY OF GREENVLLE et al.**], and case number  1:20-cv-00323 in the United States District Court for the Western District of Michigan [**KIMBERLEY BEEMER et al. v. GRETCHEN WHTMER et al**.] and case number  1:20-cv-01130 (Mr. Cutler had a typing error and previously wrote 1:20-cv-01120) in the United States District Court for the District of MARYLAND, BALTIMORE DIVISION [**ANTIETAM BATTLEFIELD KOA et al. v. LAWRENCE J. HOGAN et al**.] are also cases that should be part of this consolidation.  All charges in each case should be included by reference for all civil cases as if they are filed with this filing, for **JUDICIAL EFFICIENCY**.  Judge Catherine C. Blake of Maryland had one of the documents returned, obstructed

justice, and violated 18 U.S.C. § 3 Accessory after the Fact MURDER of Jonthan

Luna, on 03JUN2020 (birthday of Jefferson Davis after it was stamped in on

01JUN2020) after the office of AG in Maryland had responded to Mr. Cutler. Mr.

Cutler has previously called Mr. Wolf a member of the **KLU KLUX KLAN** in

documents related to this case in federal court. <ref> https://forward.com/fast-

forward/444442/nj-man-accused-of-ordering-attacks-on-synagogues-released-from-jail/ </ref>Despite Mr.

Cutler filing a request with the state prior to the end of the **WAIVER** deadline that

**ALL BUSINESSES** in Pennsylvania be considered **LIFE SUSTAINING** , Mr.

Cutler has never heard back about his request until 12MAY2020.  Mr. Wolf also

NOW has a **NEW** group to **TRACK** everyone in **PENNSYLVANIA** that has the

COVID-19 virus or other secrect police duties.  Based on the case of the aids law

project tracking people that have one type of virus is unconstitutional, and exposing

their idenity is equally unconstitutional.  The concept of EQUAL PROTECTION

UNDER the LAW is a cornerstone of both the United States Constitution and the

Commonwealth of Pennsylvnia. Based  on the story about Mike Du Toit of South

Africa <ref> https://www.dailymail.co.uk/news/article-2478889/White-supremacist-Mike-du-Toit-plotted-kill-

Nelson-Mandela-jailed.html </ref>  the **BOEREMAG** was just another name for **KLU**

**KLUX KLAN**.  Also Tom Wolf made statements that said that people cannot be

evicted until July yet in there are 6 pges of Legal Notices in the Inquirer on

**07MAY2020**  that use **WRIT OF EXECUTION** to **sieze property**.  Recently in

New York white police officers were beating a BLACK MAN for failing to practice

social distncing (neither police officer was wearing a mask), and they should be prosecuted for violating the same law that they were alledgely enforcing.  It is notable that Wikipedia has **SCRUBBED** **Mike Du Toit** from their records (effectively trying to rewrite history).  Taiwan is about 100 miles from CHINA, yet has less than ten deaths and 500 confirmed cases.  In the Appeals for the Fifth Circuit the Order from the United States Northern District of Texas dated January 16, 2020 denying Plaintiff's MOTION FOR RECONSIDERATION OF MOTION TO CHANGE VENUE FOR CASE 4:18-cv-00167-0 FROM STATE OF TEXAS TO PENNSYLVANIA AND COMBINE CASE WITH 5:19-cv-00834 , and the motion denying Plaintiff's motion of December 30, 2019.   The current order from that court is in error since the USCA order of  December 18, 2019, remanded the case back to District Court and for further disposition and was unopposed and is still unopposed.  Mr. Cutler had previously filed a document by MAIL on March 1, 2019 but it was illegally discarded.  He then filed on 07MAR2019 in person (Document 00514863727) , and it was put online March 7, 2019.  The office of the clerk decided it would be ignored.   Mr. Cutler filed a NOTICE OF APPEAL on 27JAN2020, (Document 00515289904  International Holocaust Remembrance Day), and it was only put online when Mr. Cutler informed the **Deputy Clerk Mary Francis Yeager** that she was violating Mr. Cutler's civil rights.  It was put online January 29, 2020. A violation of EQUAL PROTECTION by employee of the federal government, which treated the two documents differently and potentially hid

the document from the review of the judges considering an ENBANC review.  Mr.

Cutler subsequently filed a PETITION FOR ENBANC HEARING AND TO

TRANSFER RESIDUAL CASE TO PENNSYLVANIA AND COMBINE WITH

CASE 5:19-cv-00834, this document was put online as document number

00515298284 on 04FEB2020, the same date it was filed in court.  In the case both

**Deputy Clerk Mary Francis Yeager** and **Deputy Clerk Roeshawn Johnson**

denied the petition.  This violated the United States Constitution Ammend 1 and  5.

It also also violates Mr. Cutler's rights under the Sixth Amendment of the

Constitution.   Mr. Cutler then on 04MAR2020 filed a 380 page document in this

case (2:19-cr-00367).  Within 24 hours of the filing Mr. Cutler got a threat by phone

from an unidentified individual about the filing.  On 06MAR2020 Mr. Cutler filed a

nine page correction to the document previously filed. When the document was

downloaded from the federal pacer system it was devoid of any markings.  On

12MAR2020 Mr. Cutler filed a MOTION TO VACATE ORDER DENYING

ORDER OF RECONSIDERATION – ON 04MAR2020 FOR  IMPROPER

SERVICE – BRADY VIOLATION AND COMBINE WITH CASE NUMBER

2:20-cv-00735 (GRANT v. PHILADELPHIA) AND 4:18-cv-00167-0 FROM THE

NORTHERN DISTRICT OF TEXAS AND DEFAULT JUDGEMENT.  At that

time Mr. Cutler used the terminal in the Federal Courthouse to view some dockets.

In case 2:19-cr-00367 Mr. Cutler noticed the copy of the document  (ECF 99) **NOW**

was properly marked.  Based on this Mr. Cutler printed a second copy of the

document.  Based on Elouise Pepion Corbel et al. v.  Gale v. Norton, et al. (03-5262, 03-5314).  Mr. Cutler requested the district court cases  be consolidated in Pennsylvania and  deliberations allowed on an expedited basis since they both involve related issues and the Supreme Court previously has indicated they will not consider the case this term, even though oral arguments were already made.  This court had allowed the House of Representatives to be an Intervenor. The petitioner, Jeffrey Cutler, acting pro se, respectfully previously identified that the speaker of the house of representaives, in her official capacity, as the speaker of the House of Representatives (and former resident of Baltimore, Maryland).

This is the same city that **Johnathan Luna** on 03DEC2003 (a black federal employee) left his office at approximately 11 PM and was found dead the next morning (**04DEC2003**)in Lancaster County, Pennsylvania with 36 stab wounds, neck back and genitals, but the cause of death was drowning as per the Medical Examiners.  The FBI tried to force two Medical Examiners to say the **MURDER** was a  **Suicide**. **Sean Suiter** a Baltimore Police officer died from a **MURDER** that was later classified a suicide during a special arrest, 1 day before he was to testify. Other individuals have died unexpectedly, possibly of murder including **Beranton Whisenant Jr.** (also a federal prosecuter), and **Kobe Bryant**. Mr. Cutler's cousin Robert Needle, (who died unexpecently in May 2017) may have previously contacted Mr. **Beranton Whisenant**, who died on or about 25MAY2017. The medical records of  **Jonathan Luna** have finally resurfaced and are currently trying to be

sealed/hidden by the current DA in Lancaster County. Mr. Cutler had stated in

public documents that he believes Mr. Luna was murdered by the **KLU KLUX**

**KLAN**.  Mr. Cutler also now believes that **THOMAS C. WALES** was also

**MURDERED** by the **KLU KLUX KLAN** 11OCT2001.<ref>
https://www.fox43.com/article/news/jonathan-luna-murder-mystery-2003/521-2229b272-9355-43a8-8163-506440862577 </ref><ref>

https://lancasteronline.com/news/local/lnp-county-clash-over-newly-discovered-records-in-jonathan-luna/article_01ba656a-483b-11ea-86ed-43533b224839.html </ref><ref>

https://lancasteronline.com/news/local/lancaster-county-judge-gives-prosecutor-days-to-say-why-jonathan/article_66aa5a86-49ec-11ea-8d57-37ffa1b9ed27.html </ref><ref>

https://www.wgal.com/article/newly-discovered-documents-are-related-to-investigation-into-death-of-federal-prosecutor-jonathan-luna/30783745 </ref><ref>

https://www.pennlive.com/news/2020/02/re-discovery-of-records-on-mysterious-death-of-federal-prosecutor-prompts-fight-between-da-news-media.html </ref><ref>

https://www.youtube.com/watch?v=cLAldUHDwj8 </ref> <ref>
https://www.nbcnews.com/news/us-news/disgraced-baltimore-police-officer-says-detective-who-was-killed-testifying-n844831

</ref> <ref> https://www.cnn.com/2018/08/29/us/baltimore-police-detective-sean-suiter-suicide/index.html </ref>

**Nancy Pelosi** made a false statement in court via her lawyer (Mr Donald B. Verilli

Jr.)  stated "[N]o one would be hurt and the greater justice would be attained" and

violated (18 USC § 1001) on 03JAN2019 on page 24 of the filing that was made in

case 4:18-cv-00167-0, a significant federal crime. It is interesting that the law firm of

DLA Piper (Kamala Harris' husband works for this firm and was part of the case

against Mr. Cutler and also filed a motion on this same date against him because he

dared to continue to challenge  the ACA . During a speech at the National

Association of Counties' annual Legislative Conference on 9 March 2010, in

Washington D.C. <ref> https://www.youtube.com/watch?v=QV7dDSgbaQ0 </ref>

she stated "We have to pass the bill to find out what is in it".  The petitioner "found

out what was in it" and filed a Pro se lawsuit **31DEC2013** in Wasington, DC case

**1:13-cv-2066**.   He also via lawyers hired had previously filed a Writ of Certiorari

for the Supreme Court of the United States (**15-632**) and inserted that same writ in

United States Court of Appeals case 17-2709, page 314A, via district court case

number 2:17-cv-00984 page 10.  Since the individual mandate of the Affordable

Care Act is now null and void based on the rulling of the USCA and the other

provisons of the bill should also be eliminated to preserve the constitution. Mr.

Cutler paid the docketing fee for the appeal in case 14-1449 to preserve the right of

appeal of Mr. Johnson.  His lawyer previously made a false statement to the court

in his request to withdraw, based on the documents filed by Mr. Johnson (ECF

100-103) a significant crime (18 USC § 1001).  The current orders of Tom Wolf in

Pennsylvania violate **GMP** procedures and allows the commonwealth to track

every individual on the Pennsylvania Turnpike.  (See history of IBP recalls of beef

procedures that using a delivery ADDS RISK TO EXPOSING EVERYONE.)  Mr.

Cutler had worked for multiple pharmaceutical and food compnaies including,

HEINZ, CAMPBELLS, MERCK, GSK,  BAXTER and others. Mr.  Cutler was

previously in charge of coordinating the **Y2K** and putting together the contingency

plan for MERCK Inc., West Point site.  It is Mr. Cutler's belief COVID-19 is

actually an excuse for **MASS GENOCIDE** against individuals that are deemed

undesirable including Jewish and black Individuals and to discontinue pensions via

MURDER (see <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref>. It is very easy to

Bribe, coerce  or pay individuals to bear false witness against another individual and

violate **THALL SHALL NOT BEAR FALSE WITNESS** and 18 USC § 1001. The

orders Thomas Wolf and other leaders have issued effectively allows the

governments in the United States to discontinue religion in and in the State

of  Pennsylvania, by a member of the **KLU KLUX KLAN** or related organization.

Other members of the **KLU KLUX KLAN** in the United States and the World, are

all organized to take on the HOAX.  This was previously called Agenda 21.  As of

16MAR2020 Canada was still allowing flights from CHINA and those persons

could be carrying hazardous bio material simply enter the United States from

Canada. When Mr. Cutler was  working for Merck as a contractor some individuals

were caught stealing trade secrects by security at the West Point site.  It has

been known China has been effectively using live people for transplants for years.

Mr. Ellyahoo has stated the word in HUNGARY for SIN is pronounced VIRUS.

The closing of all CASINOS in the STATE is to get 100% of all gambling

revenue, to have a total monopoly on all sources of payment organized for a

complete **Klu Klux Klan** takeover.  Jeffrey Smiles has told Jeffrey Cutler that the

Allentown Federal Courthouse contains NAZI insigna in the tile work in the building

(pending supreme  court case # 19-8538 ), and there is a seven acre compound in

Southern Lancaster county that is owned by the **Klu Klux Klan**. Mr. Smiles has corrected Mr. Cutler's statement that the insigna is actually in the Post Office tile across from the courthouse. This all may have a connection of Joe Biden to China and the transfer of technology to them that has violated the world's  civil rights, except Taiwan with less than 10 deaths as of today. Joe Biden an Bill Cosby are named in the same federal lawsuit supposedly about stolen art (USCA 17-1770).  Also Based on case # **19-cv-2407** in the Southern District of California, by Cyrus A. Parsa which should be included by reference these claims are true and correct and the book

Bloody Harvest <ref> https://www.bookdepository.com/Bloody-Harvest-David-Matas/9780980887976 </ref>

Based on Mr. Cutler's experience, Engineering Experience, and the case of Joyce Gilchrist <ref> https://en.wikipedia.org/wiki/Joyce_Gilchrist </ref> persons in Federal government may have violated  the Logan Act Stat. 613, 18 U.S.C. § 953 with China. Since Mr. Wolf's order is illegal,  all the Insurance companies  have conspired to not pay BUSINESS INTERUPTION CLAIMS based on the order of Tom Wolf, just like 2 different insurance companies failed to compensate Mr. Cutler for his loss (Erie and State Farm Insurance) and conspired to Commit Mail Fraud even though Josh Shapiro was served as part of the lawsuit naming the PA insurance department.  Mr. Wolf's order also violates the Federal Voting law Voting Rights  Act of 1965, which prohibits any jurisdiction from implementing a "voting qualification or prerequisite to voting, or standard, practice, or procedure ... in a

manner which results in a denial or abridgement of the right ... to vote on account

of race," color, or language minority status. Based on the recent unsealed pleadings

of Judge Domenick Demuro (press release 20-472) ,  voter fraud  has been in

Pennslvania a long time.  The use of  ABSENTEE ballots that are collected by

individuals denies the minor protection of MAIL FRAUD, usually asociated with

this type of voting. Mr. Cutler has attached a handicap placard P15703J renewal that

also may be voter fraud in Philadelphia and Mail Fraud.  Since that person never

lived at that adress. Mr. Cutler had formally notified the court of voter fraud in

Pennsylvania as of 13DEC2016 in case # 2:16-cv-06287.  The DOJ announced the

guilty plea of a judge of elections in Philadelphia 21MAY2020, the day after Mr

Cutler filed an Injunction Pending Appeal in case 20-1449, that prohibits **ANY**

**JURISDICTION** in the **UNITED STATES** from specifyin **HOW TO PRAY**.  Mr.

Cutler also notifies  this court that the failure of the Dams in the state of

Michigan may be the result of a deliberate act to prevent and obscure the lawsuit of

governor Gretchen Witmer's unlawful act from being persued in federal court case

1:20-cv-00323.  DR. FAUCCI, KRISTEN WELKER and Persons of the CDC have

LIED about an Approved Vaccine to Stop **COMPLICATIONS** from the FLU &

COVID-19 <ref>https://www.futuremedicine.com/doi/10.2217/fca-2020-0082</ref>.  They are called

PNEUMOVAX23 and Prevnar13 which are the PRIME COMPLICATION TO THE

COVID-19 that result in DEATH from pneumococcal disease <ref>

https://www.diabetes.org/diabetes/medication-management/flu-and-pneumonia-shots </ref>. KRISTEN WELKER'S HUSBAND IS A MARKETING EXECUTIVE FOR MERCK. Based on Tigers in the Bronx zoo and Goririllas in San Diego zoo being diagnosed with COVID-19, as well as one million mink in the Netherlands there is **ZERO** evidence that the tigers, Goririllas ever failed to practice social distancing, because the person would be called **LUNCH**. **HIV** has NO VACCINE. This **INVALIDATES ALL THE MODELS** being used to justify the restrictions. Mr. Cutler based on standard engineering concepts the death of Philadelphi Police Lieutenant James Walker, Seth Rich, Bre Payton, Edgar Rosenberg, Lorna Breen, Ellen Greenberg, and others may be MURDERS of the KLU KLUX KLAN, and 1-2% of all law enforcement in the United States may be members or share their views. Also  some elected Officials and persons in the military all branches. An 8 year old was raped in Bryant elementary school and his parents were denied the ability to sue because they waited six months. Based on this the charges against William Henry Cosby should be vacated.  George Soros and other persons similarly situated may be trying to destroy the United States economy and the Dollar by bad sharing of information, just like on 25MAY1979 American Airlines Flight 191 DC-10, crashed based on not sharing data.  Mr. Cutler was trying to fly to Philadelphia that day from Chicago.   My friend Daria from Russia, stated that collapse of the dollar was a stated goal of persons.  Even in case, 1:20-cv-01130  that the document legally filed is **RETURNED** for failing to file a motion to intervene **PRIOR** to filing the

actual document, violating equal protection under the law and the United States

Constitution Ammend 5 and Ammend 1 by denying the ability for redress of

grievances. Also based on conflicting death reports, declaring a MURDER a

SUICIDE is one way to conceal MURDERS by POLICE or ELECETED officials

with the aid of News Outlets. Previous corruption in the United States based out of

Illinois called project **GREYLORD** was a 3.5 year activity.  Mr. Cutler lived in

Illinois during some of this time frame and the joke voting saying was **VOTE**

**EARLY AND OFTEN** and **JUST BECAUSE YOU ARE DEAD IS NO REASON**

**NOT TO VOTE** <ref> https://en.wikipedia.org/wiki/Operation_Greylord </ref>

<ref> https://www.chicagotribune.com/nation-world/chi-chicagodays-greylord-story-story.html </ref> <ref>
https://www.latimes.com/archives/la-xpm-1987-12-10-mn-28034-story.html </ref> <ref>
https://fbistudies.com/wp-content/uploads/2017/04/FBI-Grapevine-Operation-Greylord-Hake.pdf </ref>

It was RECENTLY announced that Rabbi Yisroel Goldstein was charged,

**SENTENCED** , while the individual that **MURDRED Lori Gilbert-Kaye**  is still

awaiting trial **(John Timothy Earnest)** and Jeffrey Lyons is out on bail awaiting to

start his **SENTENCE**  for a **55 MILLION DOLLR FRAUD** <ref>
https://www.nbcsandiego.com/news/local/rabbi-shot-in-poway-synanogue-attack-pleads-guilty-
to-tax-fraud-docs/2365089/ </ref> <ref>
https://en.wikipedia.org/wiki/Poway_synagogue_shooting </ref>

CHINA BREAKING THE AGREEMENT WITH HONG KONG IN 23 YEARS

MEANS THEY WILL BREAK ANY AGREEMENT INCLUDING THE USE OF

BIO-WARFARE.  The attacks on the USS McCain, Fitzgerald, Bonhomme

Richard and effects in TAIWAN are evidence of cooridinated attacks on the

United States which are being hidden from the general population like the civil

case against Nancy Pelosi.  China has been bribing CIA employees and others for

years.  There is no reason what Joe Biden did should be ignored. <ref>
https://thehill.com/policy/national-security/512385-former-cia-officer-charged-with-selling-us-secrets-to-china

</ref> <ref> https://www.bbc.com/news/world-us-canada-48319058 </ref>

<ref> https://www.bbc.com/news/world-us-canada-50520636 </ref> <ref>

https://www.nytimes.com/2019/09/24/us/china-intelligence-sentence.html </ref>

The Story <ref> https://www.mercurynews.com/2017/06/14/james-hodgkinson-shooting-facebook-republicans/ </ref>

James Hodgkinson may have had KKK support, because he was using SKS rifle

with FIXED 10 ROUND MAGAZINE and FBI COVERED FOR OTHER

SHOOTERS BEHIND HIM!!!  The rifle James Hodgkinson was using required

loading with STRIPPER CLIPS!! It uses the SAME 7.62 round as the AK-47

VARIANT.  HE fired 200 rounds in 2 minutes while WALKING AND

SHOOTING and it was COVERED UP!!  NBC BROADCAST ON THE

BOTTOM SCROOL CAPTION AT THE TIME and stated by Senator RAND

PAUL!!! The NEWS MEDIA IS AIDING AND ABETTING in concealing the

MURDER of a BLACK FEDERAL EMPLOYEE just like Cecily Aguilar, 22 has

been charged. The Employee is Jonathan Luna <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and Beranton Whisenant <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>, Sean Suiter from the Baltimore

Police department. <ref> https://blackthen.com/black-mysteries-unsolved-death-jonathan-luna/

<ref> For Years there has appers to have been a KLU KLUX KLAN serial rapist in

East Lampeter Township, Pennsylvania. This included Lisa Michelle Lambert and

possibly currently Linda Stoltzfoos and previous possible MURDER of JERRY

MURDER of WI105 and covered up by the MEDICAL EXAMINER <ref>
https://lancasteronline.com/news/local/da-maintains-autopsy-in-luna-murder-mystery-should-remain-sealed/article_ca83b358-c6de-11ea-a3eb-67597e2be2cf.html

</ref> <ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref>
East

Lampeter previous LAWSUITS, theft of PROPERTY <ref>

https://law.justia.com/cases/federal/district-courts/FSupp2/17/394/2488681/ </ref> $ 540,000
theft

of LIFE savings and sent to PRISON 2008 case Levi Lapp Stoltzfoos (MAYBE

RELIGIOUS FREEDOM) <ref> https://dockets.justia.com/docket/circuit-courts/ca3/17-1772

</ref> On 18SEP2020 Justice Ruth Bader Ginsburg died on Rosh Hashanah, the

Jewish New Year. Also on September 18, 2020 at 2:48 pm Jeffrey Cutler filed a 324

page MOTION TO RECONSIDER MOTION TO INTERVENE AND COMBINE

CASES FOR JUDICIAL EFFICIENCY AND OBSTRUCTION OF JUSTICE AND

CONSPIRACY TO COMMIT MAIL FRAUD AND OTHER CRIMES AND

SUMMARY JUDGEMENT in case #1:20-cr-00165, United States v. Kevin

Clinesmith in Washington DC. The previous document was destroyed by the clerk or

Judge in the case. Watch https://www.youtube.com/watch?v=mgCle8F_zUk for more

information and read comments sorted newest first. Also see <ref>

https://www.americanfreedomlawcenter.org/case/jeffrey-cutler-v-u-s-dept-of-health-human-services/ </ref> and <ref> https://www.brennancenter.org/legal-work/corman-v-torres </ref><ref> https://redistricting.lls.edu/files/PA%20corman%2020180724%20brief.pdf </ref><ref>

https://www.pacermonitor.com/public/case/27231978/CUTLER_v_PELOSI_et_al </ref> As an Official

Whistle Blower in the Commonwealth of Pennsylvania, Jeffrey Cutler declares the

actions Mr. Krasner, the Mayor of Philadelphia, and the Governor were a concerted

effort to legally Murder Jews and Blacks. Mr. Cutler ran for governor as a Pro Se

candidate against Thomas Wolf and had an advertisement in the METRO paper on

24OCT2018 page 15 :titled "SAVE BILL COSBY". The government cannot tell you

how to PRAY enforced by RELIGIOUS POLICE!!! The DEMONCRATS are using

FEAR and JUNK science to try and bring back CONCENTRATION CAMPS just

like EXECUTIVE ORDER 9066 by FDR. The ORDER was never declared

UNCONSTITUTIONAL, just SUSPENDED, revoked by Ford when he was

president.   On 04SEP2020 at 10:14 PM a [[FEC]] <ref>

https://en.wikipedia.org/wiki/Federal_Election_Commission#First_Amendment_issues </ref>
complaint

was filed against [[Youtube]] for illegal edits of comments as an "IN KIND"

contribution to [[Joe Biden]], [[Nancy Pelosi]], and MISUSE OF FEDERAL FUNDS

(18 U.S.C. § 653) involving [[NPR]] and [[PBS]] networks and also AIDING AND

ABETTING in concealing the MURDER of [[Jonathan Luna]] <ref>

https://en.wikipedia.org/wiki/Jonathan_Luna </ref> and [[Beranton Whisenant]] <ref>

https://en.wikipedia.org/wiki/Beranton_Whisenant </ref>. This is documented in federal court

case 5:19-cv-00834 filed 26FEB2019 in [[Philadelphia]] against [[Nancy Pelosi]] called (CUTLER v. PELOSI, et al.) and later against [[Kevin Clinesmith]].  On 20MAY2020  at 4:10 PM Jeffrey Cutler filed an INJUNCTION PENDING appeal in USCA case 20-1449 to REQUIRE EVERY JURISDICTION in the UNITED STATES unrestricted PRAYER!  On 12JAN2021 Jeffrey Cutler filed a MAIL FRAUD complaint against AMAZON and Jeffrey Bezos and on 11JAN2021 filed a MAIL FRAUD complaint against TWITTER and Jack Dorsey. The MAIL FRAUD complaints are based on being an INVESTOR in both companies and the ANNUAL REPORTS OF BOTH COMPANIES that are MAILED to Mr. Cutler and other investors and statements in those reports.

On 11JAN2021 Jeffrey Cutler FILED A MAIL FRAUD COMPLAINT AGAINST TWITTER for statements in their ANNUAL REPORT that is MAILED.  TWITTER CLAIMS THAT THEY DO GOOD AND DECIDED THAT DONALD TRUMP'S ACCOUNT IS BANNED FOR LIFE EVEN THOUGH THERE IS TIME STAMPED PROOF OF ELECTORAL FRAUD IN PENNSYLVANIA, ORIGINALLY FILED IN FEDERAL COURT 20OCT2020 PAGE 169 OF CASE 20-2936 PAGE 9 OF THE LINK BELOW !!<ref>

https://www.courtlistener.com/recap/gov.uscourts.pamd.127057/gov.uscourts.pamd.127057.181.0.pdf </ref>

THE DROP BOXES IN PENNSYLVANIA FAILED TO HAVE HARD COPY RECEIPT AVAILABLE DESPITE ORDER FROM TORRES ON 12APR2018 TO

THE CONTRARY.  ASHLI  BABBITT WAS ACTING AS A CITIZEN

JOURNALIST AND SHE HEARD THE CONSPIRACY WITH KKK/ANTIFA

AND THE POLICE, THAT IS WHY SHE WAS MURDERED!! IN CHINA THEY

JUST PUT CITIZEN JOURNALISTS IN PRISON, NOT MURDER THEM, PER

STORY PAGE A3 PHILADELPHIA INQUIRER 29DEC2020 BY LILY KUO.

PER USCA CASE 17-1770 JOE BIDEN WAS PART OF A GROUP HELPING TO

SMUGGLE STOLEN NAZI ART INTO THE UNITED STATES AND BILL

COSBY FOUND OUT.   AMAZON FOUNDER JEFFREY BEZOS ENDED

PARLER and WILLFULLY DESTROYED PARLER AND THEIR LAWSUIT

2:21-cv-00031 in the Western District of Washington should be fully compensated.

Nancy Pelosi led a vote to IMPEACH DONALD J. TRUMP a second time on

13JAN2021 allowing for no FACTS or EVIDENCE to be provided.  Mr. Cutler filed

a  231 page document that is time stamped 2021 JAN 13 P 4:10 in case 20-1422 in

the USCA  third circuit in Philadelphia and on page 62 of that document is a letter

from  **Nancy Pelosi** to **Ted Wheeler** (the mayor of Portland, Oregon) conspiring

to **INSITE VIOLENCE AND BLAME TRUMP**, with the aid of the media.

Despite the **RUSH** to **IMPEACH TRUMP A SECOND TIME** , **THE ARTICLES**

of **IMPEACMENT** have yet to be sent to the SENATE.

Thus Pursuant to Title 18, United States, Code § 4, Plaintiff, Mr. Jeffrey

Cutler, formally notifies the court of  ongoing criminal acts and conspiracy

involved with this civil rights action and requests the court to notify the DOJ

Office immediately, and any other criminal justice authorities the court deems

necessary, to effect and insure the prompt investigation and prosecution of crimes

involved with this case which  includes mail Fraud  (18 U.S. Code § 1341), the

murder of a federal employee   (18 U.S. Code § 1114), seditious conspiracy

(18 U.S. Code § 2184), activiies affecting the armed forces (18 U.S. Code §

2187), Obstruction of Justice, Bank Ruptcy Fraud in case number 19-11466

Philadelphia Accademic Health System and Title 18, Section 871.  The

civil rights action is case # 5:19-cv-00834, case # 1:20-cv-01130 District Court

Maryland, and 1:17-cv-05228 in the Eastern District of New York (The State of New

York. et al. v. DONALD J. TRUMP, et al.).   The courts have  affirmed, it must

"afford a liberal reading to a complaint filed by a pro se plaintiff," particularly

when the plaintiff has no formal legal training or education.  Klayman v.

Zuckerberg, 753 F.3d 1354, 1357 (D.C.Cir. 2014); see also Erickson v. Pardus,

551 U.S. 89, 94 (2007) ("A document filed pro se is to be liberally construed, and a

pro se complaint, however inartfully pleaded, must be held to less stringent

standards than formal pleadings drafted by lawyers.") (internal quotations and

citations omitted).  The current election for president may be just like 2 Star Trek

Episodes combined.  <ref> https://en.wikipedia.org/wiki/Bread_and_Circuses_(Star_Trek:_The_Original_Series)

</ref> and <ref> https://en.wikipedia.org/wiki/What_Are_Little_Girls_Made_Of%3F </ref> and like

the movie <ref> https://en.wikipedia.org/wiki/Moon_over_Parador </ref> or the original

unpublished short story entitled "Caviar for His Excellency" by Charles G. Booth

there may be an actor portraying Joe Biden right now. As per Bell Atlantic Corp. v.

Twombly, 550 U.S. 544, 589 (2007) the court must accept the foregoing information

as true.

**WHEREFORE**, for all the foregoing reasons, petitioner respectfully requests

the Petion For **INJUNCTIVE RELIEF** be granted as well as Summary Affirmation

and all votes via DROP BOXES BE STRICKEN in Pennsylvania and the count be

recalculated, and based on Marks v. Stinson Donald J. Trump be declared the winner

<ref> https://www.leagle.com/decision/199489219f3d8731759 </ref> of the Presidential vote in

**Pennslvania**, and by reference **North Carolina**, **Wisconsin**, **Nevada** and Arizona.

Mr. Cutler has never met Donald J. Trump, and was not paid or compensated in any

way for this action. Mr. Cutler did give Mike Pemce a TSHIRT prior to him getting

elected Vice President at the hotel previously known as the Host Farm, but has since

been renamed. Mr. Cutler gave a similar TSHIRT to both Senators from Pennsylvania

Judge Stickman wrote in the case "but even in an emergency, the authority

of government is not unfettered" in the case of County of Butler v Wolf. This court

should also declare the entire Affordable Care Act (Obamacare) law and the

executive order signed in 1942 as Executive Order 9066 by **FDR**

**UNCONSTITUTIONAL**, during an immediate **ENBANC** review of this case when

combined with the writ from case **15-632**, and the writ filed by the WHITE HOUSE

as **19-840**, **19-1019** also have  the government  **CANNOT SPECIFY HOW TO**

**PRAY** enforced by **Religious   POLICE**, either **LOCAL**, **STATE**, or **FEDERAL**.

The **MURDER** of a **BLACK** _man and **15** year old boy should NOT be Considered

**MOOT** as per order from the Judge ECF 203 and the clerk.  This USCA case

number   **1:17-cv-05228**, **20-3371**,  **20-1805**, **20-1449**, **20-1422**, **19-1622**, **18-3693**,

case number **20-5143** in the USCA  DC CIRCUIT SHOULD, **2:21-cv-00031**

Northern District of Washington, plus this case   **21-4001** ALL BE

COMBINED  FOR JUDICIAL EFFICIENCY and "**GOOD TROUBLE**" as per John

Lewis and stop **5171** years of persecution of  Jewish Individuals. Not GETTING

EXPOSED IN A LIE IS NOT THE SAME AS TELLING THE TRUTH!!!

ASHLI  BABBITT  WAS THE START OF KRISTALNAHT UNITED STATES

<ref> https://en.wikipedia.org/wiki/Night_of_the_Long_Knives </ref>"

YOU CAN DESTROY THE EVIDENCE, **BUT YOU CANNOT DESTROY THE**

**TRUTH**.  At least Four different federal courts have conspired to deny Mr. Cutler the

right to Petition the government for redress of grievances as part of the FIRST

**AMENDMENT**, in conjunction with the media, elected and non-elected officials

Based on payments inside and outside the United States.  **IMPEACHING ANYONE**

should demand the **FULL ATTENTION OF THE COURTS AND THE**

**CONSTITUTION**, and there should be **NO SHORTCUTS ALLOWED**.

Respectfully submitted,


DATE:_____22JAN2021_____        __/s/ Jeffrey Cutler_____

Jeffrey Cutler, pro se
215-872-5715 (phone)
eltaxcollector@gmail.com
P.O. Box 2806
York, PA 17405

## CERTIFICATE OF SERVICE

I hereby certify that on JANUARY  22, 2021, I filed
the foregoing with the Clerk of the Court for the
United States Court Appeals for the THIRD Circuit
via United States Mail or in person. Participants in
the case who are registered CM/ECF users will be
served by the appellate CM/ECF system. I further
certify that all of the other  participants or their
lawyers in this case are registered CM/ECF users
except as follows and they are served by mail or
email .


_____/s/ Jeffrey Cutler_____
Jeffrey Cutler

## CERTIFICATION OF COMPLIANCE

This brief complies with the type-volume limitations of Fed. R. AP. P. 35(b)(2) and
Circuit Rule 40-1 because this brief contains no more than # of pages allowed by
ECF 17 USCA CASE 20-2936, excluding the parts of the brief exempted by Fed. R.
AP. P. 32.

## PLAINTIF'S PROPOSED ORDER FOR SUMMARY AFFIRMATION

AND NOW, this_____ day of _____, 2020 upon consideration Plaintif's Motion for Default

Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.      SO ORDERED.

[1] Per Marks v. Stinson, <ref> https://www.leagle.com/decision/199489219f3d8731759 </ref>, Donald J. Trump be

sworn in as President, with Mike Pence by removing Joe Biden, and Kamala Harris, if for no other reason he can be

removed from office with OFFICIAL TRIAL as demanded by NANCY PELOSI, SPEAKER OF THE HOUSE and all

EXECUTIVE ORDERS SIGNED BY Joe Biden be declared NULL and VOID.

[2] Order the SUMMARY AFFIRMATION against all defendants be granted and made FINAL at one million dollars per

day or as a neotiated amount.

[3] ORDER ALL BALLOTS THAT WERE CAST ILLEGALLY IN VIOLATION OF THE ORDER OF 12APR2018 BY MR.

TORRES BE DISCARDED AND TURNED OVER TO THE FBI FOR PROSECUTION

[4] Order that ELECTORAL FRAUD is counterfeit ballots and also under the PURVIEW of the SECRET SERVICE.

[5] Order Tom Wolf, Josh Shapiro and others be charged with conspiracy to commit MAIL FRAUD in connection with

the voting in Pennsylvania and mailing the vote tally to CONGRESS.

[6] Order the order of Judge Margret Miller made March 17, 2017 against Jeffrey Cutler vacated, the order by Judge

Margaret Miller against Jammal Harris vacated and order by Judge Lawrence Stengel against Lisa Michelle Lambert

vacated and all persons similarly situated (William Henry Cosby, Joe Johnson, Jeffrey Smiles, Emily Weinman,

David Sommers, Mr. William H.  McMichael, Stan Caterbone, Claire Risoldi, Rufus Seth Williams, Budd Dwyer,

Stepen T. Kirchner (1873 MDA 2018), Scott Capps, General Flynn, Mr. Popodopolis, Ari Goldstein, charges against

Roger Stone and Eric Snowden, prison sentences of MAC PHIPPS in LOUISIANA, Julias Jones in Oklahoma,

etc.), for violations of equal protection. All prosecutions of  Robert Mueller as special prosecutor vacated because his

appointment was based on perjured testimony, which is verfied by Mr. Steele in a foreign court.

[7] Order the summary and default judgment of all other cases filed by Mr. Cutler in every court also be granted, and all

judgements against Mr. Cutler by every Judge vacated including traffic violations for expired inspection in York, PA

East Lampeter Township and Haverford, PA.

[8] Order ECF 103, 104, 105 & 106 be denied USCA case 20-1805.

[9] Order Nancy Pelosi and Adam Schiff to resign from their elected positions based on crimes identified in this

document, or from their leadership positions and pay 1million dollars per day fine until they agree.

[10] Order Judge Barry Bloss, Judge Cynthia Rufe, Judge Eduardo Robreno, Judge Denise Commins, Judge

Nicholas G. Garaufis, Judge Midge Rendel, and Judge Catherine Blake  pay twice their daily salary each day to

the innosense project , until they resign.

[11] Order Tom Wolf, Jim Kenny to resign for interference in interstate commerce and misuse of Federal Funds.

[12] Order all vandalism perpetuated against Mr. Cutler and **Mr. Krieger** to be compensated, and listed.

[13] Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election, of Jeffrey Cutler and Donald Trump in all future actions with the court by East Lampeter Township Lancaster County.  Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

[14] Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government, and all payments by any George Soros organization.

[15] Order a one million dollar a day penalty per named defendant, until Mr. Cutler's reputation and credit are restored or individual agreements are reached with each party.

[16] Order Susan Peipher Esquire, East Lampeter Township, Lancaster County Courts and unnamed others show cause why they should not be charged with violations of  the RiCCO ACT, both 18 U.S.C. §§ 1961–1968. RICO  violations, and 18 U.S.C. § 1964, Civil RICCO Act.

[17] Order Susan Peipher Esquire, Christina Hausner, East Lampeter Township, East Lampeter Township Police, Lancaster County Courts, Ralph Hutchinson, Judge Margaret Miller, Scott Martin, Elam Herr, all named defendants in this case and unnamed others show cause why they should not be charged with violations of 18 U.S.C. § 2113 (bank robbery) and electoral fraud.

[18] Order Fulton Financial to return all money for accounts ending with 8603 and 8612  with penalties.

[19] Order Fulton Financial to compensate the plaintiffs for cases 5:18-cv-00987 and case 2:17-cv-02763 as demanded in their respective lawsuits.

[20] Order Wikimedia foundation and all media outlets specified to provide space and corrections as provided by the plaintiff and his designated representative for fake news and PROGRAMMED CENSORSHIP!!

[21] Order Summary Judgement be awarded for all other cases Mr. Cutler has been denied due process be awarded.

[22] Other remedies the court deems appropriate.

[23] Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

[24] Order Nancy Pelosi to resign from her position for the false statement  (18 USC § 1001) made through her lawyer.

[25] The primary election in Pennylvania held June 2, 2020 should be redone because of unequal treatment of voters throughout the state.

[26] Order of GAVIN NEWSOME, GOVERNOR OF CALIFORNIA be vacted because it  is obstruction of free exercise of religious beliefs and violates Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act.

[27]  Order CHINA to allow the residents of Hong Kong to vote on become a territory of the United States for attacking the United States,

[28] Order that Taiwan be allowed the residents to vote on becoming a territory of the United States for their part in help in attacking the United States.

[29]  Combine cases 20-1805, 20-1449, 20-1422 from USCA third circuit and 20-5143 from the USCA DC CIRCUIT and 21-40001 Fifth Circuit, and 1:17-cv-05228 from the Eastern District of New York.

[30] Order Broadcasters to make available at NO COST their AUX CHANNELS for teaching grades K-12.

[31] Order Susan Peipher Esquire and  other lawyers guilty of similar activites, to be barred from participation in the Federal Court CM/ECF system.

[32] Order that all public broadcasting stations be charged with VIOLATIONS 18 U.S.C. § 653, misuse of federal funds, or on the alternate be charged with 18 U.S.C. § 666 for Censoring Mr. Cutler's activity.

[33] Order the money that Mr. Bloomberg sent to the DNC plus pledged funds be held for his employees that worked on his presidential bid that took the jobs based on contracts he made to be distributed by Mr. Cutler.

[34] Order GOOGLE LLC with violations of the ELECTION CAMPAIGN contributions by editing Mr. Cutler's comments on youtube videos and other destruction of phone use to pay a fine for each occurence not to exceed one billion per instance.

[35] Order the CDC to recommend mass Pneumonia vacinations to STOP COMPLICATIONS of COVID-19 and FLU

[36] Order the STATE SCHOOLS to REQUEST BIDS FOR ONSITE TEACHING ON A CONTRACT BASIS 10, 30, 100 STUDENTS, etc.

[37] Although there is no amount of money that can bring back BREONNA TAYLOR, from the dead, the store chain LORD AND TAYLOR could be brought back as LORD AND BREONNA TAYLOR as a fixed reminder to her death and combined with CENTURY 21.

[38] Based on the reply on 27SEP2020, Mike Carter and the Seattle Times should be charged with aiding and abetting the coverup of the murder of Jonathan Luna 04DEC2003 after the fact (18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna)

[39] Order CITIBANK pay three times the amount  they allowed to be stolen via fmail fraud from Jeffrey Cutler and Marilyn Cutler, and document how much they spend on lawyers to support their conspiracy to commit mail fraud.

[40] The constitution should be ammended to allow all citizens of voting age  in any prison the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote.  The total prison population shall be added to the census for the country.  No additional seats shall be added to the

house.

[41] The constitution should be ammended to allow all citizens of voting age native born in any territory the right to vote for a representative in congress and president of the United States just like Washington, DC., and 1 electorial vote. The total population shall be added to the census for the country.  No additional seats shall be added to the house.

[42] The government shall establish a set of specifications for the minimum features a health plan shall contain to be called copper, silver, gold platinum, etc., and failure to deliver these features shall be considered mail fraud.

[43] The intentional termination of life by any third party  for money for all individuals from 84 months old after conseption to 30 months old after conseption shall be considered a crime.

[44]  A replacement for obamacare would allow any United States interstate company offer their group health plan to not only their employees, but their suppliers and customers at any pricing they choose with a stated customer charge and individual charge.

[45] The request for the stay of the order of 14SEP2020 BY THE OFFICE OF ATTORNEY GENERAL SHOULD BE DENIED because it should be an injunction pending Appeal.

[46] Every jurisdiction in the United States MUST allow UNRESTRICTED PRAYER NOT ENCUMBERED BY any local specifications specifying the correct way to pray, enforced by RELIGIOUS POLICE.

[47] Judge Rendell should recuse herself because of her involvement with this case, dating to 13MAY1985 and her current spouse involvement with the Insurance industry.

[48] Mark Trundos be compensated for criminal activity regarding 2:19-cv-05846 .

[49] Jeffrey Cutler be allowed to get Medicare Part B as equtiable release based on PANDEMIC provisions put in place by the president of the United States.

[50] All ballots collected in remote collection boxes where the voter was not offered a **<u>HARD COPY</u>** of their vote be segragated (violating 18 U.S.C. § 653, misuse of federal funds and Equal Treatment Under the law Ammend 14) and if they cannot be segraated all votes where they are mixed should be discarded.

[51] Order Tami, Charity Welch (case 5:20-cv-04842), Pavel Resnick, Stacty Gonzalez (case 2:18-cv-05028), Ken Krieger be compensated at a minimum of  $250,000 dollars

[52] Mr. Noviho (5:15-cv-03151) be compensated at a minimum of  $250,000 dollars because he should have won on 03SEP2015, but the lawyer George Reihner failed to protect Mr. Noviho.

[53] Order everyone mentioned in this case that is victim of the KKK or FBI be awarded a minimum of $250,000 dollars, including both children of Budd Dwyer and the individual Mr. Smiles identied as "K" living in his car  via email to Mr. Cutler.

[54] Order Wikipedia to reveal the Name, Address, and Email of AmandaNP, RAVENSFIRE, and PROLOG and Government sources used to SPY & CENSOR on Mr. Cutler and pay him an appropriate payment  of at least 10% of their NET WORTH.

[55] A law should be passed that allows JEFFYBONDS be used to make sure every POLICE vehicle is a 2 man car because like computers, POLICE CAN NEVER HAVE TOO MUCH BACKUP and they be used instead of CARES act money to balance the Pennsylvania Budet

[56] Seth Williams should get his law license restored just like Ernie Preate, plus awarded 250,000 dollars

[57] Mr. Michael Grant and Mr. Noviho (5:15-cv-03151) be compensated at a minimum of 250,000 dollars

[58] Jeffrey A Dellinger be compensated at a minimum of 250,000 dollars for being directed he must goto church on Sunday

[59] Mr. Jammal Harris be compensated at a minimum of 250,000 dollars

[60] Survivors of Sean D. Williams (18-2773) be awarded a minimum of 250,000 dollars, as well as Duncan Hunter.

[61] Order Andrew Cuomo, Gavin Newsome and Leticia James resign for violations of the right to PRAY, and testify under OATH.

[62] Order Traveller's Insurance, Citibank and others to pay into the fund or face criminal prosecution.

[63] Order every employee at PBS/NPR to dedicate a portion of their pension or paycheck to a fund or face prosecution for 18 U.S.C. § 653 MISUSE OF FEDERAL FUNDS, MAIL FRAUD, AND OTHER CRIMES.

[64]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=XqngkJolrBk </ref>>

[65]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> <ref>https://www.youtube.com/watch?v=CoXy7gXOJtA </ref>

[66]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DJOB2DiNNsY </ref>

[67]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=7-w5NZYUIC0 </ref>

[68]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=WQfOwB-k7yQ </ref>

[69]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=xNdTBw7z_aw </ref>

[70]    GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=DV-92HMNGuY </ref>

[71] GOOGLE is guilty of violating 47 U.S. Code § 230 via their Youtube division and recently with <ref> https://www.youtube.com/watch?v=ONc7g3PqtOM </ref>

[72] GOOGLE is guilty of violating and in conjunction with every other news media including ABC, CBS, NBC is guilty of violating 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and others.

[73] Kara N. Templeton, Christopher Leppler, Judge Nicholas G. Garaufis, Judge B. Denise Commins have conspired to violate 18 U.S.C. § 3 Accessory After the Fact MURDER of Jonthan Luna and pay a fine equal to their pension for 10 years.

[74] Dr. Levine and other PUBLIC health officials should SURRENDER their MEDICAL LICENSE for FAILURE to RECOMMEND INCREASED PNEUMONIA vaccinations including Dr. Deborah Birx and be investigated for any payments made to them, and pay the equivalent of Social Security Death payment for everyone that died in Pennsylvania and the United States, as well as all media organizations that also participated in the deaths (APPROXIMATELY 1.5 MILLION 255 * 5493) EACH.

[75] Based on case 10011 Boeing should create a project to bring back the L-1011 Aircraft from the dead with engines from the 737-MAX to provide new aircraft to the fleets that would soak up excess production engines and provide new capacity to the Airline Industry Worldwide and Engineering jobs and capacity.

[76] ORDER THAT CARTER PAGE LAWSUIT BE INCORPORATED INTO THIS ACTION AND AT MINIMUM BE AWARDED $ 250,000

[77] Order all individuals that have contributed to the **Pandemic Destroy America Fund** pay twice the amount paid into the fund and Jeffrey Bezos, Jack Dorsey, Tim Cook, Bill Gates, George Soros pay 10% of their net worth as a fine for trying to destroy the United States and electoral fraud and the constitution as well as all similarly situated.

[78] Mr. Bezos be incarcerated until Parler has been made whole, and he pays everyone in the United States that lost money $ 2,000 , along with the president of ABC Channing Dungey, and James Comey(Approximately 400 billion)

[79] Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to *comply with established tenets or teachings of such sect or division of ANY religion* in violation of the U.S. Constitution amendment 1 and declare the ACA unconstitutional , based on the 89 page writ of USCA case 17-2709 on page 314A, and Supreme court case # 15-632 plus the writ filed by the WHITE HOUSE as 19-840, 19-1019 and Declare that no jurisdiction of the United States can dictate the proper way to pray.

Dated: ____, 2021_____

_____

BY THE COURT

CASE 21-40001 EMERGENCY EXPEDITED ENBANC FILE

**Tracking Number:** EJ536422154US

**Scheduled Delivery by**

**FRIDAY**

**22** JANUARY
2021 ⓘ

by
**3:00pm** ⓘ

**Status**

 **Delivered**

January 23, 2021 at 11:24 am
Delivered
NEW ORLEANS, LA 70130

**Get Updates** ∨

# ADDENDUM

https://en.wikipedia.org/w/index.php?title=Josh_Shapiro&action=history   🔍 Search   ☆ 🖹 ⬇ 🏠 ♥

...rted  🔲 Most Visited  🌎 University of Delaware

# Josh Shapiro: Revision history

 Help

View logs for this page (view filter log)

You have a new message (last change).

## ∨ Filter revisions

External tools: Find addition/removal (Alternate) · Find edits by user · Page statistics · Pageviews · Fix dead links

For any version listed below, click on its date to view it. For more help, see Help:Page history and Help:Edit summary.

(cur) = difference from current version, (prev) = difference from preceding version,

**m** = minor edit, → = section edit, ← = automatic edit summary

(newest | oldest) View (newer 50 | older 50) (20 | 50 | 100 | 250 | 500)

**Compare selected revisions**

- (cur | prev)  ⊙ 14:22, 25 January 2021  Ravensfire (talk | contribs) . . (17,282 bytes) (−175) . . *(Reverting edit(s) by 107.77.193.108 (talk) to rev. 1000944973 by Malcolmxl5: Vandalism (from contribs) (RW 16)) (undo) (Tags: Undo, RedWarn)*

- (cur | prev) ⊙  21:06, 24 January 2021  107.77.193.108 (talk) . . (17,457 bytes) (+4) . . *(→Pennsylvania Attorney General election: Added link and Programmed Censorship Identified USCA Information Unconstructive, of Electoral Fraud 24DEC2020 at 7:50 AM~~~~) (undo) (Tag: Reverted)*

- (cur | prev) ○  20:49, 24 January 2021  107.77.193.108 (talk) . . (17,453 bytes) (+171) . . *(→Pennsylvania Attorney General election: Added USCA information Plus Taking Oath of Office Second Time~~~~) (undo) (Tag: Reverted)*

- (cur | prev) ○  13:54, 17 January 2021  Malcolmxl5 (talk | contribs) . . (17,282 bytes) (+42) . . *(Importing Wikidata short description: "American politician" (Shortdesc helper)) (undo)*

## Editing Josh Shapiro (section)



You are not logged in. Your IP address will be publicly visible if you make any edits. If you log in or create an account, your edits will be attributed to a user name, among other benefits.

Content that violates any copyrights will be deleted. Encyclopedic content must be verifiable. Any work submitted to Wikipedia can be edited, used, and redistributed—by anyone—subject to certain terms and conditions.

**B** *I* ∞ 🖼 🔖 ↯ ✏ › Advanced › Special characters › Help › Cite

==Pennsylvania Attorney General election==
{{further|2016 Pennsylvania Attorney General election}}
Shapiro announced his intention to run for [[Pennsylvania Attorney General]] in January 2016.<ref>{{cite news|last=Field|first=Rick|title=Shapiro Officially Announces AG Campaign|url=http://www.politicsPA.com/shapiro-officially-announces-ag-campaign/71856|access-date=January 12, 2016|agency=PoliticsPA|date=January 12, 2016}}</ref> He had never previously served as a prosecutor, but he was a member of the state bar and worked with the law firm [[Stradley Ronon.<ref name="oreo2">{{cite news |last1=Orso |first1=Anna |title=Josh Shapiro vs. John Rafferty: What to know about the PA Attorney General race |url=https://billypenn.com /2016/10/25/josh-shapiro-vs-john-rafferty-what-to-know-about-the-attorney-general-race/ |publisher=Billypenn |date=October 25, 2016}}</ref> Shapiro campaigned on his promise to restore the office's integrity following the resignation of [[Kathleen Kane]], and he also promised to work to combat the [[opioid epidemic]][[street name="phil1"/> and [[Gun violence in the United States|gun violence]]. His campaign was supported by President [[Barack Obama]] and presidential candidate [[Hillary Clinton]], and billionaire businessman [[Michael Bloomberg]] was among the largest donors to Shapiro's campaign.<ref name="Oreo">{{cite web|last=Oreo|first1=Anna|title=Josh Shapiro wins PA Attorney General race|url=http://billypenn.com/2016/11/08/josh-shapiro-wins-pa-attorney-general-race/|website=Billy Penn|publisher=Spirited Media|access-date=November 21, 2016}}</ref> He won the Democratic primary for attorney general in April 2016, defeating [[Stephen Zappala]] and John Morganelli with 47% of the vote.<ref>{{cite news|last1=Addy|first1=Jason|title=Shapiro Wins Dem AG Nomination|url=http://www.politicspa.com/shapiro-wins-dem-ag-nomination /76925|access-date=May 21, 2016|agency=PoliticsPA|date=April 26, 2016}}</ref> In November 2016, Shapiro won election as attorney general, defeating Republican nominee [[John Rafferty Jr.]] with 51.3% of the vote.<ref>{{Cite web|url=https://www.nytimes.com/elections/results /pennsylvania-attorney-general|title=Pennsylvania Attorney General Results: Josh Shapiro Wins|last=Times|first=New York|date=November 21, 2016|access-date=November 25, 2016}}</ref>

Upon taking office, Shapiro joined with several other state attorneys general in opposing President [[Donald Trump]]'s [[Trump travel ban|travel ban]].<ref>{{cite news |last1=Burns |first1=Alexander |title=How Attorneys General Became Democrats' Bulwark Against Trump |url=https://www.nytimes.com/2017/02/06/us/attorneys-general-democrats-trump-travel-ban.html?module=inline |work=New York Times |date=February 6, 2017}}</ref> and he also filed a lawsuit to block the implementation of a rule that would have made it easier for employers to deny health insurance coverage of [[contraceptive]].<ref>{{cite news |last1=Pear |first1=Robert |title=Court Temporarily Blocks Trump Order Against Contraceptive Coverage |url=https://www.nytimes.com/2018/08/27/us/politics/pennsylvania-attorney-general-josh-shapiro.html |work=New York Times |date=December 15, 2017}}</ref> He also joined a lawsuit against [[ITT Technical Institute]], a [[for-profit higher education in the United States|for-profit educational institute]], that resulted in a $160 million settlement (with about $5 million of that settlement going to Pennsylvania students).<ref>{{cite news |last1=Murrell |first1=David |title=Attorney General Josh Shapiro Is Hosting a Philly Town Hall on Student Debt |url=https://www.phillymag.com/news/2019/10/01/josh-shapiro-student-debt-town-hall/ |publisher=Philly Mag |date=October 1, 2019}}</ref> In 2018, he reached an agreement with federal officials to prevent the distribution of blueprints for [[3D printed firearms]].<ref>{{cite news |last1=Feuer |first1=Tiffany |last2=Feuer |first1=Alan |title=A Rush to Block Downloadable Plans for 3-D Printed Guns |url=https://www.nytimes.com/2018/07/30/business /downloadable-blueprints-printable-guns.html?module=inline |work=New York Times |date=July 30, 2019}}</ref> In 2019, he came out in support of the legalization of marijuana for recreational use by adults, joining Governor Wolf and other leading Pennsylvania Democrats.<ref>{{cite news |title=Pennsylvania Attorney General Josh Shapiro Backs Legalizing Marijuana |url=https://philadelphia.cbslocal.com/2019/09/27/pennsylvania-attorney-general-josh-shapiro-backs-legalizing-marijuana/ |publisher=CBS Philly |date=September 27, 2019}}</ref>

In 2016, shortly before Shapiro took office, the Pennsylvania Attorney General's office began an investigation of allegations of sexual abuse by the [[Catholicism|Catholic Church]]. Shapiro chose to move forward with the investigation, and, in August 2018, he released the results of an [[Grand jury investigation of Catholic Church sexual abuse in Pennsylvania|note-NDC 2018.08.14-35|extensive grand jury report]]. The report alleged the sexual abuse of more than 1,000 children at the hands of over 300 priests.<ref name="odias">{{cite news |last1=Dias |first1=Elizabeth |title=Meet Josh Shapiro, the Man Behind the Bombshell Investigation of Clergy Sexual Abuse |url=https://www.nytimes.com/2018/08/27/us/politics/pennsylvania-attorney-general-josh-shapiro.html |work=New York Times |date=August 27, 2018}}</ref> Shapiro prompted similar investigations in other states, an inquiry by the federal government, and proposed legislation to change the statute of limitations in Pennsylvania.{{citation needed|date=November 2019}}

In May 2019, it was reported that Shapiro and State Senator [[Jay Costa]] had directed paid communications staffers to edit their Wikipedia pages with positive material.<ref>{{Cite web|url=https://lancasteronline.com/opinion/editorials/public-employees-shouldnt-be-tasked-with-writing-glowing-entries-for-elected-officials-wikipedia-pages-opinion/article_c97e749e-7046-11e9-8a4a-07818b081208.html|title=Public employees shouldn't be tasked with writing glowing entries for elected officials' Wikipedia pages (opinion)|last=BOARD|first=THE LNP EDITORIAL|website=LancasterOnline|language=en|access-date=2020-04-24}}</ref>{{Cite web|url=https://lnp.watceonline.com/new/local/wikipedia-flags-pa-attorney-general-josh-shapiro-over-glowing-staff-written-bio/article_b9c98fdm-70da-11e9-af60-4ff6b0d5446.html|title=Wikipedia flags Pa. Attorney General Josh Shapiro over glowing, staff-written bio|last=Writers|first1=CARTER WALKER and JUNIOR GONZALEZ ([])}}Staff|website=LancasterOnline|language=en|access-date=2020-04-24}}</ref>

He was [[2020 Pennsylvania Attorney General election|reelected in 2020]]. On 15JAN2021 at 4:10 PM Shapiro is accused in USCA case 20-1622 third circuit for the [[Electoral fraud]] identified on the AG website on 24DEC2020 at 7:50 AM. Shapiro took the oath of office for the second time 19JAN2021.<ref> https://local12news.com/news/local/pa-ag-shapiro-takes-oath-of-office-marking-second-term </ref> <ref name="abc2">2020-win" >{{cite web|url=https://www.abc27.com /news/us-world/politics/election/josh-shapiro-wins-pa-attorney-general-race/|website=[[WHTN-TV]]|title=Josh Shapiro wins Pa. Attorney General Race|date=November 6, 2020|first=Nate|last=Sweigart}}</ref>

Insert — ~ " " ° ± × ÷ — … ‹ › « »  Cite your sources: <ref></ref>

Edit summary (briefly describe your changes)

☐ Pennsylvania Attorney General election "Added USCA information Plus Taking Oath of Office Second Time~~~~

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13I
OD: 1   **PEEL FROM THIS CORNER**

**UNITED STATES POSTAL SERVICE**®  |  PRIORITY MAIL EXPRESS®

FOR DOMESTIC AND INTERNATIONAL USE

PLEASE MAILING LABEL HERE

EJ 536 423 973 US

$26.35
R2003B103440-13

1007
98101

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE ( )

JEFFERY CUTLER
P.O BOX 280
YORK, PA

FILED
MAIL

JAN 27 2021

TO: (PLEASE PRINT)   PHONE ( ) 206-370-9700

US DISTRCT COURT W WASH
CLERK OFFICE SUITE 2310
700 STEWART STREET
SEATTLE, WA 98101

ZIP 98101

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

PAYMENT BY ACCOUNT (If applicable)

PO ZIP Code  |  Scheduled Delivery Date (MM/DD/YY)  |  Postage
4683  |  1/26/31  |  $26.31

Date Accepted (MM/DD/YY)  |  Scheduled Delivery Time  |  Insurance Fee
1/26/21  |  ☑ 3:00 PM  |  $

Time Accepted  |  10:30 AM Delivery Fee  |  COD Fee
1525  |  $  |  $

Special Handling/Fragile  |  Sunday/Holiday Premium Fee  |  Return Receipt Fee
$  |  $  |  $

Weight  |  Flat Rate  |  Acceptance Employee Initials  |  Total Postage & Fees
2 lbs  |  ☐  |  |  $26.35

Delivery Attempt (MM/DD/YY)  Time  |  Employee Signature  |  Live Animal Transportation Fee
$

Delivery Attempt (MM/DD/YY)  Time  |  Employee Signature

LABEL 11-B, MARCH 2019  PSN 7690-02-000-9996