THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PARLER LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>AMAZON WEB SERVICES, INC.,<br><br>             Defendant. | Case No. 2:21-cv-00031-BJR<br><br>**NOTICE OF APPEARANCE OF ANGELO J. CALFO** |

TO:         THE CLERK OF THE COURT

AND TO:   ALL PARTIES AND COUNSEL OF RECORD

YOU AND EACH OF YOU will please take notice that Angelo J. Calfo of Calfo Eakes LLP hereby appears alongside David J. Groesbeck in the above-entitled action for Parler LLC and requests that all further papers and pleadings be served upon the undersigned attorney at the address below stated.

NOTICE OF APPEARANCE
(Case No. 2:21-cv-00031-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

DATED this 16th day of February, 2021.

**CALFO EAKES LLP**

By  s/*Angelo Calfo*
   Angelo J. Calfo, WSBA# 27079
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone:  (206) 407-2200
   Fax:  (206) 407-2224
   Email: angeloc@calfoeakes.com

*Attorneys for Plaintiff Parler LLC*

NOTICE OF APPEARANCE
(Case No. 2:21-cv-00031-BJR)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224