THE HONORABLE BARBARA J. ROTHSTEIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>            Defendant. | No. 2:21-cv-00031-BJR<br><br>JOINT STIPULATION AND ORDER FOR AMENDMENT AND RESPONSE SCHEDULE<br><br>**NOTE ON MOTION CALENDAR:**<br>**February 16, 2021** |

## JOINT STIPULATION

Pursuant to the Court's Standing Order (Dkt. 35), and the Joint Stipulation and the Court's Order dated January 28, 2021 (Dkt. 38), the Parties submit the following stipulation:

1. The deadline for Plaintiff Parler LLC ("Parler") to file its Amended Complaint is February 16, 2021.

2. The deadline for Defendant Amazon Web Services, Inc. ("AWS") to respond to Plaintiff Parler's Amended Complaint is March 22, 2021.

JOINT STIPULATION
AND ORDER
(CASE NO. 2:21-cv-31-BJR) – 1



David J. Groesbeck, P.S.
Attorney and Counselor
1333 E. Johns Prairie Rd.
Shelton, Washington 98584
(509) 747-2800

3. Counsel for Parler represents that on or about Saturday, February 13, 2021, Parler engaged the legal services of Mr. Angelo J. Calfo of the Calfo Eakes LLP law firm. In sum, Parler believes that it and Mr. Calfo need an extension of time for Mr. Calfo to review the pleadings and to be prepared to assist Parler and its current counsel with the filing of the Amended Complaint.

4. Moreover, counsel for Parler represents that Parler has been working to pursue its working model to get back online; that Parler was able to get back online beginning on February 15, 2021; and Parler believes that this factual development, which occurred just one day before the current deadline to file the Amended Complaint, will have a material impact on how Parler pleads the Amended Complaint.

5. Counsel for Parler is familiar with the Court's Standing Order (Dkt. 35), which requires extensions of time be requested three days in advance. However, Parler's counsel believes that good cause exists to adjust the scheduling of the aforementioned pleadings and that the administration of justice will be served thereby.

6. AWS does not oppose Parler's request for additional time.

7. On January 25, 2021, the Court entered an Order setting Initial Scheduling Dates.

8. The parties agree that upcoming deadlines should be revised, as set forth below.

    a. Parler will file an Amended Complaint no later than March 2, 2021;

    b. AWS's deadline to respond to Parler's Amended Complaint will be April 8, 2021;

    c. Deadline for FRCP 26(f) conference: May 21, 2021

    d. Initial Disclosures: May 28, 2021

JOINT STIPULATION
AND ORDER
(CASE NO. 2:21-cv-31-BJR) – 2



**David J. Groesbeck, P.S.**
Attorney and Counselor
1333 E. Johns Prairie Rd.
Shelton, Washington 98584
(509) 747-2800

    e.  Joint Status Report and Discovery Plan: June 4, 2021

 9. The parties respectfully request that the Court memorialize these revised deadlines by entering the proposed order accompanying this stipulation.

 Dated this 15th day of February, 2021.

             Respectfully submitted,

             DAVID J. GROESBECK, P.S.

             /s David J. Groesbeck
             WSBA No. 24749
             1333 E. Johns Prairie Rd.
             Shelton, WA  98584
             Telephone: (509) 747-2800
             Email: david@groesbecklaw.com

             *Counsel for Parler, LLC*

             DAVIS WRIGHT TREMAINE LLP

             By s/Ambika K. Doran
             Ambika Kumar Doran, WSBA #38237
             920 Fifth Avenue, Suite 3300
             Seattle, WA  98104-1610
             Telephone: 206-622-3150
             E-mail: ambikadoran@dwt.com

             Alonzo Wickers IV, (*pro hac vice*)
             865 S. Figueroa Street, Suite 2400
             Los Angeles, CA 90017
             Telephone:  213-633-6800
             E-mail: alonzowickers@dwt.com

             *Counsel for Amazon Web Services, Inc.*

JOINT STIPULATION
AND ORDER
(CASE NO. 2:21-cv-31-BJR) – 3



**David J. Groesbeck, P.S.**
Attorney and Counselor
1333 E. Johns Prairie Rd.
Shelton, Washington 98584
(509) 747-2800

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

DATED this 17th day of February, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

JOINT STIPULATION
AND ORDER
(CASE NO. 2:21-cv-31-BJR) – 4



**David J. Groesbeck, P.S.**
Attorney and Counselor
1333 E. Johns Prairie Rd.
Shelton, Washington 98584
(509) 747-2800