THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARLER LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>　　　　　　Defendant. | No. 2:21-cv-00031-BJR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(i))** |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　　Plaintiff Parler LLC files its Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

　　1.　Plaintiff is Parler LLC and Defendant is Amazon Web Services, Inc.

　　2.　On January 11, 2021, Plaintiff sued Defendant by filing a Verified Complaint.

PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
(CASE NO. 2:21-cv-31-BJR) – 1



**David J. Groesbeck, P.S.**
Attorney and Counselor
1333 E. Johns Prairie Rd.
Shelton, Washington 98584
(509) 747-2800

3. Defendant has been served with process and has not served an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. This voluntary dismissal is without prejudice to refiling.  *See* Fed. R. Civ. P. 41(a)(1)(B).

DATED this 2nd day of March 2021.


By */s  David J. Groesbeck*
David J. Groesbeck, WSBA #24749
David J. Groesbeck, P.S.
1333 E. Johns Prairie Rd.
Shelton, WA  98584
Telephone: (509) 747-2800
Email: david@groesbecklaw.com


By *s/   Angelo J. Calfo*
Angelo J. Calfo, WSBA# 27079
CALFO EAKES LLP
1301 Second Avenue, Suite 2800
Seattle, WA  98101
(206) 407-2200 | Phone
(206) 407-2224 | Fax
Email:  angeloc@calfoeakes.com

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
(CASE NO. 2:21-cv-31-BJR) – 2



David J. Groesbeck, P.S.
Attorney and Counselor
1333 E. Johns Prairie Rd.
Shelton, Washington 98584
(509) 747-2800

Gene C. Schaerr
H. Christopher Bartolomucci
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
<u>*(pro hac vice )*</u>

Counsel for Plaintiff Parler LLC

PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
(CASE NO. 2:21-cv-31-BJR) – 3



**David J. Groesbeck, P.S.**
Attorney and Counselor
1333 E. Johns Prairie Rd.
Shelton, Washington 98584
(509) 747-2800